1  LYNN ROSSMAN FARIS  (State Bar No. 96029)
2  PHILIP C. MONRAD (State Bar No. 151073)
   JENNIFER KEATING (State Bar No. 250857)
   LEONARD CARDER LLP
3  1330 Broadway Suite 1401
   Oakland, CA 94612
4  Tel: (510) 272 0169
   Fax: (510) 272 0174
5  email: lfaris@leonardcarder.com
          pmonrad@leonardcarder.com
6          jkeating@leonardcarder.com

7

ORIGINAL
FILED

JUL − 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  PAULA LABRIE, ALFREDO          )   **Case No. C08-03182 PJH**
    MACIAS, PETER MILLMAN, TOM     )
11  CHORTABTIM, RAF SISON          )   **EXHIBIT A TO COMPLAINT:**
                                   )   **CONSENTS TO BECOME PARTY**
12                                 )   **PLAINTIFFS**
               Plaintiffs,         )
13                                 )
                                   )
14  vs.                            )
                                   )
15                                 )
                                   )
16  UPS SUPPLY CHAIN SOLUTIONS,    )
    INC.                           )
17                                 )
               Defendant           )
18                                 )
                                   )
19                                 )
                                   )
20                                 )
                                   )
21  _____ )

22        Attached hereto, as Exhibit A to the Complaint in the above-referenced matter are forty-

23  nine executed Consents to Become Party Plaintiffs in the First Claim for Relief under the Fair

24  Labor Standards Act.

25  Dated: July 2, 2008                   **LEONARD CARDER, LLP**

26

27                                        By: _____
28                                             Philip C. Monrad
                                               Attorneys for Plaintiffs

_____
          EXHIBIT A TO COMPLAINT: CONSENTS TO BECOME PARTY PLAINTIFFS
                  *LaBrie et al. v.UPS Supply Chain Logistics, Inc.*

*Labrie, et al. V. UPS Supply Chain Solutions, Inc.*
No. C08-03182

# EXHIBIT A TO COMPLAINT

Attached hereto are Consents to Become Party Plaintiffs in the above-referenced case signed by the following persons:

1. Paula LaBrie
2. Peter Millman
3. Alfredo Macias
4. Tom Chortabtim
5. Raf Sison
6. Dalton Benson
7. Wittawat Boonmarat
8. Supat Bunmee
9. David Caplin
10. Fabian P. Cevallos
11. Peter T. Cirivilleri, Jr.
12. Judy Corzine
13. Andy Dee
14. Robert Downing
15. Danny Evans
16. George A. Ferris
17. Luis Francisco Gallina
18. Enzo Giglio
19. Harminder P. S. Grewal
20. Manneth Lee Henderson
21. Joseph P. Jirananda
22. Edwin Kok
23. Prasong Kotrasa
24. Khorakot Kridsadachaitip
25. Ahti Lee
26. Kenny Low
27. Ramiro P. Lozares
28. Raymond Martinez
29. Jack R. McNeal
30. Omar Moh
31. Antonio M. Montojo, Jr.
32. Vincente M. Montojo
33. Lee A. Moore
34. Anurak Nianut
35. John O'Deay
36. Noppol Pantiyanurak
37. Vanchai Pechsintopchai
38. Rattana K. Phomphakdy
39. Sam Phomphakdy
40. Bunphot Prasertsith
41. Muriel Redding
42. Romeo N. Robles
43. Carlos Alberto Salazar
44. Veera Satarak
45. Surapon Seangthong
46. Todd Shewshanphanit
47. Chirasak Tavantana
48. Chana Visutsiri
49. Kwok Y. Wong

# EXHIBIT A

## **CONSENT TO BECOME PARTY PLAINTIFF**

I, the undersigned PAULA LABRIE , a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: 6·21·08                    By: (sign) Paula LaBrie

(spell) PAULA LABRIE

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Peter Millman_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6/23/08_                    By: (sign) _[signature]_

(spell) _PETER Millman_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _ALFREDO MACIAS_, a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: _6-24-08_

By: (sign) _Alfredo Macias_

(spell) _ALFREDO MACIAS_

## **CONSENT TO BECOME PARTY PLAINTIFF**

      I, the undersigned _____, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6·25·08_

By: (sign) _Tom Chortati_

(spell) _TOM CHORTABTIM (TOI)_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _RAF SISON_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _06/23/2008_

By: (sign) _Raf Sison_

(spell) _RAF SISON_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Dalton Benson_ , a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6-23-08_

By: (sign) _Dalton Benson_

(spell) _Dalton Benson_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Wittawat Boonmaiai_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _Jun 24, 08_

By: (sign) _____

(spell) _Wittawat Boonmarat_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned *Supat Bunmee*, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 06/25/08

By: (sign) _____

(spell) *Supat Bunmee*

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _David Caplin_ , a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _June 23, 2008_          By: (sign) _David Caplin_

(spell) _David Caplin_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _FABIAN CEVAILOS_ a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6-23-08_

By: (sign) _Felian P. Quve_

(spell) _FABIAN P. CEVAllos_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Peter T. Cirivilleri, Jr._, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6-25-2008_

By: (sign) _[signature]_

(spell) _PETER T. CIRIVILLERI JR._

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Judy Corzine_ , a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: _6/28/2008_

By: (sign) _Judy Corzine_

(spell) _Judy Corzine_

## CONSENT TO BECOME PARTY PLAINTIFF

    I, the undersigned __ANDY DEE__, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: __JUNE 24, 2008__         By: (sign) __Andy Dee__

                                 (spell) __ANDY DEE__

## **CONSENT TO BECOME PARTY PLAINTIFF**

I, the undersigned _Andy Dee_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6/25/08_                    By: (sign) _Andy Dee_

                                   (spell) _Andy Dee_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned ___ROBERT DOWNING___, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: ___JUNE 20, 2008___          By: (sign) _____

                                    (spell) ___ROBERT DOWNING___

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _____, a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: 06/25/08                           By: (sign) _Danny Evans_

                                            (spell) _DANNY EVANS_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _George A. Ferri,_ a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6-20-08_                    By: (sign) _George A. Ferris_

                                   (spell) _George A. FERRIS_

## CONSENT TO BECOME PARTY PLAINTIFF

    I, the undersigned _Luis F. Gallina_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _06-23-08_                                   By: (sign) _[signature]_

                                          (spell) _Luis Francisco Gallina_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned ENZO GIGLIO , a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 6/25/08                    By: (sign) _Enzo Giglio_

                                 (spell) _ENZO GIGLIO_

FILE NO. #579-1

## <u>CONSENT TO BECOME PARTY PLAINTIFF</u>

I, the undersigned _HARMINDER P.S. GREWAL_ a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: _6/24/08_                    By: (sign) _Harm K Sr Gu_

(spell) _HARMINDER P.S. GREWAL_
_20 WESTBROOK LN_
_POMONA CA. 91766_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned *Manneth L. Henderson*, a current or former driver for UPS

Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the

Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and

related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,

and related entities for services rendered thereto.

Date: *06/24/08*

By: (sign) *Manneth Lee Henderson*

(spell) *Manneth Lee Henderson*

*260 Via Narello*

*Morgan Hill, CA 95037*

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _JOSEPH P. JIRANANDA_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6·26·08_

By: (sign) _____

(spell) _JOSEPH P. JIRANANDA_

ADDR.

_JOSEPH PHICHAI JIRANANDA_

_16031 PIONEER BL. #B19_

_NORWALK, CA 90638._

_TEL. 714-746-9169._

_No 579-1_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned  EDWIN   KOK , a current or former driver for UPS

Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the

Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and

related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,

and related entities for services rendered thereto.


Date:  6-26-08                         By: (sign) _____

                                       (spell)  EDWIN   KOK


ADDRESS:  109.S.FREMONT AVE
          ALHAMBRA, CA. 91801
e-mail:  edwinKok2@yahoo.Com
Cell-pH:  626-710-2196 .

## <u>CONSENT TO BECOME PARTY PLAINTIFF</u>

I, the undersigned _PRASONG KOTRASA_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6/24/08_

By: (sign) _____

(spell) _PRASONG KOTRASA_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned Khorakot Kridsadachaitip a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 06|25| 2008

By: (sign) _____

(spell) KHORAKOT   KRIDSADACHAITIP

## CONSENT TO BECOME PARTY PLAINTIFF

    I, the undersigned _____ Ahti Lee _____, a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: June 28, 2008 _____

By: (sign) _____

(spell) _____ Ahti Lee _____

21 Park St. # M
Alhambra, CA 91801

CODE: 579-1

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned __KENNY LOW__, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: __06/26/08__

By: (sign) _____

(spell) __KENNY LOW__

21 PARK STREET #M
ALHAMBRA   CA  91801
(626) 290-0573

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _RAMIRO P. LOZARES_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _01/23/2008_            By: (sign) _____

                              (spell) _RAMIRO P. LOZARES_

## <u>CONSENT TO BECOME PARTY PLAINTIFF</u>

I, the undersigned _Raymond Martinez_ a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6-25-2008_

By: (sign) _[signature]_

(spell) _Raymond Martinez_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Jack McNeal_ , a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6-23-08_                    By: (sign) _J. R. McNeal_

(spell) _Jack R. McNeal_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Omar Moh._, a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: _6/23/08_ .                          By: (sign) _Omar Moh_

                                           (spell) _Omar. Moh._

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _ANTONIO M. MONTOJO_ a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _JUNE 21, 2008_

By: (sign) _[signature]_

(spell) _ANTONIO M. MONTOJO JR_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _VICENTE M. MONTOJO_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6/26/08_

By: (sign) _____

(spell) _VICENTE M. MONTOJO_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Lee A Moore_ , a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6/24/08_

By: (sign) _Lee A Moore_

(spell) _Lee A Moore_

## **CONSENT TO BECOME PARTY PLAINTIFF**

I, the undersigned *Anurak Nianot*, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: *6-26-08*

By: (sign) *[signature]*

(spell) *Anurak Nilanot*

*15302 Cabell Ave*
*Bellflower CA 90706*
*File No 579-1*

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned ___John O'Deay___ a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _23. JE ZK8_

By: (sign) ___John O'Deay___

(spell) ___John O'Deay___

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned NOPPOL PANTIYANURAK, a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: 06/23/08                 By: (sign) Noppol Pantiyanurak

                               (spell) NOPPOL PANTIYANURAK

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _VANCHAI PECHSINTOPCHAI_, a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: _6-24-08_

By: (sign) _____

(spell) _VANCHAI PECHSINTOPCHAI_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Rattana K. Phomphi KDY_, a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: _6 - 23-08_                          By: (sign) _R K Ph_

                                           (spell) _RATTANA K. PHOMPHAKDY_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Sam Phomphakdy_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6/27/08_

By: (sign) _____

(spell) _Sam PhomPhaKDy_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _BUNPHOT Prasertsith_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6-25-08_

By: (sign) _Bunphot_

(spell) _BUNPHOT PRASERTSITH_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _MURIEL REDDING_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6/23/08_

By: (sign) _Muriel Redding_

(spell) _MURIEL REDDING_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned *Romeo N. Robles* a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 6/25/08               By: (sign) _____

                            (spell) Romeo N. Robles

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Carlos A. Salazar_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _062408_

By: (sign) _____

(spell) _Carlos Alberto Salazar_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _VEERA SATARAK_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6-24-08_

By: (sign) _V VMe_

(spell) _VEERA SATARAK_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _SURAPON SEANGTHAI_ a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6-15.08_

By: (sign) _Seang Mong S._

(spell) _SURAPON SEANGTHIONG_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _____, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 6-23-2008

By: (sign) _____

(spell) TODD SHEWSHANPHANIT

## CONSENT TO BECOME PARTY PLAINTIFF

*CHIRASAK TAVANTANA*

I, the undersigned _____, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: *6-26-08*          By: (sign) _____

                         (spell) *CHIRASAK TAVANTANA*

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _CHANA VISUTSIRI_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _6/24/08_

By: (sign) _____

(spell) _CHANA VISUTSIRI_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned KWOK Y WONG a current or former driver for UPS
Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the
Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and
related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics,
and related entities for services rendered thereto.

Date: 6/24/08                By: (sign) Kwok y Wng

                             (spell) KWOK y WONG