FILE BY FAX

1  LYNN ROSSMAN FARIS (State Bar No. 96029)
   PHILIP C. MONRAD (State Bar No. 151073)
2  JENNIFER KEATING (State Bar No. 250857)
   LEONARD CARDER LLP
3  1330 Broadway Suite 1401
   Oakland, CA 94612
4  Tel: (510) 272 0169
   Fax: (510) 272 0174
5  email: lfaris@leonardcarder.com
          pmonrad@leonardcarder.com
6         jkeating@leonardcarder.com

ORIGINAL FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>vs.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant | Case No. C08-03182 PJH<br><br>NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS |

Attached hereto, nine (9) additional executed Consents to Become Party Plaintiffs in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: July 3, 2008

LEONARD CARDER, LLP

By: _____
Philip C. Monrad
Attorneys for Plaintiffs

<u>*Labrie, et al. V. UPS Supply Chain Solutions, Inc.*</u>
No. C08-03182

# ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS

Attached hereto are nine (9) additional Consents to Become Party Plaintiffs in the above-referenced case signed by the following persons:

1. Noah Kofi Ampofo
2. Pairote Chaiyasid
3. Dennis J. Gasper
4. Nopadol Iamsakul
5. Angelita G. Maldonado
6. Ahmed Mourade
7. Sushila S. Patel
8. Sompong Seayub
9. Roberto Zepeda

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _NOAH K. AMPOFO_ a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _07-01-08_        By: (sign) _Noah Kofi Ampofo_
                        (spell) _NOAH KOFI AMPOFO_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned PAIROTE CHAIYASID current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 06-27-08

By: (sign) P. Chaiyasid

(spell) PAIROTE CHAIYASID

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Dennis J. Gasper_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7/2/08

By: (sign) _[signature]_
(spell) _D J Gasper_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned NOPADOL, IAMSAKUL, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7/1/08

By: (sign) *N. Iamsakul*

(spell) NOPADOL IAMSAKUL

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned **ANGELITA G. MALDONADO**, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: June 27, 2008

By: (sign) *Angelita G. Maldonado*

(spell) Angelita G. Maldonado

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned Ahmed Mourade a/current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 6/29/08

By: (sign) _Ahmed Mourad_
(spell) AHMED MOURADE

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned SUSHILA S PATEL, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 6/21/08

By: (sign) _____

(spell) SUSHILA S PATEL

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned SOMPONG SEAYUB, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 06-30-08

By: (sign) _____

(spell) SOMPONG SEAYUB

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned Roberto Zepeda, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 6/30/08

By: (sign) _[signature]_

(spell) _____