LYNN ROSSMAN FARIS (State Bar No. 96029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER LLP
1330 Broadway Suite 1401
Oakland, CA 94612
Tel: (510) 272 0169
Fax: (510) 272 0174
email: lfaris@leonardcarder.com
       pmonrad@leonardcarder.com
       jkeating@leonardcarder.com

# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>vs.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant | **Case No. C08-03182 PJH**<br><br>**NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS** |

Attached hereto, are six (6) additional executed Consents to Become Party Plaintiffs in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: July 7, 2008         **LEONARD CARDER, LLP**


By:  /s/
     ―――――――――――――――
     Philip C. Monrad
     Attorneys for Plaintiffs

NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS
*LaBrie et al. v.UPS Supply Chain Solutions, Inc.*

<u>Labrie, et al. V. UPS Supply Chain Solutions, Inc.</u>
No. C08-03182

# ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS

Attached hereto are six (6) additional Consents to Become Party Plaintiffs in the above-referenced case signed by the following persons:

1. Diego F. Arroyo
2. Sirichai Chintam
3. Mardoqueo Guzman
4. Satpal Singh Parmar
5. Stephen Schultz
6. Songpon Seayub

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned DIEGO F ARROYO, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7-3-08

By: (sign) _[signature]_

(spell) DIEGO F ARROYO

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned SIRICHAI CHINTAM, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 6-30-08                By: (sign) _____

                             (spell) SIRICHAI CHINTAM

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned __MARDOQUEO GUZMAN__, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: __JULY, 4/2008__          By: (sign) __[signature]__

(spell) __MARDOQUEO GUZMAN__

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned SATPAL PARMAR, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7-2-08

By: (sign) _____

(spell) SATPAL SINGH PARMAR

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned STEPHEN SCHULTZ, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7/3/08

By: (sign) _[signature]_

(spell) STEPHEN SCHULTZ

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned SONGPON SEAYUB a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 07-03-2008                By: (sign) _____

(spell) SONGPON SEAYUB

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On July 7, 2008, I electronically filed the following document(s) and served this document on the party indicated below in the manner indicated below:

**NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS**

UPS Supply Chain Solutions, Inc.
c/o Agent for Service of Process
CSC- Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

  **X**   **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated via Attorney's Diversified Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 7, 2008.


                                        /s/ Khae Saechao
                                        Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174

1
PROOF OF SERVICE: NOTICE OF FILING ADDITIONAL CONSENTS, Case No. 3:08-CV-03182-PJH