LYNN ROSSMAN FARIS  (State Bar No. 96029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER LLP
1330 Broadway Suite 1401
Oakland, CA 94612
Tel: (510) 272 0169
Fax: (510) 272 0174
email: lfaris@leonardcarder.com
         pmonrad@leonardcarder.com
         jkeating@leonardcarder.com

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>vs.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant | **Case No. C08-03182 PJH**<br><br>**NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS** |

Attached hereto, are six (6) additional executed Consents to Become Party Plaintiffs in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: July 11, 2008          **LEONARD CARDER, LLP**


By:  /s/
     Jennifer Keating
     Attorney for Plaintiffs

<u>*Labrie, et al. V. UPS Supply Chain Solutions, Inc.*</u>
No. C08-03182

# ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS

Attached hereto are six (6) additional Consents to Become Party Plaintiffs in the above-referenced case signed by the following persons:

1. Joseph Budu
2. Geoffrey E. Grimes
3. Chusak Jittjumnong
4. Chaiyot Saechang
5. Maliwan Saechang
6. Michael Saechang

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned **Joseph Budy**, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, <u>LaBrie, et al. v. UPS Supply Chain Logistics, Inc.</u>, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 07-09-08                                   By: (sign) _____

(spell) **Joseph Budy**

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _GEOFFREY E. GRIMES_, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, _LaBrie, et al. v. UPS Supply Chain Logistics, Inc._, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _7/8/08_

By: (sign) _Geoffrey E. Grimes_
(spell) _GEOFFREY GRIMES_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _____, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: JULY-9-2008

By: (sign) *[signature]*

(spell) CHUSAK JITTJUMNONG

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned  CHAIYOT SAECHANG , a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7/02/08

By: (sign) _____

(spell) CHAIYOT SAECHANG

**CONSENT TO BECOME PARTY PLAINTIFF**

I, the undersigned MALIWAN SAECHANG, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7/02/08

By: (sign) Maliwan Saechang

(spell) MALIWAN SAECHANG

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned MICHAEL SAECHANG, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7/02/08

By: (sign) _[signature]_

(spell) MICHAEL SAECHANG

# PROOF OF SERVICE

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On July 11, 2008, I electronically filed the following document(s) and served this document on the party indicated below in the manner indicated below:

**NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS**

UPS Supply Chain Solutions, Inc.
c/o Agent for Service of Process
CSC- Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

__X__  **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated via Attorney's Diversified Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 11, 2008.


/s/ Khae Saechao
Khae Saechao

---

PROOF OF SERVICE: NOTICE OF FILING ADDITIONAL CONSENTS, Case No. 3:08-CV-03182-PJH