LYNN ROSSMAN FARIS (State Bar No. 096029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
   pmonrad@leonardcarder.com
   jkeating@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No. 3:08-CV-03182-PJH<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Attached hereto is the Proof of Service in the above-referenced matter.

Dated: July 18, 2008              LEONARD CARDER, LLP

                      By: ___/s/_____
                         Jennifer Keating
                         Attorney for Plaintiffs

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| LEONARD, CARDER, NATHAN, ZUCKERMAN AND ROSS<br>1330 BROADWAY, SUITE 1450<br>OAKLAND, CA 94612 | (510) 272-0169 | |
| ATTORNEY FOR (NAME)   PAULA LABRIE, ET AL | REFERENCE NUMBER<br>08355039-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
PAULA LABRIE, ET AL vs. UPS SUPPLY CHAIN SOLUTIONS

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0803182PJH |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

        **Name:** UPS SUPPLY CHAIN SOLUTIONS, INC.

  **Person Served:** BECKY DEGEORGE
        **Title:** AGENT/CSC LAWYERS INC.

**Date of Delivery:** 07/15/08
**Time of Delivery:** 01:20 pm

**Place of Service:** 2730 GATEWAY OAKS DR. STE 100
SACRAMENTO, CA 95833                    (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**  [X] Federal Rules of Civil Procedure
                      [ ] California Code of Civil Procedure

**Fee for service:** $ 60.39

---

[X] Registered: SACRAMENTO County,
Number: 2006-72
Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728    Client File # 579-1
559-233-1475
30B/08355039-01                    PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: July 17, 2008
at: SACRAMENTO, California.

Signature: _____
Name: TERRY ROOT
Title: REGISTERED PROCESS SERVER

**PAULA LABRIE, ET AL V. UPS SUPPLY CHAIN SOLUTIONS, INC.**
CASE # C08-03182 PJH

LIST OF DOCUMENTS TO BE SERVED

1.) CIVIL COVER SHEET

2.) SUMMONS IN A CIVIL ACTION

3.) COMPLAINT

4.) EXHIBIT A TO COMPLAINT: CONSENTS TO BECOME PARTY PLAINTIFFS

5.) NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS

6.) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

7.) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

8.) ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE

9.) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

10.) EFC REGISTRATION INFORMATION HANDOUT

11.) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

12.) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

13.) NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS DATED 7/07/08

14.) NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS DATED 7/11/08

*S355039*