LYNN ROSSMAN FARIS (State Bar No. 096029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
   pmonrad@leonardcarder.com
   jkeating@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No.  3:08-CV-03182-PJH<br><br>**NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS** |

Attached hereto, are ten (10) additional executed Consents to Become Party Plaintiffs in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: July 18, 2008                    LEONARD CARDER, LLP

                          By: _____/s/_____
                              Jennifer Keating
                              Attorney for Plaintiffs

*Labrie, et al. v. UPS Supply Chain Solutions, Inc.*
No. C08-03182

ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS

 Attached hereto are ten (10) additional Consents to Become Party Plaintiffs in the above-referenced case signed by the following persons:

1. Alcides Alvarado
2. Sanit Atiwat
3. Harvey Greenlee
4. Arwoot Jantanalaj
5. Sombat Proakatok
6. Suwanna Tankitsapsin
7. Charles Thomas
8. Suriyun Tongpoon
9. Rachen Vangcharoenphisun
10. Amornsak Vattanapateep

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned **Alcides Alvarado** a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 07-08-08

By: (sign) _[signature]_

(spell) Alcides Alvarado

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned  Sanit Atiwat , a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 07/07/08

By: (sign) _[signature]_
(spell)  Sanit Atiwat

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned HARVEY GREENLEE, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, *LaBrie, et al. v. UPS Supply Chain Logistics, Inc.*, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7.12.08

By: (sign) Harvey Greenlee
(spell) HARVEY GREENLEE

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _____, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, <u>LaBrie, et al. v. UPS Supply Chain Logistics, Inc.</u>, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7-13-08

By: (sign) _____

(spell) ARWOOT JANTANALAJ

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _____, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 07-13-08

By: (sign) _____

(spell) SOMBAT PROAKATOK

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned __Suwanna Tangkitsapsin__, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 07/07/08

By: (sign) _Suwanna Tangkitsapsin_
(spell) _Suwanna Tangkitsapsin_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _CHARLES Thomas_, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, *LaBrie, et al. v. UPS Supply Chain Logistics, Inc.*, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _7-11-08_   By: (sign) _Charles Thomas_

(spell) _CHARLES THOMAS_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned SURIYUN TONGPOON, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7-13-2008                    By: (sign) _____

(spell) SURIYUN TONGPOON

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _Rachen Vangcharoenphisan_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _Jul/16/2008_           By: (sign) _Rachen V._
                              (spell) _Rachen Vangcharoenphisan_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned AMORNSAK VATTANAPATEEP, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7/16/08

By: (sign) _[signature]_

(spell) AMORNSAK VATTANAPATEEP

# **PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On July 18, 2008, I electronically filed the following document(s) and served this document on the party indicated below in the manner indicated below:

**NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS**

UPS Supply Chain Solutions, Inc.
c/o Agent for Service of Process
CSC- Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

**X**   **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated via Attorney's Diversified Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 18, 2008.

/s/ Khae Saechao
Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174

PROOF OF SERVICE: NOTICE OF FILING ADDITIONAL CONSENTS
*LaBrie et al. v. UPS Supply Chain Solutions, Inc.* ♦ Case No. 3:08-CV-03182-PJH