1  LYNN ROSSMAN FARIS (State Bar No. 096029)
   PHILIP C. MONRAD (State Bar No. 151073)
2  JENNIFER KEATING (State Bar No. 250857)
   LEONARD CARDER, LLP
3  1330 Broadway, Suite 1450
   Oakland, CA 94612
4  Telephone: (510) 272-0169
   Facsimile: (510) 272-0174
5  Email: lfaris@leonardcarder.com
          pmonrad@leonardcarder.com
6          jkeating@leonardcarder.com

7  Attorneys for Plaintiffs

8

9

10                UNITED STATES DISTRICT COURT

11        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  PAULA LABRIE, ALFREDO MACIAS,        )   Case No.  3:08-CV-03182-PJH
    PETER MILLMAN, TOM CHORTABTIM,       )
14  RAF SISON                            )   **NOTICE OF FILING**
                                         )   **SUPPLEMENTAL CONSENTS TO**
15                                       )   **BECOME PARTY PLAINTIFFS**
                                         )
16              Plaintiffs,              )
                                         )
17        v.                             )
                                         )
18                                       )
    UPS SUPPLY CHAIN SOLUTIONS, INC.     )
19                                       )
                                         )
20              Defendant.               )
                                         )
21  _____ )

22          Attached hereto, are forty-eight (48) executed Supplemental Consents to Become Party

23  Plaintiffs in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced

24  matter.

25

26  Dated: July 22, 2008              LEONARD CARDER, LLP

27                                    By: _____/s/_____
                                          Philip C. Monrad
28                                        Attorney for Plaintiffs

*(left margin, vertical text)* LEONARD CARDER, LLP  ATTORNEYS  1330 BROADWAY, SUITE 1450  OAKLAND, CA 94612  TEL: (510) 272-0169  FAX: (510) 272-0174

LaBrie, et al. *v.* UPS Supply Chain Solutions, Inc.
Case No. C08-03182-PJH

**SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFFS**

---

Attached hereto are forty-eight (48) Supplemental Consents to Become Party Plaintiffs in the above-referenced case signed by the following persons:

1. Paula LaBrie
2. Alfredo Macias
3. Peter Millman
4. Tom Chortabtim
5. Raf Sison
6. Noah Ampofo
7. Diego F. Arroyo
8. Dalton Benson
9. Wittawat Boonmarat
10. Supat Bunmee
11. David Caplin
12. Fabian Cevallos
13. Peter T. Cirvilleri, Jr.
14. Judy Corzine
15. Andy Dee
16. Robert Downing
17. Dan Evans
18. George Ferris
19. Luis F. Gallina
20. Enzo Giglio
21. Harvey Greenlee
22. Harminder Palsingh Grewal
23. Geoffrey Grimes
24. Mardoqueo Guzman
25. Manneth Lee Henderson
26. Edwin Kok
27. Prasong Kotrasa
28. Khorakot Kridsadachaitip
29. Kenny Low
30. Angelita Maldonado
31. Ray Martinez
32. Jack R. McNeal
33. Antonio M. Montojo, Jr.
34. Vicente M. Montojo
35. Lee A. Moore
36. Ahmed Mourade
37. Anurak Nilanut
38. John O'Deay
39. Noppol Pantiyanvrak
40. Muriel Redding
41. Chaiyot Saechang
42. Mailwan Saechang
43. Michael Saechang
44. Surapon Saengthong
45. Veera Satarak
46. Songpon Seayub
47. Todd Shewshanphanit
48. Kwok (Steve) Y. Wong

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Paula LaBrie, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/21/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Paula LaBrie, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___Hayward, CA___, on ___7/17/08___.
               City, State                Date

_____
               Signature

_____
               Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Alfredo Macias, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/24/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Alfredo Macias, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at _Los Angeles California_, on _7-16-08_ .
                    City, State                Date

_Alfred Macias_
Signature

_ALFREDO MACIAS_
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Peter Millman, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/23/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Peter Millman, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___Milpitas, CA_____, on _7/14/08_____.
                  City, State                  Date

_____
Signature

___PETER millman_____
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Tom Chortabtim</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/25/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Tom Chortabtim</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>ALHAMBRA , CALIFORNIA</u>, on <u>7 · 15 · 08</u> .
City, State                         Date

<u>Tom Chortatin</u>
Signature

<u>TOM CHORTABTIM</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Raf Sison, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/23/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Raf Sison, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at _CERRITOS, CALIFORNIA_, on _July 14, 2008_.
  City, State                    Date

_____
Signature

RAF SISON
_____
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Noah Ampofo</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/1/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Noah Ampofo</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>OAKLAND, CA</u>, on <u>7/16/08</u>.
                 City, State               Date

_____
Signature

NOAH KOFI AMPOFO
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Diego F. Arroyo</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/3/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Diego F. Arroyo</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Covina, California</u>, on <u>07-14-2008</u>.
City, State                                    Date

_____
Signature

_____
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Dalton Benson</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/23/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Dalton Benson</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Los Angeles, CA</u>, on <u>July 14, 2008</u>.
City, State                                    Date

<u>_(signature)_</u>
Signature

<u>Dalton Benson</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Wittawat Boonmarat</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/24/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Wittawat Boonmarat</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___Los Angeles   CA___, on ___Jul 15, 08___.
                        City, State                    Date

_____
Signature

___Wittawat Boonmarat___
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Supat Bunmee</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/25/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Supat Bunmee</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Los Angeles, California</u>, on <u>7/14/08</u>.
　　　　　　　　　City, State　　　　　　　　　　　　Date


_____
Signature

<u>Supat Bunmee</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>David Caplin</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/23/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>David Caplin</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Richmond, CA</u>, on <u>July 12, 2008</u>.
City, State       Date

<u>David M. Caplin</u>
Signature

<u>David M. Caplin</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Fabian Cevallos</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/23/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Fabian Cevallos</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Rosemead, CA</u>, on <u>7-14-08</u>.
City, State                     Date

<u>Felian P. Cevallos</u>
Signature

<u>FABIAN P. CEVALLOS</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Peter T. Cirivilleri, Jr.</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/25/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Peter T. Cirivilleri, Jr.</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___San Jose, CA___, on __7/12/2008__.
            City, State              Date

_____
            Signature

_____
            Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Judy Corzine</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/28/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Judy Corzine</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>MTN. VIEW, CA</u>, on <u>7/12/2008</u>.
<br>City, State      Date

<u>Judy A. Corzine</u>
<br>Signature

<u>JUDY A. CORZINE</u>
<br>Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Andy Dee</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/24/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Andy Dee</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>622 N. HARVARD BL, LA, CA</u>, on <u>7/16/2008</u>.
City, State                          Date

<u>Andy Dee.</u>
Signature

<u>ANDY DEE</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Robert Downing</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/20/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Robert Downing</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>HAYWARD  CA</u>, on <u>7-13-08</u>.
　　　　　　　　City, State　　　　　　　Date

<u>　　　　　　　　　　　　　　　</u>
Signature

<u>　　　ROBERT D DOWNING　　　</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Dan Evans</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/25/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Dan Evans</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___LAS Vegas , NV___ , on ___07/15/08___
                     City, State                          Date


___Danny Evans___
          Signature

___DANNY EVANS___
          Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>George Ferris</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/20/2008</u>.  That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC.  I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>George Ferris</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Oakland, Ca.</u>, on <u>7-16-08</u>.
City, State       Date

<u>George A. Ferris</u>
Signature

<u>GEORGE A. FERRIS</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Luis F. Gallina</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/23/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Luis F. Gallina</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>PALMDALE, CALIF.</u>, on <u>07-14-2008</u>
                 City, State             Date

<u>                                                    </u>
                        Signature

<u>Luis F. GALLINA.</u>
                        Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Enzo Giglio</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/25/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Enzo Giglio</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Temple City , CA</u> , on <u>7/14/08</u> .
City, State                                 Date

<u>Batt Giglio</u>
Signature

<u>ENZO   GIGLIO</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Harvey Greenlee, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on July 12, 2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Harvey Greenlee, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at _Union City CA._ , on _7. 17. 08_ .
　　　　　　　　City, State　　　　　　　　　　Date


_Harvey Greenlee_
Signature

HARVEY GREENLEE
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Harminder Palsingh Grewal</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/24/2008</u>.  That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC.  I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Harminder Palsingh Grewal</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Pomona,    CA.</u>, on <u>7/15/08</u>.
<span style="padding-left:6em;">City, State</span>    <span style="padding-left:4em;">Date</span>


<u>Hal Pal Sp Gew</u>
Signature


<u>HARMINDER PAL SINGH GREWAL</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Geoffrey Grimes</u>, hereby submit this supplement to the Consent To Become
Party Plaintiff that I signed on <u>7/8/2008</u>.  That Consent contained an inadvertent
typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN
LOGISTICS, INC.  I intended at that time, and hereby confirm that I consent to become a
party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS,
INC.

Specifically, I, <u>Geoffrey Grimes</u>, a current or former driver for UPS SUPPLY
CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE,
et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No.
3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards
Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related
sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN
SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>HAYWARD, CA</u>, on <u>7/12/08</u>.
    City, State                    Date

<u>_Geoffrey Grimes_</u>
    Signature

<u>GEOFFREY GRIMES</u>
    Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Mardoqueo Guzman</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/4/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Mardoqueo Guzman</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Pico Rivera, CA</u>, on <u>7/15/08</u>.
City, State          Date

_____
Signature

<u>MARDOQUEO GUZMAN</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Manneth Lee Henderson</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/24/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Manneth Lee Henderson</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at _San Jose, CA_, on _July 14, 2008_.
　　　　　　　City, State　　　　　　Date

_Manneth Lee Henderson_
Signature

_Manneth Lee Henderson_
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Edwin Kok</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/26/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Edwin Kok</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___ALHAMBRA, CALIFORNIA___, on ___JULY - 16 - 2008___
                            City, State                      Date

_____
Signature

___EDWIN     KOK___
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Prasong Kotrasa, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/24/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Prasong Kotrasa, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___L. A     CA ___, on ___7-15-08___.

City, State                          Date

_____
Signature

PRASONG  KOTRASA
_____
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Khorakot Kridsadachaitip</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/25/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Khorakot Kridsadachaitip</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Los Angeles, California</u>, on <u>07/14/2008</u>.
City, State                                    Date


_____
Signature

<u>Khorakot Kridsadachaitip</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Kenny Low</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/26/2008</u>.  That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC.  I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Kenny Low</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___Alhambra  CA_____, on __07/16/08_____.
                        City, State                         Date

_____
Signature

___KENNY Low_____
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Angelita Maldonado, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/27/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Angelita Maldonado, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __CARSON, CA_____, on __7/15/08_____.
                 City, State              Date

__Angelita Maldonado_____
Signature

__ANGELITA MALDONADO_____
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Ray Martinez, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/23/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Ray Martinez, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___Sunnyvale, CA___ , on ___July 14, 2008___
                 City, State                    Date

_____
Signature

___RAY MARTINEZ___
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Jack R. McNeal</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/23/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Jack R. McNeal</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Burbank California</u>, on <u>7-14-2008</u>
                  City, State         Date

<u>Jack R. McNeal</u>
           Signature

<u>Jack R. McNeal</u>
         Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Antonio M. Montojo, Jr., hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/21/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Antonio M. Montojo, Jr., a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at _CUPERTINO, CALIF.,_ on _JULY 16, 2008_.
                    City, State                Date

_____
Signature

_ANTONIO M. MONTOJO JR._
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Vicente Montojo</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/26/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Vicente Montojo</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___*POMONA, CA.*___, on ___*7/17/08*___.
City, State             Date

_____
Signature

___*VICENTE M. MONTOJO*___
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Lee A. Moore, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/24/2008.  That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC.  I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Lee A. Moore, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at _Los Angeles / CA._ , on _7/15/08_ .
                     City, State             Date

_Lee A. Moore_
          Signature

_Lee A. Moore_
          Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Ahmed Mourade</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/29/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Ahmed Mourade</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Los Angeles Crt</u>, on <u>7/15/08</u>.
City, State                          Date

<u>Signature</u>
Signature

<u>Ahmed Mourade</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Anurak Nilanut, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/26/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Anurak Nilanut, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at   BELLFLOWER, CA   , on   7-17-08   .
City, State                              Date

_____
Signature

ANURAK NILANUT
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, John O'Deay, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/23/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, John O'Deay, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Los Angeles Ca</u>, on <u>14·JL·2K8</u>.
  City, State                          Date

<u>John O'Deay</u>
  Signature

<u>John O'Deay</u>
  Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Noppol Pantiyanvrak, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/23/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Noppol Pantiyanvrak, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___ROSEMEAD CA___, on ___07/15/2008___
                  City, State         Date

_Noppol Pantiyanb_
Signature

_NOPPOL PANTIYANURAK_
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Muriel Redding, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/23/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Muriel Redding, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>HAWTHORNE, CA</u>, on <u>7/14/08</u>.
　　　　　　　　City, State　　　　　　　Date


<u>Muriel Redding</u>
Signature

<u>MURIEL REDDING</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Chaiyot Saechang</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/2/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Chaiyot Saechang</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>FONTANA</u>, <u>CALIFORNIA</u>, on <u>July 14, 2008</u>.
City, State                          Date

_____
Signature

<u>CHAIYOT SAECHANG</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Maliwan Saechang, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 7/2/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Maliwan Saechang, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at  FONTANA, CALIFORNIA , on  July 14, 2008 .
                    City, State               Date

Signature

MALIWAN SAECHANG
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Michael Saechang</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/2/2008</u>.  That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC.  I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Michael Saechang</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Fontana, California</u>, on <u>JULY 14, 2008</u>.
City, State                          Date

<u> </u>
Signature

<u>Michael Saechang</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Surapon Saengthong, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/25/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Surapon Saengthong, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at _N. HOLLYWOOD CA 9160_, on _JULY 15 08_
                     City, State                              Date


_____
Signature

_____
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Veera Satarak</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/24/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Veera Satarak</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>BELLFLOWER, CA,</u> on <u>JULY 14, 2008</u>
                   City, State                  Date

_____
Signature

<u>VEERA   SATARAK</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Songpon Seayub</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/3/2008</u>.  That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC.  I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Songpon Seayub</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>CHATSWORTH, CALIFORNIA</u>, on <u>07-15-2008</u>

              City, State                    Date

                                Signature

Name Printed: SONGPON SEAYUB

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Todd Shewshanphanit</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/23/2008</u>.  That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC.  I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Todd Shewshanphanit</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>GLENDALE, CALIFORNIA</u>, on <u>7-17-2008</u>.
City, State                          Date

_____
Signature

<u>TODD SHEWSHAUPHANIT</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Kwok (Steve) Y. Wong</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/24/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Kwok (Steve) Y. Wong</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __ALHAMBRA, CA__, on __7/15/08__.
                     City, State               Date

__Kwok y Wong__
Signature

__KWOK Y WONG__
Name Printed

## **PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 1330 Broadway, Suite 1450, Oakland, CA  94612.  On July 22, 2008, I served the following document(s):

### **NOTICE OF FILING SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFFS**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

UPS Supply Chain Solutions, Inc.
c/o Agent for Service of Process
CSC- Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

\_\_\_\_\_   **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated.

\_\_\_\_\_   **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

\_\_\_\_\_   **BY OVERNIGHT COURIER:**   I caused such envelope(s) to be delivered via overnight mail by UPS.

__X__   **BY REGULAR MAIL:**  I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated.  I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing.  It is deposited with the United States Postal Services on that same day in the ordinary course of business.

\_\_\_\_\_   **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated via Attorney's Diversified Service.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 22, 2008.


/s/ Khae Saechao
Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174