LYNN ROSSMAN FARIS (State Bar No. 096029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
       pmonrad@leonardcarder.com
       jkeating@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No.  3:08-CV-03182-PJH<br><br>**NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS** |

Attached hereto, are eight (8) additional executed Consents to Become Party Plaintiffs in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: July 25, 2008                    LEONARD CARDER, LLP

                                        By:      /s/
                                            Philip C. Monrad
                                            Attorney for Plaintiffs

<u>LaBrie, et al. *v.* UPS Supply Chain Solutions, Inc.</u>
Case No. C08-03182-PJH

**ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS**

Attached hereto are eight (8) additional Consents to Become Party Plaintiffs in the above-referenced case signed by the following persons:

1. Ana Iamsakul
2. Krishanpal S. Janday
3. Kulwant K. Janday
4. John Knight
5. Narong Phaphui
6. David Snyder
7. Sunan Srisuk
8. Pedro Yeh

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned Ana Iamsakul, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, *LaBrie, et al. v. UPS Supply Chain Logistics, Inc.*, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7/21/08

By: (sign) [signature]

(spell) Ana Iamsakul

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _KRISHANPAL S. JANDAY_, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, *LaBrie, et al. v. UPS Supply Chain Logistics, Inc.*, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _7-19-08_    By: (sign) _____

(spell) _KRISHANPAL S. JANDAY_

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned KULWANT K. JANDAY, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, *LaBrie, et al. v. UPS Supply Chain Logistics, Inc.*, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7-19-08

By: (sign) *Kulwant K Janday*

(spell) KULWANT K. JANDAY

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned ___John Knight___, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: ___June 15, 2008___          By: (sign) ___John Knight___
                                               (spell) ___John Knight___

## CONSENT FORM TO BECOME PARTY PLAINTIFF

I, __NARONG PHAPHUI__, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __PLACENTIA  CA.__, on __7-18-08__
              City, State                Date

_____
Signature

__NARONG PHAPHUI__
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned __David Snyder__, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, *LaBrie, et al. v. UPS Supply Chain Logistics, Inc.*, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: __7/16/08__     By: (sign) __David Snyder__
                      (spell) __David Snyder__

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned ___Sunan Srisuk___, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, *LaBrie, et al. v. UPS Supply Chain Logistics, Inc.*, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 07/17/08                               By: (sign) _____

(spell) SUNAN SRISUK

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned _PEDRO YEH_, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: _7/20/08_     By: (sign) _[signature]_
                    (spell) _PEDRO WEI LENG YEH_

# **PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On July 25, 2008, I served the following document(s):

**NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFFS**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

UPS Supply Chain Solutions, Inc.
c/o Agent for Service of Process
CSC- Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

\_\_\_\_\_ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated.

\_\_\_\_\_ **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

\_\_\_\_\_ **BY OVERNIGHT COURIER:** I caused such envelope(s) to be delivered via overnight mail by UPS.

  **X** **BY REGULAR MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

\_\_\_\_\_ **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated via Attorney's Diversified Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 25, 2008.

/s/ Khae Saechao
Khae Saechao