LYNN ROSSMAN FARIS (State Bar No. 096029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
       pmonrad@leonardcarder.com
       jkeating@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No. 3:08-CV-03182-PJH<br><br>**NOTICE OF FILING ADDITIONAL SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFFS** |

Attached hereto, are fourteen (14) executed additional Supplemental Consents to Become Party Plaintiffs in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: July 25, 2008                    LEONARD CARDER, LLP

                                        By: _____/s/_____
                                            Philip C. Monrad
                                            Attorney for Plaintiffs

---

NOTICE OF FILING ADDITIONAL SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFFS
*LaBrie et al. v. UPS Supply Chain Solutions, Inc. ♦ Case No.: 3:08-CV-03182-PJH*

<u>LaBrie, et al. *v.* UPS Supply Chain Solutions, Inc.</u>
Case No. C08-03182-PJH

**ADDITIONAL SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFFS**

Attached hereto are fourteen additional Supplemental Consents to Become Party Plaintiffs in the above-referenced case signed by the following persons:

1. Sanit Atiwat
2. Joseph Budu
3. Pairote (Pat) Chaiyasid
4. Sirichai Chintam
5. Ramiro Lozares
6. Satpal Singh Parmar
7. Sushila Patel
8. Vanchai Pechsintopchai
9. Rattana Phomphakdy
10. Sam Phomphakdy
11. Romeo Robles
12. Suwanna Tangkitsapsin
13. Chirasak Tavantana
14. Roberto Zepeda

# SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Sanit Atiwat</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>July 7, 2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Sanit Atiwat</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Las Vegas  NV.</u>, on <u>07/23/08</u>.
                    City, State                                   Date

_____
Signature

<u>Sanit Atiwat</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Joseph Budu</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/9/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Joseph Budu</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>OAKLAND CA</u>, on <u>7/13/08</u>.
                 City, State                  Date

                                                            Signature

                                     JOSEPH BUDU
                                          Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Pairote (Pat) Chaiyasid, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/27/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Pairote (Pat) Chaiyasid, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __Los Angeles, CA__, on __07-18-08__.
              City, State               Date

__P. Chaiyasid__
Signature

__PAIROTE  CHAIYASID__
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Sirichai Chintam</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/30/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Sirichai Chintam</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at  __VAN NUY__ , __CA__ , on __7-15-08__ .
                  City, State                           Date

_____
Signature

__SIRICHAI CHINTAM__
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

    I, Ramiro Lozares, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/23/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

    Specifically, I, Ramiro Lozares, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __SUNNYVALE, CA__, on __7/18/08__.
                     City, State                    Date

_____
Signature

__RAMIRO P. LOZARES__
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Satpal Singh Parmar</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/2/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Satpal Singh Parmar</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>ANAHEIM , CA</u>, on <u>7-16-08</u>.
                    City, State                      Date

_____
Signature

<u>SATPAL SINGH PARMAR</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Sushila Patel</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/25/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Sushila Patel</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Daly City, CA</u>, on <u>7/18/08</u>.
City, State                Date

_____
Signature

_SUSHILA S PATEL_
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Vanchai Pechsintopchai</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/24/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Vanchai Pechsintopchai</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>W. COVINA  CA</u>, on <u>7-15-08</u>.
City, State                    Date

_____
Signature

<u>VANCHAI  PECHSINTOPCHAI</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Rattana Phomphakdy</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/23/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Rattana Phomphakdy</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Ventura, California</u>, on <u>July 19, 08</u>.
                City, State                     Date

_[signature]_
Signature

RATTANA PHOMPHAKDY
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Sam Phomphakdy</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/23/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Sam Phomphakdy</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>City of San Jose, CA</u> on <u>7/19/08</u>.
              City, State              Date

_____
Signature

<u>S. Phomphakdy</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Romeo Robles</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/25/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Romeo Robles</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>SAN JOSE, CA</u>, on <u>7/19/08</u>.
                City, State                          Date

<u>[signature]</u>
Signature

<u>ROMEO N. ROBLES</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Suwanna Tankitsapsin</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>July 7, 2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Suwanna Tankitsapsin</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Las Vegas, NV</u>, on <u>07/23/08</u>.
                City, State                               Date

*/s/ Suwanna Tangkitsapsin*
Signature

<u>Suwanna Tangkitsapsin</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Chirasak (Jessie) Tavantana</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/26/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Chirasak (Jessie) Tavantana</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>N. HOLLYWOOD, CA</u>, on <u>7-18-08</u>.
                 City, State                 Date

*/s/ Chirasak Tavantana*
Signature

CHIRASAK TAVANTANA
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Roberto Zepeda</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/30/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Roberto Zepeda</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Hathorne California</u>, on <u>07-21-08</u>.
                City, State                Date

_____
Signature

<u>Roberto Zepeda</u>
Name Printed

## PROOF OF SERVICE

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On July 25, 2008, I served the following document(s):

**NOTICE OF FILING ADDITIONAL SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFFS**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

UPS Supply Chain Solutions, Inc.
c/o Agent for Service of Process
CSC- Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

\_\_\_\_\_ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated.

\_\_\_\_\_ **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

\_\_\_\_\_ **BY OVERNIGHT COURIER:** I caused such envelope(s) to be delivered via overnight mail by UPS.

**  X  ** **BY REGULAR MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

\_\_\_\_\_ **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated via Attorney's Diversified Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 25, 2008.

/s/ Khae Saechao
Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL.(510) 272-0169   FAX: (510) 272-0174