LYNN ROSSMAN FARIS (State Bar No. 096029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
       pmonrad@leonardcarder.com
       jkeating@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON,<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No. 3:08-CV-03182-PJH<br><br>**NOTICE OF FILING ADDITIONAL CONSENT AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF** |

    Attached hereto are ten (10) additional Supplemental Consents to Become Party Plaintiff and one (1) additional Consent to Become Party Plaintiff in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: August 1, 2008                              LEONARD CARDER, LLP

                                                                          By: _____/s/_____
                                                                            Philip C. Monrad
                                                                            Attorney for Plaintiffs

<u>LaBrie, et al. *v.* UPS Supply Chain Solutions, Inc.</u>
Case No. C08-03182-PJH

**ADDITIONAL CONSENT AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF**

Attached hereto are ten (10) additional Supplemental Consents to Become Party Plaintiff and one (1) additional Consent to Become Party Plaintiff in the above-referenced case signed by the following persons:

<u>Supplemental Consents to Become Party Plaintiff:</u>

1. Alcides Alvarado
2. Dennis J. Gasper
3. Nopadol Iamsakul
4. Arwoot Jantanalaj
5. Chusak Jittjumnong
6. John Knight
7. Bunphot Prasertsith
8. Carlos Alberto Salazar
9. Sompong Seayub
10. David Snyder

<u>Consent to Become Party Plaintiff:</u>

1. Adolfo Aragon

**SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF**

I, <u>Alcides Alvarado</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>July 8, 2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Alcides Alvarado</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>San Gabriel California</u>, on <u>July 26 2008</u>.
                City, State                        Date

_____
Signature

<u>Alcides Alvarado</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Dennis J. Gasper</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/2/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Dennis J. Gasper</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Oceanside        Ca</u>, on <u>7/23/08</u>
                City, State                     Date

_____
Signature

_____
Name Printed  DJ Gasper

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Nopadol Isakul</u> [*IAMSAKUL*], hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/1/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Nopadol Isakul</u> [*IAMSAKUL*], a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>LA - CA</u>, on <u>7-24-08</u>.
               City, State             Date

<u>N. Iamsakul</u>
Signature

<u>NOPADOL IAMSAKUL</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Arwoot Jantanalaj, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 7/13/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Arwoot Jantanalaj, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __Long Beach, CA__, on __7/28/2008__.
                City, State               Date

_____
Signature

ARWOOT JANTANALAJ
Name Printed

# SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Chusak Jittjumnong</u> hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>July 9, 2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Chusak Jittjumnong</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>ROSEMEAD , CA.</u> , on <u>JULY-19-08</u> .
                     City, State                     Date

_____
Signature

<u>CHUSAK JITTJUMNONG</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>John Knight</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>July 15, 2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>John Knight</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Fremont California</u>, on <u>July 25, 2008</u>
                City, State                      Date

<u>/s/ John Knight</u>
Signature

<u>John Knight</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Bunphot Prasertsith</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/25/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Bunphot Prasertsith</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Norwalk, CA. 90650</u>, on <u>7-24-08</u>.
                 City, State                       Date

<u>*Bunphot Prasertsith*</u>
Signature

<u>Bunphot Prasertsith</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

     I, Carlos Salazar, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/24/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

     Specifically, I, Carlos Salazar, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __ENCINO, CA__, on __072508__.
                City, State           Date

_____
Signature

CARLOS ALBERTO SALAZAR
_____
Name Printed

# SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Sompong Seayub</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/30/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Sompong Seayub</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at  TEMECULA, CALIFORNIA  on  07-12-08 .
                     City, State              Date

_____
Signature

SOMPONG SEAYUB
Name Printed

# SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, David Snyder, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on July 16, 2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, David Snyder, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at  Ontario California,  on  7/28/08
                   City, State                Date

_/s/ David Snyder_
Signature

David Snyder
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned ____Adolfo Aragon____, a current or former driver for UPS Supply Chain Logistics hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 7/29/08

By: (sign) _____

(spell) __Adolfo Aragon__

# **PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On August 1, 2008, I served the following document(s):

**NOTICE OF FILING ADDITIONAL CONSENT AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

**Robert P. Kristoff**
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Direct Tel: (415) 856-7073
Main Fax: (415) 856-7100
Direct Fax: (415) 856-7173
email: bobkristoff@paulhastings.com

\_\_\_\_\_ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated.

\_\_\_\_\_ **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

\_\_\_\_\_ **BY OVERNIGHT COURIER:** I caused such envelope(s) to be delivered via overnight mail by UPS.

**X** **BY REGULAR MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

\_\_\_\_\_ **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated via Attorney's Diversified Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on August 1, 2008.

/s/ Khae Saechao
Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL:(510) 272-0169  FAX: (510) 272-0174

PROOF OF SERVICE: NOTICE OF FILING ADDITIONAL CONSENT AND SUPPLEMENTAL CONSENTS
*LaBrie et al. v. UPS Supply Chain Solutions, Inc.  ♦  Case No. 3:08-CV-03182-PJH*