LYNN ROSSMAN FARIS (State Bar No. 096029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
       pmonrad@leonardcarder.com
       jkeating@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON,<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No. 3:08-CV-03182-PJH<br><br>**NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF** |

Attached hereto are eight (8) additional Supplemental Consents to Become Party Plaintiff and one (2) additional Consents to Become Party Plaintiff in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: August 8, 2008                       LEONARD CARDER, LLP

                                            By:  /s/ Philip C. Monrad        .
                                                 Philip C. Monrad
                                                 Attorney for Plaintiffs

---

NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF
*LaBrie et al. v. UPS Supply Chain Solutions, Inc.  ♦  Case No.: 3:08-CV-03182-PJH*

<u>LaBrie, et al. v. UPS Supply Chain Solutions, Inc.</u>
Case No. C08-03182-PJH

# ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF

Attached hereto are eight (8) additional Supplemental Consents to Become Party Plaintiff and two (2) additional Consents to Become Party Plaintiff in the above-referenced case signed by the following persons:

<u>Supplemental Consents to Become Party Plaintiff:</u>

1. Ana S. Iamsakul
2. Krishanpal Janday
3. Kulwant K. Janday
4. Joseph P. Jirananda
5. Ahti Lee
6. Omar Moh
7. Sombat Proakatok
8. Stephen Schultz
9. Sunan Srisuk
10. Charles Thomas

<u>Consents to Become Party Plaintiff:</u>

1. Tom Jusakul
2. Kuljit (Kyle) Singh

## CONSENT FORM TO BECOME PARTY PLAINTIFF

I, **TOM JUSAKUL**, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at **COVINA, CA**, on **07-31-08**
　　　　　　　City, State　　　　　　　　Date

_____
Signature

**TOM JUSAKUL**
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned __Kuljit (Kyle) Singh__, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, _LaBrie, et al. v. UPS Supply Chain Logistics, Inc._, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: __7-30-08__    By: (sign) _[signature]_
                     (spell) __Kuljit Singh__

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Ana S. Iamsakul, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 7/21/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Ana S. Iamsakul, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at  Los Angeles, CA , on  8/1/8 .
             City, State                    Date

_____
Signature

ANA IAMSAKUL
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Krishanpal Janday</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/19/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Krishanpal Janday</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Sacto CA</u>, on <u>7-29-08</u>.
City, State                                              Date

_____
Signature

<u>KRISHANPAL S. JANDAY</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Kulwant K. Janday</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/19/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Kulwant K. Janday</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>SACRAMENTO CA</u>, on <u>7-30-08</u>.
   City, State                              Date

_____
Signature

<u>KULWANT K. JANDAY</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Joseph P. Jirananda</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/26/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Joseph P. Jirananda</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>NORWALK, CA</u>, on <u>7-31-08</u>.
               City, State                   Date

_____
Signature

<u>JOSEPH P. JIRANANDA</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Ahti Lee, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 6/28/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Ahti Lee, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __Alhambra, CA__, on __July 28, 2008__
              City, State                Date

_____
Signature

AHTI LEE
_____
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Omar Moh</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/23/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Omar Moh</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __Whittier, CA__ , on __7/14/08__ .
                City, State                    Date

__/s/ Omar Moh__
Signature

__Omar Moh__
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Sombat Proakatok</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>July 13, 2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Sombat Proakatok</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>CHINO   CA</u>, on <u>07-30-08</u>.
            City, State                     Date

_____
Signature

<u>SOMBAT PROAKATOK</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Stephen Schultz, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on 7/3/2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Stephen Schultz, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at SAN DIEGO CA, on 8/4/08.
City, State                Date

_____
Signature

STEPHEN SCHULTZ
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Sunan Srisuk, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on July 17, 2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Sunan Srisuk, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __Flower Mound, Texas__, on __07/31/08__
                  City, State                     Date

_____
Signature

__Sunan Srisuk__
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Charles Thomas</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>July 11, 2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Charles Thomas</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>OAKLAND CA</u>, on <u>8-1-08</u>.
              City, State                                Date

*Charles Thomas*
Signature

CHARLES THOMAS
Name Printed

# PROOF OF SERVICE

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On August 8, 2008, I served the following document(s):

**NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

**Robert P. Kristoff**
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Direct Tel: (415) 856-7073
Main Fax: (415) 856-7100
Direct Fax: (415) 856-7173
email: bobkristoff@paulhastings.com

____    **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated.

__X__    **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

____    **BY OVERNIGHT COURIER:** I caused such envelope(s) to be delivered via overnight mail by UPS.

__X__    **BY REGULAR MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

____    **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated via Attorney's Diversified Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on August 8, 2008.


/s/ Lorelei Badar
Lorelei Badar

---

PROOF OF SERVICE: NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS
*LaBrie et al. v. UPS Supply Chain Solutions, Inc.* ♦ *Case No. 3:08-CV-03182-PJH*