1  LYNN ROSSMAN FARIS (State Bar No. 096029)
   PHILIP C. MONRAD (State Bar No. 151073)
2  JENNIFER KEATING (State Bar No. 250857)
   LEONARD CARDER, LLP
3  1330 Broadway, Suite 1450
   Oakland, CA 94612
4  Telephone: (510) 272-0169
   Facsimile: (510) 272-0174
5  Email: lfaris@leonardcarder.com
          pmonrad@leonardcarder.com
6         jkeating@leonardcarder.com

7  Attorneys for Plaintiffs

8

9

10                UNITED STATES DISTRICT COURT

11          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  PAULA LABRIE, ALFREDO MACIAS,     )   Case No.  3:08-CV-03182-PJH
    PETER MILLMAN, TOM CHORTABTIM,    )
14  RAF SISON                         )   **NOTICE OF FILING ADDITIONAL**
                                      )   **CONSENTS AND SUPPLEMENTAL**
15                                    )   **CONSENTS TO BECOME PARTY**
              Plaintiffs,             )   **PLAINTIFF**
16                                    )
         v.                           )
17                                    )
                                      )
18  UPS SUPPLY CHAIN SOLUTIONS, INC.  )
                                      )
19                                    )
              Defendant.              )
20                                    )
                                      )
21                                    )

22       Attached hereto are two (2) additional Consents to Become Party Plaintiff and two (2)

23  additional Supplemental Consents to Become Party Plaintiff in the First Claim for Relief under

24  the Fair Labor Standards Act in the above-referenced matter.

25

26  Dated:  August 15, 2008                    LEONARD CARDER, LLP

                                          By:   /s/ Philip C. Monrad
27                                              Philip C. Monrad
                                                Attorney for Plaintiffs
28

---

NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF
*LaBrie et al. v. UPS Supply Chain Solutions, Inc.  ♦ Case No.: 3:08-CV-03182-PJH*

<u>LaBrie, et al. *v.* UPS Supply Chain Solutions, Inc.</u>
Case No. C08-03182-PJH

**ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF**

Attached hereto are two (2) additional Consents to Become Party Plaintiff and two (2) additional Supplemental Consents to Become Party Plaintiff in the above-referenced case signed by the following persons:

<u>Consents to Become Party Plaintiff:</u>

1. Yothin Archacharean
2. Somkiet Chuensumran

<u>Supplemental Consents to Become Party Plaintiff:</u>

1. Chana Visutsiri
2. Pedro Yeh

## CONSENT FORM TO BECOME PARTY PLAINTIFF

I, __YOTHIN ARCHACHAREAN__, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __LA MIRADA, CA__, on __AUG 5, 08__
                City, State                    Date

_____
Signature

__YOTHIN ARCHACHAREAN__
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, *Somkiet Chuensumran*, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at *Canyon Country, CA. 91351*, on *08-07-08*
               City, State                Date

*/s/*
Signature

*Somkiet Chuensumran*
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Chana Visutsiri</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>6/24/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Chana Visutsiri</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>Burbank, California</u>, on <u>August 7, 2008</u>
              City, State              Date

_____
Signature

<u>CHANA VISUTSIRI</u>
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Pedro Yeh</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>7/20/2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Pedro Yeh</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>IRVINE, CA</u>, on <u>8/5/08</u>.
City, State                    Date

_____
Signature

<u>PEDRO ZSSI ISNG YEH</u>
Name Printed

# PROOF OF SERVICE

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On August 15, 2008, I served the following document(s):

**NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

**Robert P. Kristoff**
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Direct Tel: (415) 856-7073
Main Fax: (415) 856-7100
Direct Fax: (415) 856-7173
email: bobkristoff@paulhastings.com

_____ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated.

**X** **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

_____ **BY OVERNIGHT COURIER:** I caused such envelope(s) to be delivered via overnight mail by UPS.

**X** **BY REGULAR MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

_____ **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated via Attorney's Diversified Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on August 15, 2008.

/s/ Khae Saechao
Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169    FAX: (510) 272-0174