LYNN ROSSMAN FARIS (State Bar No. 096029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
       pmonrad@leonardcarder.com
       jkeating@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No. 3:08-CV-03182-PJH<br><br>**NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF** |

Attached hereto are seven (7) additional Consents to Become Party Plaintiff and two (2) additional Supplemental Consents to Become Party Plaintiff in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: August 22, 2008                    LEONARD CARDER, LLP

                                          By:  /s/ Philip C. Monrad
                                               Philip C. Monrad
                                               Attorney for Plaintiffs

<u>LaBrie, et al. *v.* UPS Supply Chain Solutions, Inc.</u>
Case No. C08-03182-PJH

**ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF**

Attached hereto are seven (7) additional Consents to Become Party Plaintiff and two (2) additional Supplemental Consents to Become Party Plaintiff in the above-referenced case signed by the following persons:

<u>Consents to Become Party Plaintiff:</u>

1. Rodger Beets
2. Parndit Chertboonmuang
3. Dwight Shantil Harris
4. Praful Patel
5. Rita Patel
6. Walailak Satarak
7. Amarjit Singh

<u>Supplemental Consents to Become Party Plaintiff:</u>

1. Adolfo Aragon
2. Rachen Vangcharoenphisun

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned __Rodger Beets__, a current or former driver for UPS Supply Chain Logistics, Inc., hereby consent to become a party plaintiff in an action arising under the Fair Labor Standards Act, *LaBrie, et al. v. UPS Supply Chain Logistics, Inc.*, U.S. Northern Dist. California, No. C08-03182, seeking to recover reimbursement of expenses, compensation and related sums, including interest and penalties, owed to me by said UPS Supply Chain Logistics, and related entities for services rendered thereto.

Date: 08-19-08                                By: (sign) _[signature]_
                                              (spell) __Rodger Beet__

## CONSENT FORM TO BECOME PARTY PLAINTIFF

I, ___PARNDIT CHERTBOONMUANG___ a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at ___HUNTINGTON BEACH, CALIF.___ on ___AUGUST-13-08___
                City, State                        Date

_[signature]_
Signature

___PARNDIT CHERT BOONMUANG___
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, **DWIGHT SHANTIL HARRIS**, am a current IC driver for UPS SUPPLY CHAIN SOLUTIONS, INC., and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Court. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. Executed at Lynnwood, Washington, on August 19, 2008
City, State Date

*/s/ Dwight Shantil Harris*
Signature
Dwight Shantil Harris
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, _PRAFUL PATEL_, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at _SAN BRUNO CA_, on _8-19-08_
             City, State               Date

_[signature]_
Signature

_PRAFUL PATEL_
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, __RITA PATEL__, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __SAN BRUNO CA__, on __8-19-08__
               City, State            Date

__R. P. Patel__
Signature

__RITA PATEL__
Name Printed

## CONSENT FORM TO BECOME PARTY PLAINTIFF

I, __Walailak Satarak__, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __Bellflower, CA__, on __8-17-08__
                City, State                 Date

__Walailak Sa__
Signature

__Walailak Satarak__
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, __Amarjit Singh__, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __Van Nuys, CA__, on __8/19/08__
                City, State                          Date

__Amarjit Singh__
Signature

__Amarjit Singh__
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Adolfo Aragon</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>July 29, 2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Adolfo Aragon</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at _Anaheim California_, on _8/12/08_.
                        City, State                        Date

_____
Signature

_ADOLFO ARAGON_
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, Rachen Vangcharoenphisun, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on July 16, 2008. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, Rachen Vangcharoenphisun, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __Tualatin, Oregon__, on __July/16/2008__
                 City, State                             Date

_____
Signature

__Rachen Vangcharoenphisan__
Name Printed

## PROOF OF SERVICE

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On August 22, 2008, I served the following document(s):

**NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

**Robert P. Kristoff**
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Direct Tel: (415) 856-7073
Main Fax: (415) 856-7100
Direct Fax: (415) 856-7173
email: bobkristoff@paulhastings.com

\_\_\_\_\_ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated.

**X** **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

\_\_\_\_\_ **BY OVERNIGHT COURIER:** I caused such envelope(s) to be delivered via overnight mail by UPS.

**X** **BY REGULAR MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

\_\_\_\_\_ **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated via Attorney's Diversified Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on August 22, 2008.

/s/ Khae Saechao
Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174

PROOF OF SERVICE: NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS
*LaBrie et al. v. UPS Supply Chain Solutions, Inc.* ♦ *Case No. 3:08-CV-03182-PJH*