1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   ROBERT P. KRISTOFF (SB# 90874) bobkristoff@paulhastings.com
2  ZACHARY P. HUTTON (SB# 234737) zacharyhutton@paulhastings.com
   MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
3  55 Second Street, Suite 2400
   San Francisco, CA  94105
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendant
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | PAULA LABRIE, ALFREDO MACIAS, | CASE NO. 3:08-CV-03182 PJH
   | PETER MILLMAN, TOM CHORTABTIM, |
12 | RAF SISON,                     | **DEFENDANT'S DISCLOSURE OF INTERESTED ENTITIES**
13 |         Plaintiffs,            |
14 |     vs.                        |
15 | UPS SUPPLY CHAIN SOLUTIONS, INC., |
16 |         Defendant.             |

17

28

LEGAL_US_W # 59796107.1

CASE NO. 3:08-CV-03182 PJH                          DISCLOSURE OF INTERESTED ENTITIES

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associates of persons, firms, partnerships, corporations (including parent corporations) or other entities (other than the named Plaintiffs) (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    (1)    Defendant UPS Supply Chain Solutions, Inc.; and

    (2)    United Parcel Service, Inc. (parent corporation of UPS Supply Chain Solutions, Inc.).

DATED:  August 25, 2008    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/    MICHAEL M. PFYL
    MICHAEL M. PFYL

Attorneys for Defendant
UPS SUPPLY CHAIN SOLUTIONS, INC.