1  LYNN ROSSMAN FARIS (SB# 96029) lfaris@leonardcarder.com
2  PHILIP C. MONRAD (SB# 151073) pmonrad@leonardcarder.com
   JENNIFER KEATING (SB# 250857) jkeating@leonardcarder.com
3  LEONARD CARDER LLP
   1330 Broadway, Suite 1450
4  Oakland, CA 94612
   Telephone: (510) 272-0169
5  Facsimile: (510) 272-0174

6  Attorneys for Plaintiffs

7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   ROBERT P. KRISTOFF (SB# 90874) bobkristoff@paulhastings.com
8  ZACHARY P. HUTTON (SB# 234737) zacharyhutton@paulhastings.com
   MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
9  55 Second Street, Suite 2400
   San Francisco, CA 94105
10 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
11
   Attorneys for Defendant
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 | PAULA LABRIE, ALFREDO MACIAS,           | CASE NO. 3:08-CV-03182 PJH
   | PETER MILLMAN, TOM CHORTABTIM,          |
17 | RAF SISON,                              | **STIPULATION TO EXTEND TIME TO ANSWER**
18 |         Plaintiffs,                     |
19 |    vs.                                  |
20 | UPS SUPPLY CHAIN SOLUTIONS, INC.,       |
21 |         Defendant.                      |

LEGAL_US_W # 59776002.1

CASE NO. 3:08-CV-03182 PJH                            STIP EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

Defendant UPS Supply Chain Solutions, Inc. ("Defendant") intends to file a motion to dismiss in response to Plaintiffs' First Amended Complaint. Defendant shall not be required to file and serve its answer to the First Amended Complaint until ten (10) days after entry of the Court's order on its motion to dismiss, even if the motion does not seek dismissal of all claims in the First Amended Complaint.

DATED: August 21, 2008        LEONARD CARDER LLP

By: _____
LYNN ROSSMAN FARIS
PHILIP C. MONRAD
JENNIFER KEATING

Attorneys for Plaintiffs

DATED: August 21, 2008        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
ROBERT P. KRISTOFF

Attorneys for Defendant