| | |
|---|---|
| 1 | ROBERT P. KRISTOFF (SB# 090874)  bobkristoff@paulhastings.com |
| 2 | ZACHARY HUTTON (SB# 234737)  zacharyhutton@paulhastings.com<br>MICHAEL M. PFYL (SB# 240925)  michaelpfyl@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street |
| 4 | Twenty-Fourth Floor<br>San Francisco, California  94105-3441 |
| 5 | Telephone:     (415) 856-7000<br>Facsimile:      (415) 856-7100 |
| 6 | Attorneys for Defendant |
| 7 | UPS SUPPLY CHAIN SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON,<br><br>Plaintiffs,<br><br>vs.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.,<br><br>Defendant. | | CASE NO. C08-03182 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UPS SUPPLY CHAIN SOLUTIONS, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6).**<br><br>DATE:    October 1, 2008<br>TIME:    9:00 a.m.<br>DEPT:    Crtrm. 3, 17th Floor<br>JUDGE:   Hon. Phyllis J. Hamilton |

1   On October 1, 2008 at 9:00 a.m., this matter came on for hearing before this Court, the Honorable Phyllis J. Hamilton presiding, on the Motion to Dismiss filed by Defendant UPS Supply Chain Solutions, Inc. ("SCS").

This Court, having read and considered the moving and responding papers and the oral arguments presented, and the matter having been duly heard, IT IS ORDERED that the motion be and is hereby GRANTED as follows:

Defendant's Motion to Dismiss with prejudice the sixth cause of action (fraud) in Plaintiffs' First Amended Complaint on the grounds that plaintiffs fail to state a claim upon which relief can be granted is **GRANTED,** and plaintiffs' sixth cause of action is **DISMISSED** without leave to amend because plaintiffs have not alleged, and Defendant has demonstrated that they cannot allege in good faith, that Defendant misrepresented an issue of fact.

DATED: _____, 2008        _____
                                    Phyllis J. Hamilton
                                    United States District Judge