LYNN ROSSMAN FARIS (State Bar No. 096029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
       pmonrad@leonardcarder.com
       jkeating@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No. 3:08-CV-03182-PJH<br><br>**NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF** |

Attached hereto are four (4) additional Consents to Become Party Plaintiff and one (1) additional Supplemental Consent to Become Party Plaintiff in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: August 29, 2008                    LEONARD CARDER, LLP
                                          By:  /s/ Jennifer Keating
                                               Jennifer Keating
                                               Attorney for Plaintiffs

---

NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENT
*LaBrie et al. v. UPS Supply Chain Solutions, Inc. ♦ Case No.: 3:08-CV-03182-PJH*

<u>LaBrie, et al. *v.* UPS Supply Chain Solutions, Inc.</u>
Case No. C08-03182-PJH

**ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF**

Attached hereto are four (4) additional Consents to Become Party Plaintiff and one (1) additional Supplemental Consent to Become Party Plaintiff in the above-referenced case signed by the following persons:

<u>Consents to Become Party Plaintiff:</u>

1. Tawin Jithchamnonk
2. James D. Marshall
3. Scott McConnell
4. Dusit Suayngam

<u>Supplemental Consents to Become Party Plaintiff:</u>

1. Kuljit (Kyle) Singh

## CONSENT FORM TO BECOME PARTY PLAINTIFF

I, TAWIN JITHCHAMNONK, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at COVINA CA, on 8/21/08
            City, State                 Date

*[Signature]*
Signature

TAWIN JITHCHAMNONK
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, JAMES D. MARSHALL, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at BLOOMINGTON, MN, on 8/25/08
City, State                                    Date

_James D. Marshall_
Signature

JAMES D. MARSHALL
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, __Scott McConnell__ current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at __Burnsville MN__, on __8/25/08__
                City, State              Date

__Scott A. McConnell__
Signature

__Scott A. McConnell__
Name Printed

## CONSENT TO BECOME PARTY PLAINTIFF

I, **Nusit Suayngam**, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at **Rowland Heights, CA**, on **Aug-20-08**
            City, State                          Date

_____
Signature

**Nusit Suayngam**
Name Printed

## SUPPLEMENTAL CONSENT TO BECOME PARTY PLAINTIFF

I, <u>Kuljit (Kyle) Singh</u>, hereby submit this supplement to the Consent To Become Party Plaintiff that I signed on <u>July 30, 2008</u>. That Consent contained an inadvertent typographical error, referring to the defendant in this action as UPS SUPPLY CHAIN LOGISTICS, INC. I intended at that time, and hereby confirm that I consent to become a party Plaintiff in the lawsuit against defendant UPS SUPPLY CHAIN SOLUTIONS, INC.

Specifically, I, <u>Kuljit (Kyle) Singh</u>, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at <u>SACRAMENTO, CA</u>, on <u>8-10-08</u>
                    City, State                Date

*/s/ Kuljit Singh*
Signature

KULJIT SINGH
Name Printed

# PROOF OF SERVICE

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On August 29, 2008, I served the following document(s):

**NOTICE OF FILING ADDITIONAL CONSENTS AND SUPPLEMENTAL CONSENTS TO BECOME PARTY PLAINTIFF**

I electronically filed the foregoing document(s) with the Clerk of Court using the CM/ECF system which automatically sent notification of such filings to the following:

| | |
|---|---|
| Robert P. Kristoff | bobkristoff@paulhastings.com |
| Michael M. Pfyl | michaelpfyl@paulhastings.com, alicebrown@paulhastings.com |
| Zachary P. Hutton | zacharyhutton@paulhastings.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on August 29, 2008.

/s/ Khae Saechao
Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174

PROOF OF SERVICE
*LaBrie et al. v. UPS Supply Chain Solutions, Inc.* ♦ Case No. 3:08-CV-03182-PJH