LYNN ROSSMAN FARIS (State Bar No. 096029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
       pmonrad@leonardcarder.com
       jkeating@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No. 3:08-CV-03182-PJH<br><br>**NOTICE OF FILING ADDITIONAL CONSENT TO BECOME PARTY PLAINTIFF** |

    Attached hereto is an additional Consent to Become Party Plaintiff in the First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter.

Dated: September 5, 2008        LEONARD CARDER, LLP

                                 By:   /s/ Jennifer Keating
                                        Jennifer Keating
                                        Attorney for Plaintiffs

<u>LaBrie, et al. *v.* UPS Supply Chain Solutions, Inc.</u>
Case No. C08-03182-PJH

**ADDITIONAL CONSENT TO BECOME PARTY PLAINTIFF**

Attached hereto is one (1) additional Consent to Become Party Plaintiff in the above-referenced case signed by the following person(s):

<u>Consent to Become Party Plaintiff:</u>

1. Melissa Lee Collins

## CONSENT TO BECOME PARTY PLAINTIFF

I, Melissa Lee Collins, a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC., hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. Dist. Crt. Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.

Executed at Fairfield CA, on 9/3/08
                City, State                Date

_[signature]_
Signature

M. Collins
Name Printed

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On September 5, 2008, I served the following document(s):

**NOTICE OF FILING ADDITIONAL CONSENT TO BECOME PARTY PLAINTIFF**

I electronically filed the foregoing document(s) with the Clerk of Court using the CM/ECF system which automatically sent notification of such filings to the following:

| | |
|---|---|
| Robert P. Kristoff | bobkristoff@paulhastings.com |
| Michael M. Pfyl | michaelpfyl@paulhastings.com, alicebrown@paulhastings.com |
| Zachary P. Hutton | zacharyhutton@paulhastings.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 5, 2008.

/s/ Khae Saechao
Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169    FAX: (510) 272-0174

PROOF OF SERVICE
*LaBrie et al. v. UPS Supply Chain Solutions, Inc.* ♦ *Case No. 3:08-CV-03182-PJH*