1   LYNN ROSSMAN FARIS (State Bar No. 096029) lfaris@leonardcarder.com
    PHILIP C. MONRAD (State Bar No. 151073) pmonrad@leonardcarder.com
2   ELEANOR MORTON (State Bar No. 220407) emorton@leonardcarder.com
    JENNIFER KEATING (State Bar No. 250857) jkeating@leonardcarder.com
3   LEONARD CARDER, LLP
    1330 Broadway, Suite 1450
4   Oakland, CA 94612
    Telephone: (510) 272-0169
5   Facsimile: (510) 272-0174

6   Attorneys for Plaintiffs

7   ROBERT P. KRISTOFF (State Bar No. 090874) bobkristoff@paulhastings.com
    ZACHARY P. HUTTON (State Bar No. 234737) zacharyhutton@paulhastings.com
8   MICHAEL M. PFYL (State Bar No. 240925) michaelpfyl@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
9   55 Second Street, Suite 2400
    San Francisco, CA 94105
10  Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
11
    Attorneys for Defendant
12
                    UNITED STATES DISTRICT COURT
13
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15

16  PAULA LABRIE, ALFREDO MACIAS,          Case No.  3:08-CV-03182-PJH
    PETER MILLMAN, TOM
17  CHORTABTIM, RAF SISON
                                           **STIPULATION AND [proposed] ORDER
18                                          REGARDING SCHEDULING OF
    Plaintiffs,                             PLAINTIFFS' CONDITIONAL CLASS
19                                          CERTIFICATION MOTION**
    v.                                       AS MODIFIED BY THE COURT
20
    UPS SUPPLY CHAIN SOLUTIONS, INC.
21

22  Defendant.

23

24

25

26

27

28

                                        1
    STIP. & [PROPOSED] ORDER RE SCHEDULING            CASE NO. 3:08-CV-03182-PJH

The parties to this lawsuit, by and through their respective counsel, have met and conferred in an effort to avoid scheduling and holiday conflicts and therefore request that the Court approve the following stipulated schedule for the timely filing of Plaintiffs' Motion for Conditional Class Certification, Defendant's opposition thereto and the Plaintiffs' reply:

• Plaintiffs shall file and serve their Motion for Conditional Class Certification and all supporting pleadings and evidence on or before December 5, 2008;

• Defendant shall file and serve its Opposition to Plaintiffs' Motion, and all supporting pleadings and evidence on or before January 21, 2009;

• Plaintiffs shall file and serve their Reply In Support of Plaintiffs' Motion, and all supporting pleadings and evidence on or before January 28, 2009;

• The court shall hear Plaintiffs' motion on Wednesday, ~~February 11~~ March 18, 2009 at 9:00 a.m.

The parties also stipulate that the statute of limitations for the claims of those who join as consenters after the filing of Plaintiffs' Motion for Conditional Certification shall be tolled for sixty (60) days to account for the period of delay in hearing this matter occasioned by Defendant's discovery.

DATED: November 21, 2008

LEONARD CARDER, LLP

By: _____
LYNN ROSSMAN FARIS
Attorneys for PLAINTIFFS

DATED: November 21, 2008

PAUL, HASTINGS, JANOFSKY & WALKER

By: _____
ROBERT P. KRISTOFF
Attorneys for DEFENDANTS

IT IS SO ORDERED.

DATED: ___November 25___, 2008

Hon. Phyllis J. Hamilton
United St...

IT IS SO ORDERED
Judge Phyllis J. Hamilton

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 272-0169   FAX (510) 272-0174