LYNN ROSSMAN FARIS (State Bar No. 096029) lfaris@leonardcarder.com
PHILIP C. MONRAD (State Bar No. 151073) pmonrad@leonardcarder.com
ELEANOR I. MORTON (State Bar No. 220407) emorton@leonardcarder.com
JENNIFER KEATING (State Bar No. 250857) jkeating@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>        Plaintiffs,<br><br>    v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>        Defendant. | Case No. 3:08-CV-03182-PJH<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION AND NOTICE**<br><br>Hearing Date: March 18, 2009<br>Hearing Time: 9am<br>Location:     Courtroom 3<br>Honorable Phyllis J. Hamilton |

Plaintiffs request that this Court take judicial notice, under Rule 201 of the Federal Rules of Evidence, of the following public records attached hereto from other judicial proceedings in this District:

Exhibit A:  Joint Statement Re: Form of Notice and Notice, Dkt. Nos. 124-1 and 124-2 (5/7/07) and Stipulation and Order re Mailing and Posting of Notice re FLSA Claim, Dkt. No. 127 (5/18/07), in *Adams, et. al. v. Inter-Con Security Systems, Inc.*, N.D. Cal. Case No. 3:06-CV-05428- MHP.

Exhibit B:  Notice of Collective Action and Consent Form, Dkt. No. 114 (4/21/07) and Order Approving Proposed Notice and Consent Form; Directions to Counsel for Plaintiffs, Dkt. No. 117 (4/25/08), in *Wong, et. al. v. HSBC Mortgage Corporation (USA),* N.D. Cal. Case No. 3:07-CV-02446-MMC.

Exhibit C:  Opt-In-Order and Exhibit A thereto, Dkt. No. 145 (5/8/07), in *Beauperthuy, et. al. v. 24 Hour Fitness USA, Inc.,* N.D. Cal. Case No.3: 06-CV-0715-SC.

Each of these documents consists of a notice of collective action and opt-in form and corresponding court order approving such notice and form filed in another recent action in this District brought under the Fair Labor Standards Act (FLSA). They are offered to show that Plaintiffs' proposed notice and opt-in form in this FLSA case, attached as Exhibit 3 to the Declaration of Eleanor Morton filed herewith, is consistent with the Northern District of California's standards.

Under the Federal Rules of Evidence, a court must take judicial notice of any fact that is "not subject to reasonable dispute" and either (1) "generally known within the territorial jurisdiction of the trial court" or (2) "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Exhibits A, B and C are court-issued or court-approved class notices, opt-in forms and court orders from other

1

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL.(510) 272-0169  FAX: (510) 272-0174

FLSA actions in this District. As such, they are "not subject to reasonable dispute" and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Thus, these documents may be judicially noticed. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 (9th Cir. 2006) (taking judicial notice of court filings and matters of public record including pleadings, memoranda, and expert reports); *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (taking judicial notice of other court's final judgment and related filings).

In light of the foregoing, Plaintiffs respectfully request that this Court take judicial notice of the documents identified herein and attached hereto.

Dated: December 5, 2008					Respectfully Submitted,

							LEONARD CARDER, LLP


							       /s/ **Eleanor Morton**

							Attorneys for Plaintiffs

2

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'  
MOTION FOR CONDITIONAL CLASS CERTIFICATION AND NOTICE**          Case No. 3:08-CV-03182-PJH