1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   ROBERT P. KRISTOFF (SB# 90874) bobkristoff@paulhastings.com
2  ZACHARY P. HUTTON (SB# 234737) zacharyhutton@paulhastings.com
   MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
3  55 Second Street, Suite 2400
   San Francisco, CA  94105
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendant
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | PAULA LABRIE, ALFREDO MACIAS, | CASE NO. 3:08-CV-03182 PJH |
   | PETER MILLMAN, TOM CHORTABTIM, | |
12 | RAF SISON, | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION AND NOTICE** |
13 |                  Plaintiffs, | |
14 |         vs. | |
15 | UPS SUPPLY CHAIN SOLUTIONS, INC., | Date:     March 18, 2009 |
   | | Time:     9:00 a.m. |
16 |                  Defendant. | Judge:    Honorable Phyllis J. Hamilton |
   | | Courtroom: 3, 17th Floor |

17

28 LEGAL_US_W # 60884782.1

CASE NO. 3:08-CV-03182 PJH

[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR CONDITIONAL CLASS
CERTIFICATION & NOTICE

On March 18, 2009, this matter came on for hearing before this Court, the Honorable Phyllis J. Hamilton presiding, on the Motion for Conditional Class Certification and Notice filed by Plaintiffs.

This Court, having read and considered the moving and responding papers and the oral arguments presented, and the matter having been duly heard,

IT IS HEREBY ORDERED THAT:

Plaintiffs' motion for conditional certification of an FLSA collective action and approval of notice is DENIED. Plaintiffs have failed to demonstrate that they are similarly situated to the individuals whom they seek to include in an FLSA collective action.

DATED: _____, 2009.

_____
THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE