1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   ROBERT P. KRISTOFF (SB# 90874) bobkristoff@paulhastings.com
2  ZACHARY P. HUTTON (SB# 234737) zacharyhutton@paulhastings.com
   MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
3  55 Second Street, Suite 2400
   San Francisco, CA 94105
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON,<br><br>Plaintiffs,<br><br>vs.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-03182 PJH<br><br>**DECLARATION OF ROBERT P. KRISTOFF IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION AND NOTICE**<br><br>Date: March 18, 2009<br>Time: 9:00 a.m.<br>Judge: Honorable Phyllis J. Hamilton<br>Courtroom: 3, 17th Floor |

LEGAL_US_W # 60883236.2

CASE NO. 3:08-CV-03182 PJH                                                    DECLARATION OF ROBERT P. KRISTOFF

1  I, Robert P. Kristoff, declare:

2  1.  I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP, the attorneys of record for Defendant UPS Supply Chain Solutions, Inc. in this action, and I am admitted to practice before this Court. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, could and would testify competently thereto.

2.  Attached hereto as Exhibit A are true and correct excerpts from the deposition of Plaintiff Tom Chortabtim, taken on December 16, 2008.

3.  Attached hereto as Exhibit B are true and correct excerpts from the deposition of Plaintiff Alfredo Macias, taken on December 17, 2008.

4.  Attached hereto as Exhibit C are true and correct excerpts from the deposition of Plaintiff Peter Millman, taken on December 15, 2008.

5.  Attached hereto as Exhibit D are true and correct excerpts from the deposition of Plaintiff Raf Sison, taken on December 11, 2008.

6.  Attached hereto as Exhibit E are true and correct excerpts from the deposition of Plaintiff Paula LaBrie, taken on December 9, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 21, 2009 at San Francisco, California

_____
ROBERT P. KRISTOFF