1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   ROBERT P. KRISTOFF (SB# 90874) bobkristoff@paulhastings.com
2  ZACHARY P. HUTTON (SB# 234737) zacharyhutton@paulhastings.com
   MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
3  55 Second Street, Suite 2400
   San Francisco, CA  94105
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendant
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | PAULA LABRIE, ALFREDO MACIAS, | CASE NO. 3:08-CV-03182 PJH
   | PETER MILLMAN, TOM CHORTABTIM, |
12 | RAF SISON, | **DECLARATION OF E. DEBORAH JAY, Ph.D. IN SUPPORT OF DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION**
13 | Plaintiffs, |
14 | vs. |
15 | UPS SUPPLY CHAIN SOLUTIONS, INC., |
16 | Defendant. | Date:      March 18, 2009
                  Time:      9:00 a.m.
17              | Judge:     Honorable Phyllis J. Hamilton
                  Courtroom: 3, 17th Floor

LEGAL_US_W # 60875265.16

CASE NO. 3:08-CV-03182 PJH                         DECLARATION OF E. DEBORAH JAY, Ph.D.

I, E. Deborah Jay, Ph.D., declare:

1. I am President and Chief Executive Officer of Field Research Corporation. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently to them.

2. On December 29, 2008, I submitted an expert report (including Appendices A-L) setting forth my opinions and findings in this matter. A true and correct copy of the expert report is attached as Exhibit A, which is incorporated herein by reference as though fully set forth herein.

3. If called upon to do so, I could and would testify competently to the opinions and findings set forth in my expert report incorporated herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of January 2009, at San Francisco, California.

*[signature]*

E. DEBORAH JAY, Ph.D.