# EXHIBIT A

# UPS Supply Chain Solutions Survey
## – Volume I –

*Report and Appendices A-B*

December 2008

# FIELD
# RESEARCH
# CORPORATION

FOUNDED IN 1945 BY MERVIN FIELD

# Table of Contents

**Volume 1**
I. Introduction and Summary
II. Credentials
III. Prior Testimony
IV. Publications
V. Expert Compensation
VI. Documents Provided
VII. Survey Design and Methods
VIII. Findings
IX. Conclusions
Endnotes
Appendix A – Publicly Released Technical Reports, Conference Papers/Presentations, and Publications Since 1998 (Author or Co-Author)
Appendix B – Survey Materials

**Volume 2**
Appendix C – Sample CATI Screens

**Volume 3**
Appendix D – Training SCS Providers Said They Are Required to Complete
Appendix E – Other Things SCS Providers Said They Often Consider and Evaluate in Deciding Whether to Accept an SCS Delivery
Appendix F – Other Information or Instructions SCS Providers Said They Receive
Appendix G – What SCS Providers Said Their Uniform Looks Like
Appendix H – Vehicles, Equipment, and Other Items SCS Providers Said They Purchased
Appendix I – Where SCS Providers Said Their Vehicle Says "SCS" on It
Appendix J – Insurance Expenses SCS Providers Said They Deduct
Appendix K – Other Expenses SCS Providers Said They Deduct
Appendix L – California Data Tables

# Report of E. Deborah Jay, Ph.D.

## I. Introduction and Summary

I am President and Chief Executive Officer of Field Research Corporation ("Field Research"), a San Francisco-based research firm specializing in marketing and public opinion surveys. Field Research was retained by counsel for UPS Supply Chain Solutions ("SCS") in this action to conduct a survey with a representative sample of persons who currently make deliveries for SCS or who have made deliveries for SCS in the past ("SCS providers").[1] The primary purpose of the survey conducted by Field Research (the "Field Survey") was to collect reliable information about SCS providers' experiences and the importance of various issues to them.

Field Research conducted 929 telephone interviews with SCS providers between October 30 and November 20, 2008. The interviews were conducted by 21 professional interviewers from Field Research's interviewing facilities in San Diego, California.

At the beginning of the interview, SCS providers were advised of the following:

- Field Research was conducting a survey with a representative sample of persons who currently make deliveries for SCS or who had made deliveries for SCS in the past;

- Participation in the survey was voluntary, and participation in the survey would not affect their opportunities at SCS;

- Respondent identities and individual responses would be confidential;

- We were not interviewing persons while they were working to ensure privacy;

- There were no right or wrong answers, and to indicate if they did not know the answer to a question or did not have an opinion.

The interviews for the survey were double-blind: neither Field Research's interviewers nor the survey respondents were told that the survey was being conducted in connection with litigation.

Based on the overall design and execution of the Field Survey, it provides representative and reliable information concerning SCS providers.

As described in detail in this report, the Field Survey found that SCS providers are not homogeneous. They differ on a number of dimensions (*e.g.*, how many years they have been making SCS deliveries, their availability for SCS deliveries, how many days per week they make SCS deliveries and how many deliveries per week they make for SCS). SCS providers' behavior and attitudes also vary by region (*e.g.*, western SCS providers differ from SCS providers in other regions).

More than half of the 929 SCS providers interviewed for the Field Survey said the following:

- The vehicle they use to make deliveries does <u>not</u> say "SCS" on it (97%).
- They do <u>not</u> wear a uniform to make SCS deliveries (96%).
- They choose the days and hours when they are available to make SCS deliveries (93%).
- Their SCS delivery locations vary from week to week (91%).
- They choose the routes they take to SCS delivery locations (89%).
- They deduct expenses they incur in connection with SCS deliveries (77%).
- They have purchased vehicles, equipment or other items mainly for making SCS deliveries (72%).
- They were <u>not</u> required to complete other types of training, besides TSA training, to make SCS deliveries (62%).
- They turn down some SCS deliveries that they are offered (58%).
- When they make more than one SCS delivery, they choose the order in which they make these deliveries (52%).

Additionally, almost one-third (32%) of SCS providers said one or more of the following things: they have negotiated a higher rate for some SCS deliveries (12%); they make paid deliveries for others besides SCS (12%); they have formed a corporation mainly for making deliveries (10%); and/or they use other people to make SCS deliveries for them (7%).

The 598 *current* SCS providers interviewed for the Field Survey were asked whether the ability to do various things is important or is <u>not</u> important to them. More than half of *current* SCS providers said the following is important to them:

- Choosing when they are available to make SCS deliveries (90%).
- Choosing the route to take to an SCS delivery location (84%).
- Being able to turn down some SCS deliveries (52%).
- Choosing the order in which to make SCS deliveries (52%).

The survey methods, findings, and my conclusions are described in the remainder of this report, which is based on information I have been provided and the analyses I have performed thus far. I understand that I may be provided with additional information and may be asked to perform further analyses, and if so, this report may be amended or revised.

In connection with my anticipated trial testimony in this action I may use as exhibits various documents produced in this litigation which refer to or relate to the matters discussed in this report. In addition, I may create or assist in the creation of certain demonstrative exhibits to assist me in testimony. I have not yet selected or created such exhibits.

## II. Credentials

I am President and CEO of Field Research, one of the oldest and most respected marketing and public opinion research firms in the United States. I bring to this project more than 30 years of experience conducting large-scale surveys of all types (*e.g.*, mail, telephone and in-person), including surveys for public agencies, nonprofit organizations, private companies and law firms. I have conducted numerous surveys on behalf of both plaintiffs and defendants in legal cases. I have testified in state and federal courts and have been qualified by several courts as an expert in survey methodology.

I hold a bachelor's degree in psychology and political science from the University of California at Los Angeles *(magna cum laude)* and a master's degree and doctorate in political science from the University of California at Berkeley. Before joining Field Research in 1991, I was a program director at SRI International (formerly Stanford Research Institute). I also was a manager with KPMG Peat Marwick in San Francisco, and a research associate at the Survey Research Center at the University of California at Berkeley. I have lectured to classes at UC Berkeley's Haas School of Business (at the graduate and undergraduate levels) and at Boalt Law School, and have served on the faculty of various continuing legal education programs.

I am past chair of the Council of American Survey Research Organizations (CASRO), a not-for-profit trade association representing over 200 survey research companies engaged in professional research. I served as a director of CASRO for seven years (from 1995 to 2001) and during that time chaired both the Survey Research Quality and Standards and Ethics committees of that organization.

I served on the Executive Council of the American Association for Public Opinion Research (AAPOR), a professional society of individuals engaged in opinion research, market research, and social research. I was elected Standards Chair of the national organization, served as president of the Pacific Chapter of AAPOR, and am a member of the advisory committee for *Public Opinion Quarterly*, an official publication of AAPOR. Founded in 1947, AAPOR's membership includes approximately 2,000 individuals from every sector of the research community, including academic institutions, commercial organizations, government agencies and nonprofit organizations.

Founded in 1945 by Mervin Field, Field Research currently conducts thousands of interviews each year with representative samples of the general public, consumers, employees, corporate executives, and other populations. Field Research has conducted the nationally-quoted *Field Poll* since 1947, and has tracked voter preferences in all major statewide elections in California since 1948. Since 1948, the average deviation between *The Field Poll's* final pre-election poll in

California and the actual percentage vote in California for the winning candidate in elections for President, Governor and U.S. Senate has been approximately two percentage points. *The Field Poll* is well-known throughout California for the surveys it regularly takes and publishes on issues of public importance.

## III. Prior Testimony

During the past four years, I have testified in deposition and/or at trial in the following cases:

- City of Seattle v. Professional Basketball Club LLC. (United States District Court, Western District of Washington).
- S.C. Johnson & Son, Inc. v. Buzz Off Insect Shield, LLC. and International Garment Technologies (United States District Court, Middle District of North Carolina).
- Merisant Company v. McNeil Nutritionals and McNeil PPC-Inc. (United States District Court, Eastern District of Pennsylvania).
- Nissan Motor Co., v. Nissan Computer Corp. (United States District Court, Central District of California).
- In re FedEx Ground Package System Inc. Employment Practices Litigation (United States District Court, Northern District of Indiana).
- Kargo Global, Inc. v. Advance Magazine Publishers, Inc. (United States District Court, Southern District of New York).
- Enterprise Rent-A-Car v. U-Haul International Inc. and eMove Inc. (United States District Court, Eastern District of Missouri).
- Sutter Health, et. al., v. Unite Here (Superior Court of the State of California, Placer County).
- Ty Inc., v. Softbelly's Inc. (United States District Court, Northern District of Illinois).
- Peaceable Planet, Inc., v. Ty, Inc. and H. Ty Warner (United States District Court, Northern District of Illinois).
- AARP v. Kramer Lead Marketing Group et. al. (United States District Court, Middle District of Florida).
- UGG Holdings, Inc.(Deckers Outdoor Corporation) v. Clifford Severn, Percy Severn, Clifford Severn S.G., d/b/a Koolaburra, Paul Barclay, and Barclay Holdings Inc. (United States District Court, Central District of California).
- Schwan's IP LLC and Schwan's Consumer Brands North America, Inc. v. Kraft Pizza Company (United States District Court, District of Minnesota).
- Michael Marlo v. United Parcel Service (United States District Court, Central District of California).

## IV. Publications

A list of publications, publicly released technical reports, and conference papers/ presentations I have authored or co-authored during the past 10 years is included in Appendix A.

## V. Expert Compensation

Field Research is performing this study on a time and materials basis. Because work in connection with this project is ongoing, I do not yet know the total project costs. The hourly rate that Field Research is charging for my time on this project in 2008 and 2009 is $500.

## VI. Documents Provided

I was provided with a copy of the First Amended Complaint filed on behalf of Paula Labrie, Alfredo Macias, Peter Millman, Tom Chortabtim, and Raf Sison in this action. I also was provided with Excel spreadsheets containing the names and contact information for persons who currently make deliveries for SCS or who have made them for SCS in the past.

## VII. Survey Design and Methods

Under my design, direction, and supervision, Field Research conducted a survey with a representative sample of persons who currently make deliveries for SCS or who have made them for SCS in the past. The primary purpose of the Field Survey was to collect reliable information about SCS providers' experiences and the importance of various issues to them.

### A. Survey Materials and Data Collection Method

The following materials were developed and used for the Field Survey: a Survey Instrument (questionnaire), Supervisor Instructions, Interviewer Instructions, and Responses to General Questions. (Copies of these materials are included in Appendix B.) The Supervisor Instructions and

Interviewer Instructions provided detailed information about how to administer the survey. The Responses to General Questions included background information about Field Research and provided responses to anticipated questions.

The survey was administered by 21 professional interviewers employed by Field Research. The interviews were conducted at Field Research's interviewing facilities in San Diego, California using computer-assisted telephone interviewing ("CATI"). With CATI, interviewers conduct the telephone interviews at computer terminals and record survey respondents' answers directly on the computer as the interviews are conducted. Examples of how the questionnaire appeared on the computer terminal (sample CATI screens) are included in Appendix C.

Before interviewing began, each of the survey materials was reviewed with interviewing supervisors and interviewers during training sessions. Interviewing supervisors monitored the interviewers throughout data collection to ensure that the interviews were conducted properly and according to the written instructions.

### B. Survey Questionnaire

When SCS providers were contacted, Field Research's interviewers introduced the survey in the following manner:

> "Hello, my name is _____ and I am calling from Field Research Corporation. UPS Supply Chain Solutions has asked us to interview a representative sample of persons who currently make deliveries for SCS or who have made deliveries for SCS in the past."

> "At the conclusion of the survey, Field Research will prepare a summary of the results. Let me assure you that the identity of survey respondents will not be shared with anyone outside of Field Research. Survey participation is voluntary, and we are not interviewing persons while they are working to ensure privacy. However, we would like your cooperation to ensure that the results are representative of all persons who currently make deliveries for SCS or who have made deliveries for SCS in the past."

"The survey should take only about ten minutes, and I would like to assure you that there is no right or wrong answer. If you do not know the answer to a question or do not have an opinion, please say so. Once again, your responses will be confidential, and your participation in this survey will not affect your relationship with SCS."

Interviewers then told survey respondents the following:

"Now, I would like to ask you a few questions. Before I begin, I need to tell you that my supervisor periodically monitors interviews to ensure quality and courtesy."

Before beginning the interview, survey respondents were asked whether they currently make deliveries for SCS, and if not, whether they ever made deliveries for SCS (Question C1a/b). To be eligible for the survey, respondents had to currently make deliveries for SCS or have made them in the past.

The topics covered in the Field Survey, along with the questions pertaining to each topic, are listed below. The wording for each question varied depending on whether the respondent was a current or a former SCS provider. A plus sign [+] next to a question indicates that the order in which the response categories were read for that question was randomized across survey respondents.[2] A [^] next to a question indicates that the order in which the list of items was read was randomized across survey respondents.[3]

### Length of Time Has Made SCS Deliveries and Training (Questions C2-C5)

- "About how long (have you been making/did you make) deliveries for SCS?"

- "(Do/Did) you make airport deliveries for SCS?"

- *(IF YES)* "Were you required to complete TSA training to make airport deliveries for SCS?"

- "Were you required to complete any (other) types of training, besides TSA training, to make deliveries for SCS?"

- *(IF YES)* "What types of training, besides TSA training, were you required to complete to make deliveries for SCS?"

- "Any other types of training besides TSA training?"

- *(IF YES)* "What other types of training, besides TSA training, were you required to complete?

## Number of SCS Deliveries Makes Per Week and Whether Ever Turns Down SCS Deliveries (Questions C6-C11)

- About how many deliveries (do/did) you make for SCS each week?"

- "(Do/Did) you ever turn down SCS deliveries that you (are/were) offered?"

- *(IF YES)* "How often, if at all, (do/did) you consider and evaluate each of the following in deciding whether to accept an SCS delivery? What about *(ITEM)*... Would you say you consider(ed) and evaluate(d) this hardly ever, occasionally, often, or very often?"+,^
    - "The location or direction of the delivery?"
    - "The delivery mileage?"
    - "Traffic patterns?"
    - "The timing of the delivery in relation to other deliveries?"
    - "The amount SCS (will/would) pay you for the delivery?"
    - "Other plans or commitments you (have/had) that day?"

- "(Do/Did) you often consider and evaluate anything else in deciding whether to accept an SCS delivery?"

- *(IF YES)* "What else (do/did) you often consider and evaluate in deciding whether to accept an SCS delivery?"

- "How often (do/did) you turn down an SCS delivery? Would you say you (do/did) this (a) less than once per month, (b) almost every month, (c) almost every week, or (d) almost every day?"+

- *(IF CURRENTLY MAKES SCS DELIVERIES AND TURNS DOWN SOME SCS DELIVERIES)* "(a) Would you say it is important or (b) would you say it is not important for you to be able to turn down some SCS deliveries?"+

- *(IF IMPORTANT)* "Would you say this is (a) somewhat important or (b) very important to you?"+

## Types of Information SCS Providers Receive from SCS about a Delivery (Question C12)

- "Next, I would like to ask you about the types of information SCS usually (gives/gave) you about a delivery. (Does/Did) SCS usually give you..."+,^
    - "The service order number?"
    - "The pick-up location?"
    - "The delivery location?"
    - "The delivery deadline?"
    - "Special customer requests?"
    - "Any other information or instructions regarding deliveries?"

9

- *(IF SCS GIVES OTHER INFORMATION OR INSTRUCTIONS)* "What other information or instructions (does/did) SCS usually give you regarding deliveries?"

## SCS Delivery Locations, Delivery Routes, and Delivery Order (Questions C13 to C17)

- "When you (make/made) deliveries for SCS, (a) (do/did) you make deliveries to the same locations each week or (b) (do/did) the delivery locations vary from week to week?"[+]

- "When you (make/made) deliveries for SCS, (a) (does/did) SCS require you to take a particular route to a location or (b) (do/did) you choose which route to take to a location?"[+]

- *(IF BOTH)* "When you (make/made) deliveries for SCS, approximately what percent of the time (does/did) SCS require you to take a particular route to a location?"

- *(IF CURRENTLY MAKES DELIVERIES AND SOMETIMES OR ALWAYS CHOOSES DELIVERY ROUTES)* "When you make deliveries for SCS, (a) would you say it is important or (b) would you say it is not important for you to be able to choose the route you take to a location?"[+]

- *(IF IMPORTANT)* "Would you say this is (a) somewhat important or (b) very important to you?"[+]

- "When you (make/made) more than one delivery for SCS, (a) (does/did) SCS require you to make the deliveries in a particular order or (b) (do/did) you choose the order in which to make the deliveries?"[+]

- *(IF BOTH)* "When you (make/made) more than one delivery for SCS, approximately what percent of the time (does/did) SCS require you to make the deliveries in a particular order?"

- *(IF CURRENTLY MAKES SCS DELIVERIES AND SOMETIMES OR ALWAYS CHOOSES DELIVERY ORDER)* "(a) Would you say it is important or (b) would you say it is not important for you to be able to choose the order in which you make deliveries for SCS?"[+]

- *(IF IMPORTANT)* "Would you say this is (a) somewhat important or (b) very important to you?"[+]

## Days Per Week Makes SCS Deliveries and Availability for SCS Deliveries (Question C18 to C21)

- "About how many days per week (do/did) you make deliveries for SCS?"

- "(a) (Are/Were) you available for SCS deliveries during the same days and hours each week or (b) (does/did) your availability for SCS deliveries vary from week to week?"[+]

- (a) (Does/did) SCS require you to be available for deliveries on certain days or during certain hours or (b) (can/could) you choose the days and hours when you (are/were) available to make deliveries for SCS?"[+]

- *(IF CURRENTLY MAKES DELIVERIES AND CHOOSES AVAILABILITY)* "(a) Would you say it is important or (b) would you say it is not important for you to be able to choose when you are available to make deliveries for SCS?"[+]

- *(IF IMPORTANT)* "Would you say this is (a) somewhat important or (b) very important to you?"[+]

10

### Whether Ever Negotiates Higher Rates for SCS Deliveries (Question C22 to C24)

- "(Do/did) you ever negotiate a higher rate with an SCS dispatcher before you (make/made) a delivery?"
- *(IF YES)* "How often (do/did) you negotiate a higher rate with an SCS dispatcher before you (make/made) a delivery? Would you say you (do/did) this (a) less than once per month, (b) almost every month, (c) almost every week, or (d) almost every day?"+
- *(IF CURRENTLY MAKES SCS DELIVERIES AND SOMETIMES NEGOTIATES A HIGHER RATE)* "(a) Would you say it is important or (b) would you say it is not important for you to be able to negotiate a higher rate for some SCS deliveries?"+
- *(IF IMPORTANT)* "Would you say this is (a) somewhat important or (b) very important to you?"+

### Whether Ever Uses Someone Else to Make SCS Deliveries (Question C25 to C27)

- "(Do/did) you ever use someone else to make SCS deliveries for you?"
- *(IF YES)* "About how often (do/did) you use someone else to make SCS deliveries for you? Would you say you (do/did) this (a) less than once per month, (b) almost every month, (c) almost every week, or (d) almost every day?"+
- *(IF NO)* "(Has/Did) anyone at SCS ever (told/tell) you that you could not use someone else to make SCS deliveries for you?"
- *(IF CURRENTLY MAKES SCS DELIVERIES AND USES OTHER PEOPLE TO MAKE SCS DELIVERIES)* "(a) Would you say it is important or (b) would you say it is not important for you to be able to use someone else to make SCS deliveries for you?"+
- *(IF IMPORTANT)* "Would you say this is (a) somewhat important or (b) very important to you?"+

### Whether Makes Paid Deliveries for Others (Question C28 to C29)

- "Do other agencies, individuals, or companies, besides SCS, pay you to make deliveries? / When you were making deliveries for SCS, did other agencies, individuals or companies also pay you to make deliveries?"
- *(IF YES)* "(When you were making deliveries for SCS,) About how often (do/did) other agencies, individuals, or companies besides SCS (also) pay you to make deliveries? Would you say (a) less than once per month, (b) almost every month, (c) almost every week, or (d) almost every day?"+
- *(IF NO)* "(When you were making deliveries for SCS,) did anyone at SCS ever tell you that you could not make paid deliveries for other agencies, individuals, or companies besides SCS?"
- *(IF CURRENTLY MAKES SCS DELIVERIES AND IS PAID BY OTHERS TO MAKE DELIVERIES)* "(a) Would you say it is important or (b) would you say it is not important for you to be able to make deliveries for other agencies, individuals, or companies besides SCS?"+
- *(IF IMPORTANT)* "Would you say this is (a) somewhat important or (b) very important to you?"+

### Whether Wears a Uniform to Make SCS Deliveries (Question C30)

- "(Do/Did) you wear a uniform when you (make/made) deliveries for SCS?"
- *(IF YES)* "What (does/did) the uniform you (wear/wore) to make deliveries for SCS look like?"
- "Can you tell me anything else about the uniform you (wear/wore)?"
- *(IF YES)* "What else?"

### Whether Has Purchased Equipment for SCS Deliveries and Whether Their Delivery Vehicle Says "SCS" On It (Questions C31-32)

- "(Have/Did) you purchase(d) any vehicles, equipment or other items <u>mainly</u> for making deliveries for SCS?"
- *(IF YES)* "What vehicles, equipment, or other items (have/did) you purchase(d) <u>mainly</u> for making deliveries for SCS?"
- "(Have/Did) you purchase(d) anything else <u>mainly</u> for making deliveries for SCS?"
- *(IF YES)* "What else (have/did) you purchase(d)?"
- "(Does/Did) the vehicle you use(d) to make deliveries for SCS say "SCS" on it?"
- *(IF YES)* "Where (does/did) it say "SCS" on the vehicle that you use(d) to make deliveries for SCS?"
- "(Does/Did) it say "SCS" anywhere else on the vehicle that you use(d) to make deliveries for SCS?"
- *(IF YES)* "Where else (does/did) it say "SCS"?

### Whether Deducts Expenses for SCS Deliveries and Whether Has Formed a Corporation for Making Deliveries (Questions C33-35)

- "When you file(d) a tax return, (do/did) you deduct any expenses that you incur(red) as a result of the deliveries you (make/made) for SCS?"
- *(IF YES)* "Which of the following types of expenses (do/did) you deduct as a result of the deliveries you (make/made) for SCS? (Do/Did) you deduct *(ITEM)*…?"
    - "Gas expenses?"
    - "Expenses for vehicle repairs and maintenance?"
    - "Expenses for insurance?"
    - "Other types of expenses?"
- *(IF DEDUCTS INSURANCE EXPENSES)* "What types of insurance expenses (do/did) you deduct?"
- *(IF DEDUCTS OTHER EXPENSES)* "What other types of expenses (do/did) you deduct?"
- (When you made deliveries for SCS, had) (Have) you formed a corporation <u>mainly</u> for making deliveries?

At the end of the survey, current SCS providers were asked how many more years, if any, they would like to make SCS deliveries (Question C36).

### C. The Survey Sample

Counsel for SCS provided Field Research with Excel spreadsheets that included the names of 2,534 different persons or entities who currently make deliveries for SCS or who had made them for SCS in the past.[4] Of these, 2,472 persons were eligible to be surveyed.[5] Field Research obtained telephone numbers for 2,463 of the 2,472 eligible persons in the Excel spreadsheets, and attempted to reach and complete a telephone interview with each of these persons.

### D. Survey Administration

Interviews with SCS providers were conducted between October 30 and November 20, 2008. Telephone numbers for eligible SCS providers were dialed multiple times on different days and during different times of the day in order to reach as many of them as possible and to maximize cooperation with the survey. Interviewing supervisors monitored interviewers throughout data collection to ensure that the interviews were conducted properly and according to the written instructions.

### E. Survey Respondent Characteristics

In all, 1,099 eligible SCS providers were reached by telephone.[6] Approximately 84% (929) of the eligible SCS providers who were reached by telephone agreed to participate in the survey and completed an interview. Only 11% of the eligible SCS providers who were reached by telephone refused to complete an interview. (The remaining 5% of those who were reached by telephone requested to be interviewed at another time, but we were unable to reach them again despite multiple attempts to do so.) Table 1 compares the 929 SCS providers who completed interviews for the Field Survey with those for all eligible providers in the Excel spreadsheets with respect to region. As

shown in Table 1, the 929 Field Survey respondents are similar to the 2,472 eligible SCS providers with respect to where they live in the U.S.

| Table 1^ Comparison of Eligible SCS Providers in the Excel Spreadsheets with SCS Providers Who Completed Interviews | | |
|---|---|---|
| $n =$ | Eligible SCS Providers 2,472 | Field Survey Respondents 929 |
| **Census Region** | | |
| East | 20% | 18% |
| South | 48 | 50 |
| Midwest | 17 | 19 |
| West | 15 | 13 |

^ *Based on information in the Excel spreadsheets provided by counsel for SCS.*

Based on the overall design and execution of the Field Survey (*e.g.*, a high cooperation rate among SCS providers who were reached by telephone, neutral and unbiased survey materials, assurances of confidentiality, systematic and rigorous data collection and data processing procedures, and other forms of quality control), it provides representative and reliable information concerning SCS providers. The maximum sampling error for analyses based on the overall sample of 929 completed interviews is approximately ±3 percentage points at the 95% confidence level.[7,8]

## VIII. Findings

This section summarizes the overall findings from the Field Survey regarding SCS providers. The findings in this section are based on responses to the "closed-ended" questions in the Field Survey (*i.e.*, questions for which response categories were provided). Verbatim responses for the open-ended questions in the Field Survey (*i.e.*, questions that required respondents to answer in their own words) are included in Appendices D through K.

The findings are reported separately for current and for former SCS providers. In these data tables, an asterisk [*] indicates that the difference between the percentage for current SCS providers and the percentage for former SCS providers is statistically significant at the 95% confidence level, whereas "ns" indicates that the difference is not statistically significant. Results also are shown separately, by region.[9] In the regional data tables, an asterisk [*] indicates that the difference between two or more regions is statistically significant at the 95% confidence level, whereas "ns" indicates that the regional differences are not statistically significant. Note, in some data tables percentages may not add to 100% because of rounding or because some respondents gave more than one answer to a question.

### A.     How Long SCS Providers Said They Had Made Deliveries for SCS

SCS providers were asked how long they had made deliveries for SCS. As shown in Table 2, the average (mean) length of time SCS providers said they had made SCS deliveries is approximately 44 months (or over 3 years). The median length of time SCS providers said they had made SCS deliveries is 36 months (3 years).

Relative to former SCS providers, current SCS providers said they had made deliveries for a longer period of time. The average length of time current SCS providers said they had made deliveries is almost 53 months, compared with 28 months for former SCS providers. (The median length of time is 42 months for current SCS providers and 18 months for former SCS providers.)

| Table 2^ How Long SCS Providers Said They Had Made Deliveries for SCS | | | | |
|---|---|---|---|---|
| n = | Total 929 | Current Providers 598 | Former Providers 331 | |
| **Percent who said they had made SCS deliveries for:** | | | | |
| Less than 1 year | 20% | 11% | 35% | * |
| 1 to 2 years | 29 | 26 | 33 | * |
| 3 to 5 years | 30 | 36 | 20 | * |
| More than 5 years | 20 | 27 | 9 | * |
| Did not know/No answer | 1 | <1 | 3 | * |
| **Number of months SCS providers said they had made SCS deliveries:** | | | | |
| Average (mean) | 44.1 | 52.9 | 28.0 | * |
| Median | 36 | 42 | 18 | n/a |

^ Based on Question C2.

Table 3 shows how long SCS providers said they had made deliveries for SCS, by region. Southern SCS providers said they had made SCS deliveries for a shorter period of time than did SCS providers in other regions. On average, southern SCS providers said they had made deliveries for approximately 40 months, compared with 47 months or longer for SCS providers in other regions.

| Table 3^ How Long SCS Providers Said They Had Made Deliveries for SCS, by Region | | | | | | |
|---|---|---|---|---|---|---|
| n = | Total 929 | East 168 | Midwest 177 | South 467 | West 117 | |
| **Percent who said they had made SCS deliveries for:** | | | | | | |
| Less than 1 year | 20% | 19% | 19% | 20% | 21% | ns |
| 1 to 2 years | 29 | 23 | 22 | 35 | 23 | * |
| 3 to 5 years | 30 | 34 | 36 | 26 | 32 | * |
| More than 5 years | 20 | 22 | 23 | 18 | 21 | ns |
| Did not know/No answer | 1 | 2 | 0 | 1 | 3 | * |
| **Number of months SCS providers said they had made SCS deliveries:** | | | | | | |
| Average (mean) | 44.1 | 47.0 | 48.7 | 40.4 | 47.8 | * |
| Median | 36 | 42 | 36 | 26 | 36 | n/a |

^ Based on Question C2.

## B. Whether SCS Providers Said They Made Airport Deliveries and Whether They Said They Were Required to Complete Training to Do This

SCS providers were asked if they made airport deliveries and, if so, whether they were required to complete TSA training to do this. As shown in Table 4, 90% of SCS providers said they made airport deliveries for SCS. (93% of current SCS providers and 85% of former SCS providers said this). Of those who made airport deliveries, most SCS providers (88%) said that they were required to complete TSA training to do this. (96% of current SCS providers and 73% of former SCS providers said this.)

| Table 4^ Whether SCS Providers Said They Make Airport Deliveries and, If So, Whether They Said They Were Required To Complete TSA Training to Do This | | | | |
|---|---|---|---|---|
| | Total | Current Providers | Former Providers | |
| **Percent who said:** | | | | |
| n = | 929 | 598 | 331 | |
| They make airport deliveries for SCS | 90% | 93% | 85% | * |
| They do not make airport deliveries for SCS | 9 | 7 | 14 | * |
| Don't know/No answer | <1 | 0 | <1 | * |
| **Among those who make airport deliveries, percent who said:** | | | | |
| n = | 838 | 558 | 280 | |
| They were required to complete TSA training | 88% | 96% | 73% | * |
| They were not required to complete TSA training | 10 | 4 | 23 | * |
| Don't know/No answer | 2 | <1 | 4 | * |

^ *Based on Questions C3 and C4.*

Table 5 shows how many SCS providers said they made airport deliveries, by region. Fewer eastern SCS providers (74%) said they made airport deliveries, relative to SCS providers in other regions (91% to 96%). Eastern SCS providers also were less apt to say they were required to complete TSA training to make airport deliveries than were SCS providers in other regions. (80% of eastern SCS providers said this, compared with 87% or more of SCS providers in other regions.)