LYNN ROSSMAN FARIS (State Bar No. 096029)
PHILIP C. MONRAD (State Bar No. 151073)
JENNIFER KEATING (State Bar No. 250857)
ELEANOR I. MORTON (State Bar No. 220407)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: lfaris@leonardcarder.com
Email: pmonrad@leonardcarder.com
Email: jkeating@leonardcarder.com
Email: emorton@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON <br><br> Plaintiffs, <br><br> v. <br><br> UPS SUPPLY CHAIN SOLUTIONS, INC. <br><br> Defendant. | Case No.  3:08-CV-03182-PJH <br><br> **NOTICE OF FILING ADDITIONAL CONSENTS TO BECOME PARTY PLAINTIFF AND LIST OF PARTY PLAINTIFFS** |

Attached hereto are sixty-six (66) additional Consents to Become Party Plaintiff in the

First Claim for Relief under the Fair Labor Standards Act in the above-referenced matter, and a

list of all persons who have signed such consents to date.

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169    FAX: (510) 272-0174

Additional Consents to Become Party Plaintiff, filed herewith:

1. ALEXIS, JOSEPH
2. ASHLEY, CHARLES
3. BALKANLI, MEHMET
4. BALL, GEORGE W
5. BANKSTON, BUREL
6. BELL, DAVID C
7. BERESFORD, CHARLES
8. BILL, SAMUEL P
9. BOLDEN, MARION L
10. BRYANT SR, ALFRED R
11. CAHILL, CHRISTOPHER D
12. CARTER III, ROBERT L
13. CHAUHAN, ABHISHEK
14. CHAVEZ, BALDEMAR
15. CLARK, LORRY
16. CLINGERMAN, VINCENT L
17. COOK, DONALD L
18. COOPER, AL C.
19. COOPER, GARY D
20. CRUZ, ANTONIO M
21. DOUGLAS, STANLEY A
22. DOWELL, CLIFTON
23. DRAGHI, BRIAN A
24. FRANCO, JUSTIN
25. FRIEDHABER, ESSIE
26. FRY, JAMES J
27. HARRIS, JEFFERY
28. HERMAN, MURRAY
29. HOLLANDSWORTH, KEVIN L
30. JALAL, RACHIDA A
31. JEANPIERRE, NIXON
32. KAN, VICTOR
33. KELLY, RONALD C

34. KIRAGU, STEPHEN I
35. KISEKKA, JOHN
36. KONAN, OUFFWET
37. LAFERRARA, FRANK
38. LAMOURE, BENJAMIN E
39. MACDONALD, WILLIAM
40. MARTINEZ, RAFAEL
41. MCGUE, JOHN
42. MESSINA, PAUL
43. MILLER, HELEN E
44. MITCHELL, DORIE L
45. MOHAMUD, MASLAH M
46. MOORE JR, JONATHAN LEE
47. MOSLEY, MILTON A
48. NANSI, AUGUSTIN
49. NDUBISI, EDWIN C
50. NIMOH, PRINCE WILLIAM
51. PETERNEK, RONALD S
52. PITARQUI, LUIS
53. PRICE, ERNEST
54. RAY, JAMES
55. RINCON, NORMA
56. SEGERO, JOHN
57. SMITH, DEREK A
58. STRAND, CRAIG C
59. TOLENTINO, OCTAVIO A
60. VACHNUVAT, MANIT
61. WARREN, RICHARD N
62. WEISS, ROBERT W
63. WEST, JAMES W
64. WILDS, ROBERT H
65. WOMACK, REGINALD J
66. WRAY, RANDALL J

The following persons have filed a Consent to Become Party Plaintiff in this matter to date:

| | Last Name | First Name | Date Consent Filed |
|---|---|---|---|
| 1. | Abengowe | Machi | 9/26/2008 |
| 2. | Adindu | Samuel A. | 11/7/2008 |
| 3. | Alexis | Joseph | 4/17/2009 |
| 4. | Ali | Haidar | 11/14/2008 |
| 5. | Alvarado | Alcides | 7/18/2008 |

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169    FAX: (510) 272-0174

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169    FAX: (510) 272-0174

| Last Name | First Name | Date Consent Filed |
|---|---|---|
| 6.  Ampofo | Noah | 7/3/2008 |
| 7.  Aragon | Adolfo | 8/1/2008 |
| 8.  Archacharean | Yothin | 8/15/2008 |
| 9.  Arroyo | Diego F. | 7/7/2008 |
| 10. Ashley | Charles | 4/17/2009 |
| 11. Atiwat | Sanit | 7/18/2008 |
| 12. Balankura | Kraisorn | 4/10/2009 |
| 13. Balkanli | Mehmet | 4/17/2009 |
| 14. Ball | George | 4/17/2009 |
| 15. Banks | Richard | 11/26/2008 |
| 16. Bankston | Burel | 4/17/2009 |
| 17. Beets | Rodger | 8/22/2008 |
| 18. Bell | David C. | 4/17/2009 |
| 19. Beresford | Charles | 4/17/2009 |
| 20. Benson | Dalton | 7/2/2008 |
| 21. Bieksza | Mark | 4/10/2009 |
| 22. Bill | Samuel | 4/17/2009 |
| 23. Bolden | Marion | 4/17/2009 |
| 24. Boonmarat | Wittawat | 7/2/2008 |
| 25. Brooks | Kelly | 4/10/2009 |
| 26. Budu | Joseph | 7/11/2008 |
| 27. Bulsumbut | Noppadon | 3/27/2009 |
| 28. Bungkadanara | Tanasith | 10/31/2008 |
| 29. Bungkadanara | Likasith Michael | 10/31/2008 |
| 30. Bunmee | Supat | 7/2/2008 |
| 31. Bryant, Sr. | Alfred R. | 4/17/2009 |
| 32. Cahill | Christopher | 4/17/2009 |
| 33. Calhoun | Curtis L. | 11/21/2008 |
| 34. Callaghan | Joseph S. | 4/10/2009 |
| 35. Caplin | David | 7/2/2008 |
| 36. Carter, III | Robert L. | 4/17/2009 |
| 37. Cevallos | Fabian | 7/2/2008 |
| 38. Chaiyasid | Pairote (Pat) | 7/3/2008 |
| 39. Chauhan | Abhishek | 4/17/2009 |
| 40. Chavez | Baldemar | 4/17/2009 |
| 41. Chertboonmuang | Parndit | 8/22/2008 |
| 42. Cheesman | Steven K. | 4/3/2009 |
| 43. Chintam | Sirichai | 7/7/2008 |

NOTICE OF FILING ADDITIONAL CONSENTS & LIST OF PARTY PLAINTIFFS          Case No.: 3:08-CV-03182-PJH

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169    FAX: (510) 272-0174

| Last Name | First Name | Date Consent Filed |
|---|---|---|
| 44. Chortabtim | Tom | 7/2/2008 |
| 45. Chuensumran | Somkiet | 8/15/2008 |
| 46. Chukwu | Kennedy C. | 11/26/2008 |
| 47. Cirivilleri, Jr. | Peter T. | 7/2/2008 |
| 48. Clark | Lorry | 4/17/2009 |
| 49. Clark | Robert L. | 10/17/2008 |
| 50. Clingerman | Vincent | 4/17/2009 |
| 51. Coffman | William Henry | 11/14/2008 |
| 52. Collins | Melissa Lee | 9/5/2008 |
| 53. Colindres | Carlos | 12/19/2008 |
| 54. Cook | Donald L. | 4/17/2009 |
| 55. Cooper | Al C. | 4/17/2009 |
| 56. Cooper | Gary D. | 4/17/2009 |
| 57. Corzine | Judy | 7/2/2008 |
| 58. Cota | Eddie O. | 4/10/2009 |
| 59. Cowan | Correan | 12/5/2008 |
| 60. Cruz | Antonio | 4/17/2009 |
| 61. Curry | Alonzo | 4/10/2009 |
| 62. Dalton | Donald P. | 11/21/2008 |
| 63. Davila | Carlos A. | 11/7/2008 |
| 64. Davila Loyola | Juan D. | 11/7/2008 |
| 65. Dee | Andy | 7/2/2008 |
| 66. Douglas | Stanley | 4/17/2009 |
| 67. Dowdy | Gerald | 10/24/2008 |
| 68. Dowell | Clifton | 4/17/2009 |
| 69. Downing | Robert | 7/2/2008 |
| 70. Draghi | Brian A. | 4/17/2009 |
| 71. Evans | Danny | 7/2/2008 |
| 72. Farnum | John W. | 4/10/2009 |
| 73. Ferris | George | 7/2/2008 |
| 74. Fine | George William | 4/10/2009 |
| 75. Franco | Justin | 4/17/2009 |
| 76. Friedhaber | Essie | 4/17/2009 |
| 77. Fry | James | 4/17/2009 |
| 78. Gallina | Luis F. | 7/2/2008 |
| 79. Gasper | Dennis J. | 7/3/2008 |
| 80. Giglio | Enzo | 7/2/2008 |
| 81. Greenlee | Harvey | 7/18/2008 |

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169     FAX: (510) 272-0174

| Last Name | First Name | Date Consent Filed |
|---|---|---|
| 82. Grewal | Harminder Palsingh | 7/2/2008 |
| 83. Grimes | Geoffrey | 7/11/2008 |
| 84. Guzman | Mardoqueo | 7/7/2008 |
| 85. Harilson Jr. | William E. | 10/24/2008 |
| 86. Harris | Dwight Shantil | 8/22/2008 |
| 87. Harris | Jeffery | 4/17/2009 |
| 88. Hayajneh | Belal | 10/10/2008 |
| 89. Henderson | Manneth Lee | 7/2/2008 |
| 90. Herman | Murray | 4/17/2009 |
| 91. Hernandez | Renato | 4/10/2009 |
| 92. Hollandsworth | Kevin L. | 4/17/2009 |
| 93. Huffman, Sr. | Dave | 12/12/2008 |
| 94. Iamsakul | Ana S. | 7/25/2008 |
| 95. Iamsakul | Nopadol | 7/3/2008 |
| 96. Jalal | Rachida A. | 4/17/2009 |
| 97. Janday | Kulwant K. | 7/25/2008 |
| 98. Janday | Krishanpal | 7/25/2008 |
| 99. Jantanalaj | Arwoot | 7/18/2008 |
| 100.  Jeanpierre | Nixon | 4/17/2009 |
| 101.  Jirananda | Joseph P. | 7/2/2008 |
| 102.  Jithchamnonk | Tawin | 8/29/2008 |
| 103.  Jittjumnong | Chusak | 7/11/2008 |
| 104.  Johnson | Angela | 4/10/2009 |
| 105.  Johnson | Darwin L. | 11/21/2008 |
| 106.  Jusakul | Tom | 8/8/2008 |
| 107.  Kan | Victor | 4/17/2009 |
| 108.  Kelly | Ronald C. | 4/17/2009 |
| 109.  Kilgore | Randy | 10/31/2008 |
| 110.  Kiragu | Stephen I. | 4/17/2009 |
| 111.  Kisekka | John | 4/17/2009 |
| 112.  Knight | John | 7/25/2008 |
| 113.  Kofman | Artur | 4/10/2009 |
| 114.  Kok | Edwin | 7/2/2008 |
| 115.  Konan | Ouffwet | 4/17/2009 |
| 116.  Korvas | Dan | 3/20/2009 |
| 117.  Kotrasa | Prasong | 7/2/2008 |
| 118.  Kridsadachaitip | Khorakot | 7/2/2008 |
| 119.  Kumsang | Peerapong | 10/17/2008 |

NOTICE OF FILING ADDITIONAL CONSENTS & LIST OF PARTY PLAINTIFFS          Case No.: 3:08-CV-03182-PJH

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169     FAX: (510) 272-0174

| Last Name | First Name | Date Consent Filed |
|---|---|---|
| 120. Kuria | James G. | 11/21/2008 |
| 121. LaBrie | Paula | 7/2/2008 |
| 122. LaFerrara | Frank | 4/17/2009 |
| 123. LaMoure | Benjamin E. | 4/17/2009 |
| 124. Lee | Ahti | 7/2/2008 |
| 125. Lee | Lance R. | 11/14/2008 |
| 126. Leonard | Jimmy N. | 4/10/2009 |
| 127. Leonard | Linda D. | 4/10/2009 |
| 128. Levine | Michael J. | 3/13/2009 |
| 129. Low | Kenny | 7/2/2008 |
| 130. Lozares | Ramiro | 7/2/2008 |
| 131. Lutchmie-Maharaj | Randall V. | 11/14/2008 |
| 132. MacDonald | William | 4/17/2009 |
| 133. Macias | Alfredo | 7/2/2008 |
| 134. Maharaj | Samir | 11/14/2008 |
| 135. Maldonado | Angelita | 7/3/2008 |
| 136. Marshall | James D. | 8/29/2008 |
| 137. Martens | Randy S. | 11/26/2008 |
| 138. Martinez | Rafael | 4/17/2009 |
| 139. Martinez | Ray | 7/2/2008 |
| 140. Mazzuca | Salvatore | 4/10/2009 |
| 141. Mburu | Simon | 1/23/2009 |
| 142. McConnell | Scott | 8/29/2008 |
| 143. McGue | John | 4/17/2009 |
| 144. McLaughlin | Diana | 2/20/2009 |
| 145. McMaster | Patrick E. | 1/23/2009 |
| 146. McNeal | Jack R. | 7/2/2008 |
| 147. Medenheiter, Jr. | Arvil | 3/20/2009 |
| 148. Mellott | Neil E. | 11/14/2008 |
| 149. Messina | Paul | 4/17/2009 |
| 150. Miller | Helen E. | 4/17/2009 |
| 151. Millman | Peter | 7/2/2008 |
| 152. Mitchell | Dorie L. | 4/17/2009 |
| 153. Moh | Omar | 7/2/2008 |
| 154. Mohammed | Azad | 11/21/2008 |
| 155. Mohamud | Maslah M. | 4/17/2009 |
| 156. Montojo | Vicente | 7/2/2008 |
| 157. Montojo, Jr. | Antonio M. | 7/2/2008 |

| Last Name | First Name | Date Consent Filed |
|---|---|---|
| 158. Moore, Jr. | Jonathan Lee | 4/17/2009 |
| 159. Moore | Lee A. | 7/2/2008 |
| 160. Mosley | Milton A. | 4/17/2009 |
| 161. Mourade | Ahmed | 7/3/2008 |
| 162. Nansi | Augustin | 4/17/2009 |
| 163. Ndubisi | Edwin C. | 4/17/2009 |
| 164. Nilanut | Anurak | 7/2/2008 |
| 165. Nimoh | Prince William | 4/17/2009 |
| 166. Nkwocha | Sylvanus | 11/21/2008 |
| 167. O'Deay | John | 7/2/2008 |
| 168. Pantiyanurak | Nutthakarn | 10/3/2008 |
| 169. Pantiyanurak | Noppol | 7/2/2008 |
| 170. Pappas | David A. | 4/10/2009 |
| 171. Parmar | Satpal Singh | 7/7/2008 |
| 172. Patel | Sushila | 7/3/2008 |
| 173. Patel | Praful | 8/22/2008 |
| 174. Patel | Rita | 8/22/2008 |
| 175. Pearson | Edward M. | 11/21/2008 |
| 176. Pechsintopchai | Vanchai | 7/2/2008 |
| 177. Peternek | Ronald S. | 4/17/2009 |
| 178. Phaphui | Narong | 7/25/2008 |
| 179. Phomphakdy | Sam | 7/2/2008 |
| 180. Phomphakdy | Rattana | 7/2/2008 |
| 181. Pitarqui | Luis | 4/17/2009 |
| 182. Prasertsith | Bunphot | 7/2/2008 |
| 183. Prata | Joaquim N. | 4/10/2009 |
| 184. Prather | Wilbur | 11/21/2008 |
| 185. Price | Ernest | 4/17/2009 |
| 186. Proakatok | Sombat | 7/18/2008 |
| 187. Quigley | Larry | 10/17/2008 |
| 188. Ray | James | 4/17/2009 |
| 189. Reaves | Bob | 4/10/2009 |
| 190. Redding | Muriel | 7/2/2008 |
| 191. Rice | Mike C. | 4/10/2009 |
| 192. Rincon | Norma | 4/17/2009 |
| 193. Robles | Romeo | 7/2/2008 |
| 194. Saechang | Maliwan | 7/11/2008 |
| 195. Saechang | Chaiyot | 7/11/2008 |

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169    FAX: (510) 272-0174

7

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174

| Last Name | First Name | Date Consent Filed |
|---|---|---|
| 196. Saechang | Michael | 7/11/2008 |
| 197. Saeuathong | Surapon | 7/2/2008 |
| 198. Salazar | Carlos | 7/2/2008 |
| 199. Satarak | Walailak | 8/22/2008 |
| 200. Satarak | Veera | 7/2/2008 |
| 201. Schultz | Stephen | 7/7/2008 |
| 202. Seayub | Songpon | 7/7/2008 |
| 203. Seayub | Sompong | 7/3/2008 |
| 204. Segero | Boyd | 4/17/2009 |
| 205. Shelton | Patrick | 10/17/2008 |
| 206. Sherman | Thomas S. | 4/10/2009 |
| 207. Shewshanphanit | Todd | 7/2/2008 |
| 208. Singh | Kuljit (Kyle) | 8/8/2008 |
| 209. Singh | Amarjit | 8/22/2008 |
| 210. Sison | Raf | 7/2/2008 |
| 211. Smith | Derek A. | 4/17/2009 |
| 212. Snyder | David | 7/25/2008 |
| 213. Srisuk | Sunan (Toy) | 7/25/2008 |
| 214. Stickney | Burton Jay | 9/12/2008 |
| 215. Strand | Craig C. | 4/17/2009 |
| 216. Suayngam | Dusit | 8/29/2008 |
| 217. Tangkitsapsin | Suwanna | 7/18/2008 |
| 218. Tavantana | Chirasak (Jessie) | 7/2/2008 |
| 219. Thomas | Charles E. | 7/18/2008 |
| 220. Tolentino | Octavio A. | 4/17/2009 |
| 221. Tongpoon | Suriyun | 7/18/2008 |
| 222. Vachnuvat | Manit | 4/17/2009 |
| 223. Vangcharoenphisun | Rachen | 7/18/2008 |
| 224. Vattanapateep | Amornsak | 7/18/2008 |
| 225. Visutsiri | Chana | 7/2/2008 |
| 226. Warren | Jasmon L. | 4/10/2009 |
| 227. Warren | Richard N. | 4/17/2009 |
| 228. Wheeler | Napoleon | 4/10/2009 |
| 229. Weiss | Robert W. | 4/17/2009 |
| 230. West | James W. | 4/17/2009 |
| 231. White | Thomas A. | 12/19/2008 |
| 232. Wilds | Robert H. | 4/17/2009 |
| 233. Womack | Reginald J. | 4/17/2009 |

| Last Name | First Name | Date Consent Filed |
|---|---|---|
| 234.  Wong | Kwok (Steve) Y. | 7/2/2008 |
| 235.  Woodall | Kermit | 11/21/2008 |
| 236.  Woodson Jr. | Stanley G. | 4/10/2009 |
| 237.  Wray | Randall J. | 4/17/2009 |
| 238.  Wright | Henry | 4/10/2009 |
| 239.  Yeh | Pedro | 7/25/2008 |
| 240.  Zahra | Gassan A. | 4/10/2009 |
| 241.  Zepeda | Roberto | 7/3/2008 |
| 242.  Zukowski | Daniel A. | 12/5/2008 |

Dated:  April 17, 2009                    LEONARD CARDER, LLP


                                   By:  ___/s/ Jennifer Keating_____
                                        Jennifer Keating
                                        Attorney for Plaintiffs

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169     FAX: (510) 272-0174

NOTICE OF FILING ADDITIONAL CONSENTS & LIST OF PARTY PLAINTIFFS          Case No.: 3:08-CV-03182-PJH

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Joseph Alexis_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _ASHLAND, VA_, on _4/8/2009_.
                  City, State                Date

_Joseph Alexis_
             Signature

Name (Please Print): _JOSEPH ALEXIS_
Address: _105 North West, HENRY LANE_
City, State, Zip Code: _ASHLAND, VA. 23005_

Telephone Number: _804 822 0626_
E-mail Address: _KFA UJU @ Hotmail . Com_

Dates of Service to UPS SCS: _MAY 1994 through Sept 2008_
Work Location: _NEW YORK City & RICHMOND, VA._

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Charles R. Ashley_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Houston, TX,_ , on _4-08-09_ .
    City, State                         Date


_Charles R Ashley_
                Signature
Name (Please Print): _Charles Ray_
Address: _6308 N. Wayside_
City, State, Zip Code: _Houston TX, 77028_

Telephone Number: _281 - 812 7212_
E-mail Address: _____

Dates of Service to UPS SCS: _2006_
Work Location: _Houston_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Mehmet BALKANLI, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at __Quincy, MA__, on __04 / 14 / 09__.
City, State            Date

Signature

Name (Please Print): __Mehmet BALKANLI__
Address: __1025 Hancock st. Apt 13F__
City, State, Zip Code: __Quincy, MA 02169__

Telephone Number: __617 901 5026__
E-mail Address: __MT-balkanli@hotmail.com__

Dates of Service to UPS SCS: __2005 JAN__
Work Location: __MALDEN, MA__

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _____, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at ___Aurora Co.___, on ___4-10-09___.
               City, State                 Date

_____
               Signature

Name (Please Print): ___George W. Ball___
Address: ___11398 E. Utah Place___
City, State, Zip Code: ___Aurora, Co 80012___

Telephone Number: ___303-246-1157___
E-mail Address: ___gwball@q.com___

Dates of Service to UPS SCS: ___Since 2003 to present___
Work Location: ___Denver, Co___

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Burel Bankston_ , am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _PORTLAND , OR_ , on _4/10/09_ .
City, State                  Date

_Burel Bankston_
Signature
Name (Please Print): _Burel Bankston_
Address: _1116 S.W. Stephenson St._
City, State, Zip Code: _Portland, OR 97219_

Telephone Number: _503 - 246 - 8632_
E-mail Address: _shirbur @ earthlink.net_

Dates of Service to UPS SCS: _23 Sept '03 To Present_
Work Location: _Portland/Tigard, Oregon_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _David C. Bell_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Southampton, PA_, on _4-13-09_.
            City, State                              Date

_____
Signature
Name (Please Print): _David C. Bell_
Address: _676 Hampton Ave_
City, State, Zip Code: _Southampton, PA    18966_

Telephone Number: _267 970-5878_
E-mail Address: _Dylerjr@yahoo.com_

Dates of Service to UPS SCS: _April 07 - current_
Work Location: _Sharin hill   PA_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, **CHARLES BERESFORD**, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at **ORLANDO, FL**, on **4/10/2009**.
City, State                                    Date

_____
Signature
Name (Please Print): **CHARLES BERESFORD**
Address: **4732 BEACON ST** (**BEACON ST**)
City, State, Zip Code: **ORLANDO, FL 32808**
Telephone Number: **540 419 0583**(MOBILE) /**407 299 7119**(HOME)
E-mail Address: _____

Dates of Service to UPS SCS: **10/86 - 5/2008**
Work Location: **NYC, NY / ORLANDO, FL / RICHMOND, VA**

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Samuel P. Bill_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _East Hartford, CT_; on _4-10-09_.
City, State              Date

_____
Signature

Name (Please Print): _Samuel P. Bill_
Address: _731 Burnside Ave_
City, State, Zip Code: _East Hartford CT 06108_

Telephone Number: _860-816-0681_
E-mail Address: _iwinti@comcast.net_

Dates of Service to UPS SCS: _3-2003 - 4-10-09_
Work Location: _Rocky Hill Connecticut._

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Marion Bolden_ , am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Chicago_ , _Il_ , on _04-08-09_ .
City, State          Date

_Marion Bolden_
Signature

Name (Please Print): _MARION BOLDEN_
Address: _1008 N. Mason_
City, State, Zip Code: _Chicago Il 60651_

Telephone Number: _(773) 921-4032_
E-mail Address: _MarionBolden@yahoo.com_

Dates of Service to UPS SCS: _XX 06_
Work Location: _Bensenville, IL_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Alfred R. Bryant Sr._, am a current or <u>former driver</u> for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _B'Ham, AL._, on _09 April 2009_
City, State                          Date

Signature

Name (Please Print): _Alfred R. Bryant Sr._
Address: _445 CHeri Lane_
City, State, Zip Code: _B'Ham, AL. 35215_

Telephone Number: _(205) 910-8496_
E-mail Address: _None_

Dates of Service to UPS SCS: _Sept.2006 to Aug 2007_
Work Location: _UPS Supply Chain Solutions B'Ham, AL._

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, **CHRISTOPHER A CAROLL**, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at **B'HAM, AL** , on **4-10-2009** .
City, State                Date

_____
Signature
Name (Please Print): **CHRISTOPHER A CAROLL**
Address: **6833 AUKCHETELA LOOP**
City, State, Zip Code: **McCALLA, AL 35111**

Telephone Number: **205 541 5747**
E-mail Address: **ocid1216 @ bellsouth.net**

Dates of Service to UPS SCS: **10-2003 - 7-2006**
Work Location: **B'HAM, AL**

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Robert L. CARter III_____, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _Huntsville, AL_____, on _4/13/09_____.
            City, State                        Date

_Robert d Carter)m_____
                    Signature
Name (Please Print): _Robert L. CARtER III_
Address: _P.O. Box 615_
City, State, Zip Code: _Huntsville, AL  35810_

Telephone Number: _256-828-1387_
E-mail Address: _CARtER 7225 @ bellsouth.net_

Dates of Service to UPS SCS: _9/5/06 - 1/16/07_
Work Location: _Huntsville, AL_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, ABHISHEK CHAUHAN, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at  Jamaica, New York , on 04/14/2009 .
  City, State                    Date

Signature

Name (Please Print): ABHISHEK CHAUHAN
Address: 8222 PARSONS BLVD. Apt 3
City, State, Zip Code: JAMAICA, NY 11432

Telephone Number: (478) 246 - 4660
E-mail Address: INDIPRODUCER@GMAIL.COM

Dates of Service to UPS SCS: Sep 2007 - Current
Work Location: NYC, Bethpage, NY

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Baldemar Chavez , am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Houston TX. 77041_, on _03/13/09_ .
               City, State               Date

_____
Signature
Name (Please Print): _Baldemar Chavez_
Address: _17383 Bell st._
City, State, Zip Code: _Hockley TX. 77447_

Telephone Number: _(832) 475 17 28_
E-mail Address: _baldemar.chavez@yahoo.com_

Dates of Service to UPS SCS: _Feb. 2008_
Work Location: _6455 Clara rd- Houston TX 77041_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Lorey L. Clark_ , am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Tukwila, WA 98188_ on _4-10-09_ .
City, State                                Date

_Lorry L. Clark_
Signature

Name (Please Print): _Lorry L. Clark_
Address: _644 Freander blvd #324_
City, State, Zip Code: _Tukwila WA 98188_

Telephone Number: _206-696-2480_
E-mail Address: _None_

Dates of Service to UPS SCS: _April 2001 Curent_
Work Location: _Tukwila, WA. 98188_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Vincent L. Clingerman__, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at __Dania Beach, FL__, on __04/15/2009__.
City, State                            Date

Signature

Name (Please Print): __Vincent L. Clingerman__
Address: __P.O. Box 761__
City, State, Zip Code: __Dania Beach, FL  33004__

Telephone Number: __(954) 865-7944__
E-mail Address: __nativevin@yahoo.com__

Dates of Service to UPS SCS: __2006 to Present 04/2009__
Work Location: __FLL   Fort Lauderdale, FL__

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Donald L Cook_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Cedar Creek, TX_, on _8 APR 09_.
    City, State                    Date

_Donald L Cook_
    Signature
Name (Please Print): _Donald L. Cook_
Address: _458 High View Ranch Dr_
City, State, Zip Code: _Cedar Creek, Tx 78612_

Telephone Number: _512-559-2323_
E-mail Address: _MSGT Cook @ Yahoo. COM_

Dates of Service to UPS SCS: _14 APR 99 Thru 31 SepT 08_
Work Location: _Austin, TX_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _AC C. Cooper_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _Memphis Tenn_, on _4/7/2009_.
City, State         Date

_Al C. Cople_
Signature

Name (Please Print): _AC Cl Cooper_
Address: _1053 Maury Street_
City, State, Zip Code: _Memphis TN 38107-2202_

Telephone Number: _901-725-5702_
E-mail Address: _____

Dates of Service to UPS SCS: _1/1/2005_
Work Location: _5950 Ackroot Ave_
_Suite 113 Memphis TN 38141_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _GARY D. COOPER_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _DAMASCUS, OREGON_ on _APRIL 8, 2009_
City, State                          Date

_Gary DCooper_
Signature
Name (Please Print): _GARY D. COOPER_
Mailing Address: _P.O. Box 381_
City, State, Zip Code: _CLACKAMAS ORe, 97015_
Telephone Number: _503-953-6779-CELL_ *
E-mail Address: _503-658-2697_
Dates of Service to UPS SCS: _9-2003 — SPRING OF 2008_
Work Location: _PORTLAND, OREGON_

Hm. ADDRESS:
16300 S.E. HwY 224
DAMASCUS, ORe, 97089

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _ANTONIO CRUZ_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _____, on _____.
City, State                             Date

Signature

Name (Please Print): _ANTONIO CRUZ_
Address:    _692 E PHILLIPS BLVD_
City, State, Zip Code: _POMONA CA 91766_

Telephone Number: _626 376 1489_
E-mail Address: _TONYMENDOZA CRUZ@YAHOO.COM_

Dates of Service to UPS SCS: _2006, 1 YRL MORE OR LESS_
Work Location: _MIRA LOMA WAREHOUSE CA_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _STAnLey A Douglas SR_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _ATLAnTA   GA_ , on _4-11-2009_ .
City, State                                    Date

_____
Signature

Name (Please Print): _STAnLey  A  Douglas · SR_
Address: _270  Highgate Trail_
City, State, Zip Code: _Covington  GA  30016_

Telephone Number: _678 - 542 - 6023 , 770-246-9506_
E-mail Address: _Snoop40us @ yahoo.com_

Dates of Service to UPS SCS: _2003 - 2009_
Work Location: _Forest PARK Gn_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, _Clifton Dowell_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _Memphis, Tn_, on _May 5 2008_
         City, State                   Date

_Clifton Dowell_
         Signature

Name (Please Print): _Clifton Dowell_
Address: _7384 Woodshire_
City, State, Zip Code: _Memphis, TN 38125_

Telephone Number: _(901) 483 -1407_
E-mail Address: _Clifton.Dowell@yahoo.com_

Dates of Service to UPS SCS: _May 5 2008 - Dec 25 2008_
Work Location: _5950 Freeport Ave Ste 113_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Brian A. Draghi_, am a current or former driver for UPS

SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to

become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,

INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit

arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover

compensation, reimbursement and related sums, including interest and penalties, owed to me by

UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I

choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and

agree to be bound by any adjudication or settlement of this action, whether favorable or

unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs

or their counsel.

Executed at _Manchester, CT_, on _4/8/09_.
　　　　　　　　City, State　　　　　　　　　　Date

_R. A. H C_
　　　　　　　　　　Signature
Name (Please Print): _Brian A. Draghi_
Address: _76 Wetherell St_
City, State, Zip Code: _Manchester, CT 06040_

Telephone Number: Home _(860)649-5588_ Cell _(860)212-3289_
E-mail Address: _BADraghi@Hotmail.com_

Dates of Service to UPS SCS: _4/01 — 12/06_
Work Location: _28 Belamose Ave Rocky Hill, CT_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Essie A Friedhaber_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Richmond Va_, on _4/11/09_.
City, State                                    Date

_Essie A Friedhaber_
Signature
Name (Please Print): _Essie A Friedhaber_
Address: _1805 Navion st._
City, State, Zip Code: _Richmond Va 23228_

Telephone Number: _804 – 652 – 8834_
E-mail Address: _Friedhaber888@aol.com_

Dates of Service to UPS SCS: _1995 – 2009_
Work Location: _Ric mcO TPt_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, ___Justin Franco___, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at ___TULSA, OK___, on ___4-12-09___
               City, State                        Date

_____
Signature

Name (Please Print): ___Justin Franco___
Address: ___4612 S. Quincy Ave___
City, State, Zip Code: ___Tulsa, OK  74105___

Telephone Number: ___918-346-6794___
E-mail Address: ___whiteturkey1@netzero.com___

Dates of Service to UPS SCS: ___APR 2007___  ___AUG 2007___
Work Location: ___TULSA, OK___

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, ___VICTOR KAN___, am a current or former driver for UPS

SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to

become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,

INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit

arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover

compensation, reimbursement and related sums, including interest and penalties, owed to me by

UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I

choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and

agree to be bound by any adjudication or settlement of this action, whether favorable or

unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs

or their counsel.

Executed at ___BOISE, IDAHO___, on ___4-12-09___.
          City, State                          Date

Victn Kan
Signature
Name (Please Print):  VICTOR KAN
Address:       9496 W. WEIR HOLLIS DR.
City, State, Zip Code: BOISE, ID 83709

Telephone Number: (208) 867-9960
E-mail Address: CbmU 303Jkan @ yahoo.com

Dates of Service to UPS SCS: OCTOBER 2004 - PRESENT
Work Location: HAYWARD, CA. 94544

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Ronald C. Kelly_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Patterson, CA_, on _4-15-09_.
              City, State                Date

_Ronald C. Kelly_
Signature

Name (Please Print): _Ronald C. Kelly_
Address: _20757 Fairway Dr._
City, State, Zip Code: _Patterson, CA 95363_

Telephone Number: _408-426-7524_
E-mail Address: _KGolFerRon@yahoo.com_

Dates of Service to UPS SCS: _1994 to 2008_
Work Location: _San Jose, CA_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _JOHN_ _KISEKKA_____, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _ST PAUL_ , _MINNEAPOLIS_____ , on _4|10|2009_____ .
               City, State                              Date

                                    Signature
Name (Please Print): _JOHN_ _KISEKKA_____ .
Address: _911_ _124th_ _LN_ _NW_ _Coon_
City, State, Zip Code: _Coon Rapids , MN_ _55448_

Telephone Number: _651- 5929234_
E-mail Address: _Kisen 2002 @ Yahoo . com_

Dates of Service to UPS SCS: _2007_ _to date_
Work Location: _Arden hills , Minnesota_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Ouffwet Konan_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _East Orange_, _N.J._, on _04/14/09_.
          City, State             Date

                       Signature

Name (Please Print): _OUFFWET KONAN_
Address: _123 South MUNN AVE # 100_
City, State, Zip Code: _East Orange, N.J. 07018_

Telephone Number: _201-522.6893_
E-mail Address: _NOJEBOATTA @ YAHOO. COM_

Dates of Service to UPS SCS: _2001 — 2006_
Work Location: _LYNDHURST, N.J._

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _____, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _____ *TEMPE   A 2* _____, on ___ *3-9-09* ___.
　　　　　　　　　　City, State　　　　　　　　　　　Date

_____
　　　　　　　　　　Signature

Name (Please Print): ___ *JAMES   J   FRY* ___
Address: ___ *3410   S   TERRACE* ___
City, State, Zip Code: ___ *TEMPE   AZ   85282* ___

Telephone Number: ___ *480 209 8393* ___
E-mail Address: ___ *SHADOW 130 @ MSN . COM* ___

Dates of Service to UPS SCS: ___ *8-30-91* ___ — ___
Work Location: ___ *PHOENIX , TEMPE* ___

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Jeffery Harris_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Schaumburg IL_, on _9 April 09_.
City, State                                           Date

Signature

Name (Please Print): _Jeffery Harris_
Address: _1017 Mohegan Lane_
City, State, Zip Code: _Schaum burg IL 60193_

Telephone Number: _847-401-5626_
E-mail Address: _jmortgage jeff@comcast.net_

Dates of Service to UPS SCS: _Spring 3/07- 6/07_
Work Location: _Bensenville, IL_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, *MURRAY HERMAN*, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at *DELRAY BEACH, FL.*, on *4/10/09*.
City, State                         Date

Signature

Name (Please Print): *MURRAY HERMAN*
Address: *19 ABBEY LANE, APT.108*
City, State, Zip Code: *DELRAY BEACH, FL. 33446*

Telephone Number: *(954) 805-9822*
E-mail Address: *HURANK@BELLSOUTH.NET*

Dates of Service to UPS SCS: *2005*
Work Location: *FT. LAUDERDALE, FL.*

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: lnorman@leonardcarder.com

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, _Kevin L. Hollandsworth_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Richmond, VA_, on _4/10/09_.
           City, State                   Date

_Kevin R. Hollandsworth_
           Signature

Name (Please Print): _Kevin L. Hollandsworth_
Address: _1805 Navien St._
City, State, Zip Code: _Richmond, VA 23228_

Telephone Number: _804-400-4152_
E-mail Address: _Kevinh08@comcast.net_

Dates of Service to UPS SCS: _11/5/00 - present_
Work Location: _Richmond, VA_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Rachida Jalal_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _Centreville, VA_, on _4/9/2009._
<br>City, State                      Date

_____
<br>Signature

Name (Please Print): _RACHIDA JALAL_
<br>Address: _5507 Sully Lake Dr_
<br>City, State, Zip Code: _Centreville, VA, 20120_

Telephone Number: _917 535 0291_
<br>E-mail Address: _Rachidajalal@yahoo.com_

Dates of Service to UPS SCS: _2007, 2008._
<br>Work Location: _Herndon, Fairfax, IAD_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
<br>Attn: UPS Supply Chain Solutions Lawsuit
<br>1330 Broadway, Suite 1450
<br>Oakland, CA 94612
<br>Fax: (510) 272-0174
<br>Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, NIXON JEANPIERRE , am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _____, on _____.
City, State                          Date

Signature

Name (Please Print): NIXON JEANPIERRE
Address: 74 NORFOLK DRIVE WEST
City, State, Zip Code: ELMONT NY 11003

Telephone Number: 917-548-8793
E-mail Address: N JEANPIERRE @ MSN.COM OR
CANG-ELORD YAhoo.com
Dates of Service to UPS SCS: _____
Work Location: _____

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _STEPHEN KIRAGU_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _WESTBOROUGH, MA_, on _04-10-09_.
           City, State            Date

_____
Signature
Name (Please Print): STEPHEN KIRAGU
Address: 547 BOSTON POST RD # 70
City, State, Zip Code: MARLBORO MA 01752

Telephone Number: 508 410 7826
E-mail Address: IRushku @ Yahoo. Com

Dates of Service to UPS SCS: 2004 - TODATE
Work Location: WESTBOROUGH MASSACHUSETTS

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Frank LaFerrara_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Cary, N.C._, on _April 10, 2009_
City, State                           Date

Signature

Name (Please Print): _Frank LaFerrara_
Address: _105 Epping Way_
City, State, Zip Code: _Cary, N.C., 27511_

Telephone Number: _9/9 - 319 - 9188_
E-mail Address: _CFLF@ BELLSOUTH. NET_

Dates of Service to UPS SCS: _4/04_ — _9/06_
Work Location: _Durham, N.C._

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Benjamin E. LaMoure_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _Sacramento CA_, on _04-09-09_.
       City, State           Date

Signature

Name (Please Print): _Benjamin E. LaMoure_
Address: _9640 Kiefer Blvd. SR 6_
City, State, Zip Code: _Sacramento CA 95827_

Telephone Number: _916-439-2344 -cell_
E-mail Address: _benlamoure@gmail.com_

Dates of Service to UPS SCS: _DEC 1998 to March 2008 (10 (Ten) years)_
Work Location: _SMF - Sacramento CA_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _William S. MacDonald_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Peabody MA._, on _4/10/09_.
             City, State                          Date

_____
Signature

Name (Please Print): _William S. MacDonald_
Address: _98 Rear Main St_
City, State, Zip Code: _Peabody MA 01960_

Telephone Number: _978 836 7882 or (978) 532-5534_
E-mail Address: _SHADOW CAPTAIN @ Live.com_

Dates of Service to UPS SCS: _1987 — 2007_
Work Location: _Malden MA, Chelsea MA, E. Boston MA_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Rafael Martinez_ , am a current or former driver for UPS

SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to

become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,

INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit

arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover

compensation, reimbursement and related sums, including interest and penalties, owed to me by

UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I

choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and

agree to be bound by any adjudication or settlement of this action, whether favorable or

unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs

or their counsel.

Executed at _Bronx    New York_ , on _4/7/2009_ .
　　　　　　　　City, State　　　　　　　　　　　Date

_____
Signature

Name (Please Print): _Rafael Martinez_
Address: _6544 229 st_
City, State, Zip Code: _Bronx NY 10466_

Telephone Number: _718-737-5203_
E-mail Address: _RMZ1955@Yahoo.Com_

Dates of Service to UPS SCS: _165 Chubb Ave 3 years_
Work Location: _Lynhurgh New Jercy_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _John Mc Gue_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _ERlangeR, KY_, on _4/13/09_.
              City, State            Date

                  Signature
Name (Please Print): _John P. Mc Gue_
Address: _620 Perimeter_
City, State, Zip Code: _Erlanger, KY 41018_

Telephone Number: _859-727-4284_
E-mail Address: _John Mc Gue@HotMail.Com_

Dates of Service to UPS SCS: _7/2001 - 5/2008_
Work Location: _Erlanger, KY Hebron, Ky_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, ~~Yau~~ L Messina , am a ~~current~~ of former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at ___Margate FL___ , on ___4/8/09___ .
            City, State                    Date

_____
Signature

Name (Please Print): ___Paul Messina___
Address: ___5800 margate Blvd 416___
City, State, Zip Code: ___Margate Fla. 33063___

Telephone Number: ___954 588 0333___
E-mail Address: _____

Dates of Service to UPS SCS: ___1-1-08 - 8-08-08___
Work Location: ___Fl. Caul FL.___

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Helen Miller_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at ___Omaha, Nebraska___, on ___April 17, 2009___
                City, State              Date

_Helen Miller_
Signature
Name (Please Print): _Helen Miller_
Address: _6367 South 137th St_
City, State, Zip Code: _Omaha, Nebraska 68137_

Telephone Number: _1402-895-4479_
E-mail Address: _helenmiller@taonl.com_

Dates of Service to UPS SCS: _1-97 through 11-97_
Work Location: _Omaha, Nebraska_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Dorie Mitchell, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable,  and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at ___Coweta, OK___ , on ___4-9-09___ .
City, State                          Date

_____
Signature

Name (Please Print): Dorie Mitchell.
Address: 1696 S. 286th E. Ave,
City, State, Zip Code: Coweta, OK 74429

Telephone Number: 918-486-7772
E-mail Address: dortemitchell@valornet.com

Dates of Service to UPS SCS: 12/16/04 - 8/15/06
Work Location: Tulsa, OK

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, JONATHAN LEE MOORE, JR, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at __HOUSTON, TX__, on __17 APR 09__.
　　　　　　　　City, State　　　　　　　　　　　Date

Signature

Name (Please Print): __JONATHAN L MOORE, JR.__
Address: __13355 NORTHBOROUGH DR APT 1818__
City, State, Zip Code: __HOUSTON TX 77067__

Telephone Number: __281·701·2135__
E-mail Address: __jonjon1069@sbcglobal.net__

Dates of Service to UPS SCS: __3/02 - PRESENT__
Work Location: __IAH - HOUSTON - CLARA WHSE__

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _MASLAH MOHAMUD_, am a current or former driver for UPS

SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to

become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,

INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit

arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover

compensation, reimbursement and related sums, including interest and penalties, owed to me by

UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I

choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and

agree to be bound by any adjudication or settlement of this action, whether favorable or

unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs

or their counsel.

Executed at _Seattle, WA_ , on _4-10-09_ .
City, State          Date

_Maslal_
Signature

Name (Please Print): _MASLAH MOHAMUD_
Address: _110 8th AVE #663_
City, State, Zip Code: _Seattle, WA 98104_

Telephone Number: _206-422-9562 or 206-624-8197_
E-mail Address: _MASLAH2000@Yahoo.com_

Dates of Service to UPS SCS: _10-23-03 until present_
Work Location: _Tukwila, WA 98188_
_#1017 Andover Park E_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _MILTON A, MOSLEY_ , am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _CLINTON, MD_ , on _4-8-09_ .
       City, State                Date

_Milton G. Mosley_
Signature

Name (Please Print): _MILTON A, MOShEY_
Address: _8802 OSCOOD e7_
City, State, Zip Code: _CLINTON, MD 20735_

Telephone Number: _301-877-2318_
E-mail Address: _R O MOSLEY@VERIZON.NET_

Dates of Service to UPS SCS: _____
Work Location: _MD DC_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __AuGusTiN̄ḡ/NANSi__, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at __Adelphi, MD__ , on __APRIL 8 2009__
        City, State                Date

                               Signature

Name (Please Print): __AuGustiN NANSi__
Address: __1508 Metzerott Rd #18__
City, State, Zip Code: __Adelphi MD 20783__

Telephone Number: __240·320·4233__
E-mail Address: __Nansiboris@yahoo·com__

Dates of Service to UPS SCS: __10-10-07 To Current·__
Work Location: __Beltsville Warehouse MD__

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _EDWIN C NDUBISI_ am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at FORT WASHINGTON, MD on 04/06/09.
City, State                                Date

Signature

Name (Please Print): EDWIN C·NDUBISI
Address: 12302 PROX MIRE DRIVE
City, State, Zip Code: FORT WASHINGTON MD20744
Telephone Number: (240) 353-8640
E-mail Address: _____

Dates of Service to UPS SCS: 2005 TO 2007
Work Location: BELTSUILLE, MARYLAND

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _PRINCE WILLIAM NIMOH_, am a current or former driver for UPS

SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to

become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,

INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit

arising under the Fair Labor Standards Act, 29 U.S.C. §201 _et seq._, seeking to recover

compensation, reimbursement and related sums, including interest and penalties, owed to me by

UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I

choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and

agree to be bound by any adjudication or settlement of this action, whether favorable or

unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs

or their counsel.

Executed at _DALLAS, TX_, on _4-14-09_.
      City, State              Date

_Nimoh_
_____
                Signature

Name (Please Print): _PRINCE WILLIAM NIMOH_
Address: _13250 EMILY RD #624_
City, State, Zip Code: _DALLAS - TX 75240_

Telephone Number: _469-358-2644_
E-mail Address: _Pnimoh @ yahoo . com_

Dates of Service to UPS SCS: _2006 - 2008_
Work Location: _DALLAS_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _RonaLD PETERNEK_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _MATTESON, Il._____, on _APRiL 7, 2009_
City, State                              Date

_____
Signature

Name (Please Print): _RonaLD PETERNEK_
Address: _359 DAFFODIL LANE_
City, State, Zip Code: _MATTESon, Il, 60443-2884_

Telephone Number: _708-903-0474_
E-mail Address: _____

Dates of Service to UPS SCS: _05/05 TO 04/09 (PRESENT)_
Work Location: _BENSenviLLE, Il, 60106_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _LUIS PITARQUI_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _LYNDHURST, NEW JERSEY_, on _4-14-09_.
City, State             Date

_Luis Pitarqui_
Signature

Name (Please Print): _LUIS PITARQUI_
Address: _232 ORIENT WAY_
City, State, Zip Code: _LYNDHURST, N.J. 07071_

Telephone Number: _201-355-8615_
E-mail Address: _luis pitarqui@yahoo.com_

Dates of Service to UPS SCS: _FROM JANUARY-99 → PRESENT (11 YEARS)_
Work Location: _EWR-LYNDHURST_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

_THEY KEEP ME WITH SAME PAY RATE FOR 11 YEARS_

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Ernest Price_____, am a current or former driver for UPS

SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to

become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,

INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit

arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover

compensation, reimbursement and related sums, including interest and penalties, owed to me by

UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I

choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and

agree to be bound by any adjudication or settlement of this action, whether favorable or

unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs

or their counsel.

Executed at _Crawfordville  FL_, on _32327_.
City, State                          Date

_Ernst G. Price_
Signature
Name (Please Print): _Ernest Price_
Address: _120 Greenlin Villa Road_
City, State, Zip Code: _Crawfordville. FL 32327_

Telephone Number: _850 - 510 - 7495_
E-mail Address: _ETJAJ @ embaqmail. com_

Dates of Service to UPS SCS: _12 - 2007 to 6 - 2008_
Work Location: _Tallahassee_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _James        Ray_ , am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _CHARLotte  N.C_ , on _4-15-09_ .
City, State                                            Date


_____James   Ray_____
                                    Signature
Name (Please Print): _James Ray_
Address: _1801 Sloan Dr_
City, State, Zip Code: _Charlotte  N.C  28208_

Telephone Number: _704-909-6437_
E-mail Address: _mpw2961@aol.com_

Dates of Service to UPS SCS: _02  to  Present_
Work Location: _Charlotte  N.C_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __NORMA RINCON__, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at __HOUSTON, TEXAS__, on __APRIL 13, 2009__
  City, State                              Date

Signature

Name (Please Print): __NORMA RINCON__
Address: __19522 DIANESHIRE DR.__
City, State, Zip Code: __SPRING, TX 77388__

Telephone Number: __281-528-5802__
E-mail Address: __normaslater @ yahoo.com__

Dates of Service to UPS SCS: __2007__
Work Location: __HOUSTON, TX__

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Boyd   Segero__, am a current or former driver for UPS

SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to

become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,

INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit

arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover

compensation, reimbursement and related sums, including interest and penalties, owed to me by

UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I

choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and

agree to be bound by any adjudication or settlement of this action, whether favorable or

unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs

or their counsel.

Executed at __Baltimore, MD__, on __04-15-2009__
                City, State                Date

__Segero__
           Signature

Name (Please Print): __BOYD   SEGERO__
Address: __536   5th   ave__
City, State, Zip Code: __BALTIMORE   MD   21227__

Telephone Number: __443-996-0235__
E-mail Address: __boydsegero@yahoo.com__

Dates of Service to UPS SCS: __NOV 2007 – MAY 2008__
Work Location: __MARYLAND (BALTIMORE/BELTSVU__

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

       Leonard Carder, LLP
       Attn: UPS Supply Chain Solutions Lawsuit
       1330 Broadway, Suite 1450
       Oakland, CA 94612
       Fax: (510) 272-0174
       Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Derek A. Smith_ , am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _College Park  GA_ , on _4-15-09_ .
City, State                Date

_Derek A. Smith_
Signature

Name (Please Print): _Derek Smith_
Address: _875 Garden Walk Blod_
City, State, Zip Code: _College Park GA 30349 Apt#36_

Telephone Number: _770-885-2627_
E-mail Address: _____

Dates of Service to UPS SCS: _1-06  To  4-06_
Work Location: _Independent Driver_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Craig Strand_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _Battle Ground, WA_, on _April 8, 2009_.
       City, State                              Date

_____
              Signature

Name (Please Print): _CRAIG STRAND_
Address: _1214 NW 2ND AVE_
City, State, Zip Code: _BATTLE GROUND, WA 98604_

Telephone Number: _360 666-7455_
E-mail Address: _CCSTRAND @ MSN. COM_

Dates of Service to UPS SCS: _JAN 2001 THRU JUL 2008_
Work Location: _PORTLAND, OR_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Octavio A. Tolentino_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Jacksonville, FL_, on _04-09-09_.
City, State                        Date

Signature
Name (Please Print): _Octavio A. Tolentino_
Address: _3558 Pond Ridge Ct. W_
City, State, Zip Code: _Jacksonville, FL 32223_

Telephone Number: _904-318-7581_
E-mail Address: _OTolentino422@bellsouth.net_

Dates of Service to UPS SCS: _01-31-2005 To Present._
Work Location: _Jacksonville, FL._

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __MANIT   VACHNUVAT__ , am a current or former driver for UPS

SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to

become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,

INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit

arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover

compensation, reimbursement and related sums, including interest and penalties, owed to me by

UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I

choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and

agree to be bound by any adjudication or settlement of this action, whether favorable or

unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs

or their counsel.

Executed at ___LA.___ ___CA___ , on __04/10/09__ .
                     City, State                     Date

_Manit Vanhut_
                                        Signature
Name (Please Print): ___MANIT   VACHNUVAT___
Address: ___8338 ½   STEWART  AND GRAY RD.___
City, State, Zip Code: __Downey__   __CA.  90241__

Telephone Number: __(562)  658  5049__
E-mail Address: _____

Dates of Service to UPS SCS: __02/03/07__ _____
Work Location: ___LA PALMA.  OFFICE.___

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _RICHARD WARDEN_ , am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Rockwall TX 75087_, on _APRIL 13_ .
           City, State                  Date

_Richard W Werren_
Signature

Name (Please Print): _RICHARD WARREN_
Address: _3320 LAKESIDE_
City, State, Zip Code: _Rockwall TX 75087_

Telephone Number: _972 - 771 4523_
E-mail Address: _____

Dates of Service to UPS SCS: _6 - 2003_
Work Location: _DALLAS TX 75229_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Robert Weiss_ , am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _Rogers, MN_ , on _April 8th 2009_
City, State       Date

_____
Signature
Name (Please Print): _Robert Weiss_
Address: _12608 Main St_
City, State, Zip Code: _Rogers MN 55374_

Telephone Number: _612-310-3743_
E-mail Address: _LWWEISS @ EARTHLink. NET_

Dates of Service to UPS SCS: _Nov 2004 to Present_
Work Location: _UPS SCS 2001 Gateway Blvd_
_Anden Hills, MN 55112_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

  Leonard Carder, LLP
  Attn: UPS Supply Chain Solutions Lawsuit
  1330 Broadway, Suite 1450
  Oakland, CA 94612
  Fax: (510) 272-0174
  Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _JAMES W. WEST_ , am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _Twinsburg, Ohio_ , on _4-10-09_ .
City, State          Date

Signature

Name (Please Print): _JAMES W. WEST_
Address: _10319 LUMAN LN_
City, State, Zip Code: _TWINSBURG, OH, 44087_

Telephone Number: _216-233-9867_
E-mail Address: _JWEST03580@AOL.COM_

Dates of Service to UPS SCS: _2005-2007_
Work Location: _Brecksville, OH._

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Robert H. Wills_, am a current or former driver for UPS
SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to
become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,
INC., U.S. District Court Northern Calif. No.  3:08-cv-3182, for claims asserted in that lawsuit
arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover
compensation, reimbursement and related sums, including interest and penalties, owed to me by
UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto.  I
choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and
agree to be bound by any adjudication or settlement of this action, whether favorable or
unfavorable,  and to be bound by decisions and agreements entered into by the named plaintiffs
or their counsel.

Executed at _Brandon, Ms_, on _4 / 6 / 09_.
              City, State                  Date

                        _Robert Wills_
                        Signature

Name (Please Print): _Robert H. Wills_
Address: _763 Benwick Dr_
City, State, Zip Code: _Brandon, Ms, 39049_

Telephone Number: _601 214 3749_
E-mail Address: _RHWCTN @ Aol.Con_

Dates of Service to UPS SCS: _2/05 - 11/08_
Work Location: _Jackson (Pearl)  Ms._

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

    Leonard Carder, LLP
    Attn: UPS Supply Chain Solutions Lawsuit
    1330 Broadway, Suite 1450
    Oakland, CA 94612
    Fax: (510) 272-0174
    Email: dnorman@leonardcarder.com

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, _Reginald J Womack_ , am a current or former driver for UPS

SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to

become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS,

INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit

arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover

compensation, reimbursement and related sums, including interest and penalties, owed to me by

UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I

choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and

agree to be bound by any adjudication or settlement of this action, whether favorable or

unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs

or their counsel.

Executed at ___SAN DIEGO CA___ , on ___09 APR 09___ .
City, State                    Date

Signature

Name (Please Print): _REGINALD J. WOMACK_
Address: _310 F. ST_
City, State, Zip Code: _SAN DIEGO CA 92102_

Telephone Number: cell _619 806 7621_ Hm _619 235-0823_
E-mail Address: _SKellymannor@net zero.com_

Dates of Service to UPS SCS: _NOV 15 06 - MAR 31 08_
Work Location: _SANDIEGO_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later
than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _RANDAL J. WRAY_, am a current or former driver for UPS SUPPLY CHAIN SOLUTIONS, INC. within the last three years, and I hereby consent to become a party plaintiff in the lawsuit, LABRIE, et al. v. UPS SUPPLY CHAIN SOLUTIONS, INC., U.S. District Court Northern Calif. No. 3:08-cv-3182, for claims asserted in that lawsuit arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.,* seeking to recover compensation, reimbursement and related sums, including interest and penalties, owed to me by UPS SUPPLY CHAIN SOLUTIONS, INC. and related entities for services rendered thereto. I choose to be represented by the named plaintiffs and their counsel, Leonard Carder, LLP, and agree to be bound by any adjudication or settlement of this action, whether favorable or unfavorable, and to be bound by decisions and agreements entered into by the named plaintiffs or their counsel.

Executed at _FRANKFORT IL_, on _4-7-09_.
City, State                          Date

_Signature_

Name (Please Print): _RANDAL J. WRAY_
Address: _22022 Thyme LN_
City, State, Zip Code: _Frankfort IL 60423_

Telephone Number: _815-469-8650_
E-mail Address: _RJWRY @ AOL.COM_

Dates of Service to UPS SCS: _July 2001 - March 2008_
Work Location: _Chicago IL_

**DEADLINE: This form MUST be returned by fax or email or mail postmarked no later than June 2, 2009, to:**

Leonard Carder, LLP
Attn: UPS Supply Chain Solutions Lawsuit
1330 Broadway, Suite 1450
Oakland, CA 94612
Fax: (510) 272-0174
Email: dnorman@leonardcarder.com

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169     FAX: (510) 272-0174

## PROOF OF SERVICE

I am a citizen of the United States and am employed in Alameda County.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 1330 Broadway, Suite 1450, Oakland, CA  94612.  On April 17, 2009, I served the following document(s):

**NOTICE OF FILING ADDITIONAL CONSENTSTO BECOME PARTY PLAINTIFF AND LIST OF PARTY PLAINTIFFS**

I electronically filed the foregoing document(s) with the Clerk of Court using the CM/ECF system which automatically sent notification of such filings to the following:

Robert P. Kristoff          bobkristoff@paulhastings.com, crystalking@paulhastings.com,
                            helendevol@paulhastings.com

Michael M. Pfyl            michaelpfyl@paulhastings.com, alicebrown@paulhastings.com

Zachary P. Hutton          zacharyhutton@paulhastings.com, jeffsmith@paulhastings.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on April 17, 2009.


    ___/s/ Khae Saechao_____
    Khae Saechao