LYNN ROSSMAN FARIS (State Bar No. 096029) lfaris@leonardcarder.com
ELEANOR MORTION (State Bar No. 220407) emortion@leonardcarder.com
JENNIFER KEATING (State Bar No. 250857) jkeating@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Plaintiffs

ROBERT P. KRISTOFF (State Bar No. 090874) bobkristoff@paulhastings.com
ZACHARY P. HUTTON (State Bar No. 234737) zacharyhutton@paulhastings.com
MICHAEL M. PFYL (State Bar No. 240925) michaelpfyl@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON<br><br>Plaintiffs,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.<br><br>Defendant. | Case No. 4:08-CV-03182-PJH<br><br>**STIPULATION AND (PROPOSED) ORDER VACATING ALL PENDING LITIGATION DATES AND SETTING A DATE TO FILE A JOINT MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' TENTATIVE SETTLEMENT** |

The undersigned parties hereby stipulate as follows:

1. After two full days of mediation and additional negotiation, the parties hereto have agreed to a revised Mediator's Proposal for settlement of all aspects of the case and have signed a document incorporating the general terms of that agreement. The parties have begun work on finalizing a Settlement Agreement and the necessary pleadings in support of that Agreement.

-1-

2. Under the current court schedule, the parties are required to file complex motions on Monday, November 2, 2009 regarding class certification and Defendant will shortly be required to respond to Plaintiffs' recently filed motion to compel discovery, pending before Magistrate Judge Spero. The parties hereby stipulate that all litigation dates should be vacated immediately to permit the parties to finalize all aspects of the settlement and to move this Court for an order preliminarily approving that settlement and to avoid needless additional litigation.

3. The parties will file a joint motion for preliminary approval of their settlement by November 18, 2009.

DATED: October 28, 2009              LEONARD CARDER, LLP

                                     By:   /s/
                                     LYNN ROSSMAN FARIS
                                     Attorneys for PLAINTIFFS

DATED: October 28, 2009              PAUL, HASTINGS, JANOFSKY & WALKER

                                     By:   /s/
                                     ROBERT P. KRISTOFF
                                     Attorneys for DEFENDANTS

Pursuant to the parties' Stipulation, all pending deadlines are vacated and the parties are instead ordered to file a Joint Motion For Preliminary Approval on or before November 18, 2009.

DATED: November 2, 2009              _____
                                     Hon. Phyllis J. Hamilton
                                     United States District Judge

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

-2-

STIP. & [PROPOSED] ORDER RE 2ND AM. COMP.                      Case No. 4:08-CV-03182-PJH

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On October 28, 2009, I served the following document(s):

**STIPULATION AND (PROPOSED) ORDER VACATING ALL PENDING LITIGATION DATES AND SETTING A DATE TO FILE A JOINT MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' TENTATIVE SETTLEMENT**

I electronically filed the foregoing document(s) with the Clerk of Court using the CM/ECF system which automatically sent notification of such filings to the following:

| | |
|---|---|
| Robert P. Kristoff | bobkristoff@paulhastings.com, crystalking@paulhastings.com, helendevol@paulhastings.com |
| Michael M. Pfyl | michaelpfyl@paulhastings.com, alicebrown@paulhastings.com |
| Zachary P. Hutton | zacharyhutton@paulhastings.com, jeffsmith@paulhastings.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on October 28, 2009.

          /s/ Khae Saechao
Khae Saechao