UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA LABRIE, ET AL., | Case No. C08-03182 PJH ( JCS) |
| Plaintiff(s), | **ORDER VACATING IN PERSON MEET AND CONFER REQUIREMENT** |
| v. | |
| UPS SUPPLY CHAIN SOLUTIONS, INC., | |
| Defendant(s). | |

On November 2, 2009, a Stipulation and Order Vacating All Pending Litigation Dates and Setting a Date to File a Joint Motion for Preliminary Approval of the Parties' Tentative Settlement was signed by Judge Phyllis J. Hamilton.

IT IS HEREBY ORDERED that the meet and confer requirement issued in the Court's Notice of Reference, filed on October 28, 2009, is hereby VACATED.

IT IS SO ORDERED.

Dated: November 3, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge