# EXHIBIT A

[CALIFORNIA CLASS NOTICE]

1

**EXHIBIT A**

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10
(OAKLAND DIVISION)

11

12
PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON,

CASE NO. 4:08-CV-03182 PJH

13

14
Plaintiffs,

15
vs.

16
UPS SUPPLY CHAIN SOLUTIONS, INC.,

17
Defendant.

**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF SETTLEMENT, AND HEARING DATE FOR FINAL COURT APPROVAL**

18

19

20

21
**NOTE: PARA ALTAVOCES ESPAÑOLES, TRADUCCIONES ESPAÑOLAS DE ESTOS DOCUMENTOS TAMBIÉN SON ENCERRADAS.**

22

23

24

25

26

27

28

LEGAL_US_W # 63204245.3

CASE NO. 4:08-CV-03182 PJH

NOTICE OF PROPOSED SETTLEMENT

TO:   **ALL PERSONS WHO HAVE WORKED FOR UPS SUPPLY CHAIN SOLUTIONS, INC. IN CALIFORNIA WHILE CLASSIFIED AS INDEPENDENT CONTRACTOR COURIERS AT ANY TIME FROM JULY 2, 2004 THROUGH OCTOBER 31, 2009.**

**PLEASE READ THIS NOTICE CAREFULLY; IT MAY AFFECT YOUR LEGAL RIGHTS TO CLAIM MONEY UNDER THIS CLASS ACTION SETTLEMENT.**

**IF YOU WISH TO CLAIM A SHARE OF THE SETTLEMENT DESCRIBED IN THIS NOTICE, YOU MUST COMPLETE AND SUBMIT THE ACCOMPANYING CLAIM FORM, POSTMARKED OR OTHERWISE RECEIVED BY THE SETTLEMENT ADMINISTRATOR ON OR BEFORE _____, 2010, OR ELSE YOU WILL NOT RECEIVE YOUR SHARE OF THE SETTLEMENT. YOUR ESTIMATED SETTLEMENT SHARE IS SET FORTH IN THE ACCOMPANYING CLAIM FORM AS FULLY EXPLAINED. YOUR ACTUAL SETTLEMENT SHARE MIGHT BE DIFFERENT. PLEASE REVIEW THE INFORMATION IN YOUR CLAIM FORM TO CONFIRM THAT IT IS ACCURATE.**

**IF YOU DO NOT WANT TO PARTICIPATE IN THE SETTLEMENT, YOU MUST SUBMIT A WRITTEN OPT-OUT AS DESCRIBED IN THIS DOCUMENT, ON OR BEFORE _____, 2010, OR ELSE YOU WILL BE BOUND BY THE SETTLEMENT.**

**IF YOU WISH TO OBJECT TO THE SETTLEMENT, YOU MUST FOLLOW THE DIRECTIONS IN THIS NOTICE.**

Pursuant to the order of the United States District Court for the Northern District of California (the "Court") entered on December ___, 2009, YOU ARE HEREBY NOTIFIED AS FOLLOWS:

1.     **WHAT IS THIS NOTICE ABOUT?**

A proposed settlement of $12.8 million has been reached between plaintiffs Paula LaBrie, Alfredo Macias, Peter Millman, Tom Chortabtim, and Raf Sison and defendant UPS Supply Chain Solutions, Inc. ("UPS SCS"), in the class action and collective action pending in the Court on the terms and conditions explained below.

The Court has preliminarily approved a settlement, and conditionally certified the following classes for purposes of the settlement:

California Class: All persons who worked for UPS SCS while classified as independent contractor couriers in California, at any time from July 2, 2004 through October 31, 2009, who made 10% or more of their deliveries for UPS SCS from July 2, 2004 through October 31, 2009 in California.

FLSA Class: All persons who are not California Class Members who worked for

LEGAL_US_W # 63204245.3

CASE NO. 4:08-CV-03182 PJH                                   NOTICE OF PROPOSED SETTLEMENT

UPS SCS while classified as independent contractor couriers in states other than California at any time from July 2, 2005 through October 31, 2009, and who filed with the Court a Consent To Become A Party Plaintiff, and those who were California Class Members but provided service for UPS SCS in states other than California after March 28, 2008

You have received this notice because UPS SCS' records indicate that you are a member of the California Class and are entitled to a proportionate share of the settlement. This notice is designed to inform you of how you can claim a share of the settlement, comment in favor of the settlement or object to the settlement, or opt-out of the settlement. If you have not previously filed a Consent To Become A Party Plaintiff, YOU MUST TIMELY SUBMIT THE ATTACHED CLAIM FORM which includes information about your share of the settlement. Please note that even if you object to the settlement, unless you submit a timely, written opt-out, the settlement if approved by the Court will be binding upon you. If you have not previously filed a Consent To Become A Party Plaintiff and you fail to submit the attached claim form in order to receive your share of the settlement, you will still be bound by the terms of the settlement, even though you will not receive your proportionate share.

2.   **BACKGROUND OF THE CASE**

On July 2, 2008, plaintiffs brought a lawsuit against UPS SCS entitled, "*Paula LaBrie, Alfredo Macias, Peter Millman, Tom Chortabtim, and Raf Sison v. UPS Supply Chain Solutions, Inc.*" in the United States District Court, Northern District of California, Case No. 4:08-CV-03182-PJH (the "Action").

Plaintiffs' complaint alleged that UPS SCS misclassified them as independent contractors, in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA"), California wage-and-hour law, and California Business and Professions Code section 17200 *et seq.* and failed to pay overtime and minimum wages; failed to provide reimbursement for California business expenses; failed to pay California reporting time; and failed to pay California wages due at termination of employment. Plaintiffs alleged the case as a class action on behalf of themselves and similarly situated individuals in California, and a collective action comprised of themselves and similarly situated individuals in the United States, and sought to recover from UPS SCS back wages, interest, penalties, and attorneys' fees and costs.

- 2 -

LEGAL_US_W # 63204245.3

1    UPS SCS denies and continues to deny all of plaintiffs' allegations. UPS SCS

2    contends that a class or collective action could not properly be certified in the Action if it were

3    litigated; that the members of the proposed classes were properly classified as independent

4    contractors under federal and state law; that UPS SCS did not violate the FLSA, the California

5    Labor Code, or California Business and Professions Code section 17200 *et seq*; and that UPS

6    SCS is not liable for any of the penalties claimed or that could be claimed in the Complaint.

7    In March of 2009, the Court conditionally certified the collective action and

8    authorized notice to be send to the FLSA class along with a form of Consent To Become a Party

9    Plaintiff. The 522 individuals who filed consents in court are listed on Exhibit A to this Notice.

10    After more than two days of good-faith negotiations presided over by a private

11    mediator, in which both sides recognized the substantial risks, the probability of lengthy delays

12    and significant additional costs of litigation, Plaintiffs and UPS SCS agreed to settle the Action

13    pursuant to the terms and conditions of the Settlement Agreement, subject to Court approval.

14    The settlement represents a compromise and settlement of highly disputed claims.

15    Nothing in the settlement is intended or will be construed as an admission by UPS SCS that

16    plaintiffs' claims in the Action have merit or that it has any liability to plaintiffs or the class on

17    those claims.

18    Both parties and their counsel have concluded that the settlement is advantageous,

19    considering all the risks, delays and uncertainties to each side of continued litigation. The parties

20    and their counsel have determined that the settlement is fair, reasonable, and adequate and is in

21    the best interests of the members of the class.

22    3.    **SUMMARY OF THE SETTLEMENT**

23    (a)    **Who is included in the settlement?**  You are included in the settlement if

24    you fall within one of the class definitions set forth at the beginning of this notice. UPS SCS's

25    records indicate that you are a member of the California Class.

26    (b)    **How do I receive money from the settlement?**  If you have not

27    previously filed a Consent To Become A Party Plaintiff (see Exhibit A),  you must complete and

28

- 3 -

1    submit the attached claim form enclosed with this notice and return it via U.S. mail, fax or hand-

2    delivery to the settlement administrator at:

3                              UPS SCS Settlement Administrator
                                      CPT Group, Inc.
4                              _____

5                              Telephone: (___)  ___-____
                                     Fax:  (___)  ___-____
6

7    **If you do not submit a timely claim form by _____, 2010, you will not receive any money**

8    **from the settlement. If you need assistance in filing out the claim form, you may contact the**

9    **Settlement Administrator or Class Counsel.**

10            (c)      **What will I receive from the settlement?**  Under the settlement, UPS

11   SCS will pay $12,800,000. Out of the $12,800,000, UPS SCS will pay certain amounts approved

12   by the court for the Class Representative Payments, attorneys' fees and costs, the payment to the

13   Labor and Workforce Development Agency of the State of California, and the settlement

14   administrator's reasonable fees and expenses, which will not exceed the requested amounts of

15   $2,165,000. The remainder (the "Net Settlement Amount") of at least $10,635,000 will be

16   distributed to members of the California Class and the FLSA Class. Two Thirds of the Net

17   Settlement Amount will be distributed to members of the California Class (the "California Class

18   Net Settlement Amount"), and one-third will be distributed to the FLSA Class (the "FLSA Net

19   Settlement Amount"). This allocation between the two classes is based on the proportionate

20   claims asserted on behalf of each class in the case.

21            UPS SCS will pay to each Participating California Class Member a settlement

22   share calculated by (1) dividing the California Class Net Settlement Amount by the total number

23   of workdays for all participating California Class Members during the class period and (b)

24   multiplying the result by the claimant's number of workdays. However, under no circumstances

25   will a Participating California Class Member's Settlement Share be less than $500. For purposes

26   of this settlement, a "workday" means a day from July 2, 2004 through October 31, 2009 when a

27   California Class Member was dispatched to make at least one delivery for UPS SCS.

28            (d)      **When will I receive my settlement share?**  The settlement shares and

- 4 -

1    other amounts will be paid after final court approval of the settlement and after all rights to appeal

2    or review are exhausted or any appeal or review has been resolved in favor of the settlement.

3           (e)    **How do I exclude myself from the settlement?**  If you have not filed a

4    Consent To Become A Party Plaintiff with the Court, you may exclude yourself from the

5    settlement by timely submitting a written opt-out.  An opt-out means a signed, written request

6    stating that you want to exclude yourself from the settlement and understand that as a result you

7    will not be entitled to share in the settlement proceeds sent to the Settlement Administrator by

8    _____.  If you do not timely submit an opt-out, you will be bound by the settlement

9    even if you object to the settlement.

10          (f)    **How do I dispute information in my claim form?**

11          The Court has appointed CPT Group, Inc., to act as an independent settlement

12   administrator and to resolve any dispute concerning the calculation of a class member's

13   entitlement to a settlement share.

14          Enclosed with this notice is your Claim Form which sets forth (based on UPS

15   SCS's delivery records) the number of days from July 2, 2004 through October 31, 2009 that you

16   were dispatched to make at least one delivery for UPS SCS, and an estimate of your settlement

17   share, assuming that the Court finally approves the settlement; all class members participate and

18   make claims; and the Court approves the amounts sought for the requested payments discussed

19   below in §§ h, i, j, and k.  Your actual settlement share may end up being different.

20          If you disagree with the workday information shown on the claim form, you must

21   correct the Claim Form and provide documents to prove your correction by the stated deadline.

22   In the event of such a dispute, the Settlement Administrator will review UPS SCS' records and

23   your to verify the information.  After consultation with you, Class Counsel, and UPS SCS, the

24   settlement administrator will make a final determination of the number of workdays and that

25   determination will be final, binding on you and UPS SCS, and non-appealable.

26          (g)    **What claims are being released as part of the settlement?**

27          The settlement provides that, as of the date of the judgment approving the

28   settlement, all participating California Class Members (all California Class Members other than

- 5 -

1   those who opt out, even if they do not make claims) fully and finally release UPS SCS, and its

2   parents, predecessors, successors, subsidiaries, affiliates, and trusts, and all of its employees,

3   officers, agents, attorneys, stockholders, fiduciaries, other service providers, and assigns, from

4   any and all claims, known and unknown, all claims based on or arising from the allegations that

5   they were or are improperly compensated under federal, state, or local law (the "Class's Released

6   Claims"). The Class's Released Claims include any and all claims for unpaid wages, minimum

7   wages, overtime compensation, reporting time pay, meal and rest break premiums, employee

8   benefits or insurance, unpaid expenses, penalties, interest, and attorneys' fees, whether founded

9   on federal, state, or local law.   The Class's Released Claims include, but are not limited to, all

10   such claims arising under FLSA, federal common law, the Employee Retirement Income Security

11   Act, 29 U.S.C. § 1001 *et seq.* ("ERISA"), California Labor Code sections 201, 202, 203, 204,

12   226, 226.7, 510, 512, 558, 1194, 2698 *et seq.*, and 2802 (and any similar statutes in other states),

13   the wage orders of the California Industrial Welfare Commission (and any similar regulations in

14   other states), California Business and Professions Code section 17200 *et seq.*, and state common

15   law of contract.

16          The Class's Released Claims include all such claims, whether known or unknown.

17   Thus, if even if a participating class member discovers facts in addition to or different from those

18   that he or she now knows or believes to be true with respect to the subject matter of the Class's

19   Released Claims, those claims will remain released and forever barred. Therefore, participating

20   class members expressly waive and relinquish the provisions, rights, and benefits of section 1542

21   of the California Civil Code, which reads:

22          A general release does not extend to claims which the creditor does not
23          know or suspect to exist in his or her favor at the time of executing the
            release, which if known by him or her must have materially affected his
24          or her settlement with the debtor.

25          (h)    **Class Representative Payments:** In addition to their proportionate shares

   as participating class members, plaintiffs will seek approval from the Court for payment of

26   $20,000 each for their services as Class Representatives, for participating in discovery and

27   mediation, for their extensive work with Class Counsel, as well as their acceptance of the risk of

28

- 6 -

1  paying UPS SCS's attorneys' fees and expenses in the event of an unsuccessful outcome. These

2  payments will be made out of the settlement.

3          (i)    **Class Counsel Fees Payment and Class Counsel Litigation Expenses**

4  **Payment:** As part of the final approval hearing, Plaintiffs will make a motion for Attorneys Fees

5  and Costs to be paid to Class Counsel, Leonard Carder, LLP, for a maximum of $1,700,000 for

6  their attorneys' fees in connection with their work in this case and for not more than $325,000 in

7  reimbursement of their litigation costs and expenses.  Class members are not personally liable for

8  any fees and costs and will not be required to pay any such amounts.  These amounts or the

9  amounts approved by the Court will constitute full and complete compensation for all legal fees

10  and all litigation costs and expenses of all Class Counsel through the completion of the litigation,

11  whatever date that may be.  Attorney fees and costs approved by the Court will be paid out of the

12  settlement. Plaintiffs and Class members are not liable for payment of attorneys' fees or costs

13  incurred by UPS SCS and no such payments will be made to UPS SCS or its counsel from the

14  settlement.

15          (j)    **Payment to LWDA.**  The parties have agreed that the Labor and

16  Workforce Development Agency of the State of California (the "LWDA") will be paid $20,000

17  out of the settlement as the LWDA's share of the settlement of potential civil penalties.

18          (k)    **Costs of Administration:**  The settlement administrator's reasonable fees

19  and expenses incurred in administering the settlement will be paid out of the settlement, not to

20  exceed $20,000.

21

22  4.    **PLAINTIFFS' AND CLASS COUNSEL'S SUPPORT OF THE SETTLEMENT.**

23          Plaintiffs as Class Representatives and Class Counsel support the settlement.  Their

24  reasons include the risk of an unsuccessful or partially unsuccessful outcome on the merits of

25  plaintiffs' claims, and the inherent delays and uncertainties associated with litigation.  Based on

26  their experience litigating similar cases, Class Counsel believe that further proceedings in this

27  case, including a trial and probable appeals, would be very expensive and protracted.  No one can

28  confidently predict how the various legal questions at issue, including the amount of damages,

- 7 -

1  would ultimately be resolved.  Therefore, upon careful consideration of all of the facts and

2  circumstances of this case, Class Counsel believe that the settlement is fair, reasonable, and

3  adequate.

4       5.  **WHAT ARE YOUR RIGHTS AS A CLASS MEMBER?**

5          You may participate, object, contest your proportionate amount or opt out.

6          (a)  **Participating in the Settlement**

7          Plaintiffs as Class Representatives and Class Counsel represent your interests as a

8  class member.  If you have not previously filed a Consent To Become A Party Plaintiff (see

9  Exhibit A), you MUST file the attached Claim Form by _____ with the Settlement

10  Administrator.  Unless you validly elect to opt out, you are a part of the class, you will be bound

11  by the terms of the settlement and any final judgment that may be entered by the Court, and you

12  will be deemed to have released the claims against UPS SCS and the other released parties

13  described above.  This is true even if you fail to submit a claim form in order to claim your

14  settlement share.  As a member of the class, you will not be responsible for the payment of

15  attorneys' fees or costs unless you retain your own counsel, in which event you will be

16  responsible for your own attorneys' fees and expenses.

17          (b)  **Objecting to the Settlement.**

18          You may object to the terms of the settlement before final approval, either by

19  filing a written objection or filing a notice of your intent to appear and object at the final approval

20  hearing.  If the Court rejects your objection, however, you will still be bound by the terms of the

21  settlement, unless you also submit a timely opt-out.  To object, you must send a written notice of

22  objection or a written notice of your intent to appear and object at the final approval hearing to

23  the Court and to counsel at the addresses shown below:

24

25                                        Clerk of Court

26          United States District Court, Northern District of California
                               1301 Clay Street, Suite 400S

27                                  Oakland, California 94612

28

LEGAL_US_W # 63204245.3

CASE NO. 4:08-CV-03182-PJH                                 NOTICE OF PROPOSED SETTLEMENT

**CLASS COUNSEL**

Lynn Rossman Faris
Eleanor Morton
Jennifer Keating
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Fax: (510) 272-0174
Email: lfaris@leonardcarder.com
        emorton@leonardcarder.com
        jkeating@leonardcarder.com

**UPS SCS'S COUNSEL**

Robert P. Kristoff
Zachary P. Hutton
Benjamin Strawn
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone: (415) 856-7000
Fax:  (415) 856-7100
E-mail: bobkristoff@paulhastings.com
         zachhutton@paulhastings.com
         benjaminstrawn@paulhastings.com

**DO NOT TELEPHONE THE COURT OR UPS SCS'S COUNSEL.**

Any written objection and/or notice of your intent to appear at the hearing must state each specific reason for your objection and any legal support for each objection.  Your written objection and/or notice of your intent to appear at the hearing must also state your full name, address, and the last four digits of your Social Security number.

To be valid, the Court and counsel must receive any written objections and/or notices of intent to appear at the hearing not later than _____, 2010.  A class member who fails to file and serve a written statement of objection in the manner described above and by the specified deadline will be deemed to have waived any objections and will be foreclosed from making any objection (whether by appeal or otherwise) to the settlement.

(c)     **Disputing the information on your claim form.**  If you dispute the number of workdays  on your claim form, state on your form what you contend is the correct information and return the form by U.S. mail, fax or hand-delivery to the settlement administrator along with documentary evidence at:

UPS SCS Settlement Administrator
CPT Group, Inc.

_____
_____

Telephone: (____) ____-____
Fax: (____) ____-____

e.     **Excluding yourself from the settlement.**

If you are not listed on Exhibit A (which lists individuals who filed a Consent To

- 9 -

1   Become a Party Plaintiff), you may exclude yourself from the settlement by timely submitting an

2   opt-out signed and in writing, which states that you want to exclude yourself from the settlement

3   and understand that as a result you will not be entitled to share in the settlement proceeds   Your

4   opt-out must be returned to the settlement administrator by not later than _____ __, 2010. If

5   the opt-out is not returned to the settlement administrator by this deadline, you still will be bound

6   by all terms and conditions of the settlement, if the settlement is approved by the Court, and the

7   Judgment, regardless of whether you objected to the settlement or submitted a claim form.

8            Any person who submits a valid, timely opt-out will, upon receipt, no longer be a

9   member of the class and will not be eligible to receive a settlement share.  Any such person, at his

10  or her own expense, may pursue any claims he or she may have against UPS SCS, its affiliates,

11  predecessor, or acquired companies.

12           If you have not filed a Consent To Become A Party Plaintiff and choose not to

13  participate in the settlement, send your opt-out to the settlement administrator by U.S. mail,

14  facsimile, or professional or personal delivery to the settlement administrator at:

15                      UPS SCS Settlement Administrator
                               CPT Group, Inc.
16                      _____

17                      Telephone: (___) ___-____
                               Fax: (___) ___-____
18

19       6.      **FINAL SETTLEMENT APPROVAL HEARING**

20           The Court will hold a final approval hearing on _____ __, 2010, at _____

21  ___.m., in Courtroom 3 of the Oakland Division of the United States District Court for the

22  Northern District of California, 1301 Clay Street, Suite 400S, Oakland, California,  94612, to

23  determine whether the settlement should be finally approved as fair, reasonable, and adequate.  (If

24  no objections to the settlement are made by class members, the date of the hearing may be

25  expedited.)  The Court will also be asked to approve the requests for the Class Representative

26  Payments and the attorneys' fees and costs to Leonard Carder, LLP.  The hearing may be

27  postponed without further notice to the class.  **It is not necessary for you to appear at this**

28  **hearing.  If you have given notice of your objection to the settlement, you may appear at the**

- 10 -

1   hearing at your option so long as you have filed a notice of intent to appear by _____ ___,

2   2010.

3         7.      **GETTING MORE INFORMATION**

4              The above is a summary of the basic terms of the settlement.  For the precise and

5   complete terms and conditions of the settlement, you may review the detailed Settlement

6   Agreement, which will be on file with the Clerk of the Court.  The pleadings and other records in

7   this litigation including the Settlement Agreement, may be examined (i) online through the Public

8   Access to Court Electronic Resources system, known as "PACER," at

9   http://ecf.cand.uscourts.gov, or (ii) in person at the Office of the Clerk at the United States

10  District Court at 1301 Clay Street, Suite 400S, Oakland, California , 94612, between the hours of

11  9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays, or you may contact

12  Class Counsel or the settlement administrator.  **PLEASE DO NOT TELEPHONE THE**

13  **COURT OR UPS SCS'S COUNSEL FOR INFORMATION REGARDING THIS**

14  **SETTLEMENT OR THE CLAIM PROCESS!**

15  DATED:  January _____, 2010

16

17                                          _____
                                            Phyllis J. Hamilton
                                            United States District Judge

18

19

20

21

22

23

24

25

26

27

28

- 11 -

**EXHIBIT B**

[CLAIM FORM ]

## EXHIBIT B

## CALIFORNIA CLAIM FORM

**NOTE:** Please read the "Notice of Proposed Settlement of Class Action, Conditional Certification of Settlement Class, Preliminary Approval of Settlement, and Hearing Date for Final Court Approval" before completing this Claim Form.

**DEADLINE:  If you have not previously submitted a Consent To Become A Party Plaintiff (see Exhibit A to the Class Notice), to receive any money from this settlement, you must complete and submit this Claim Form to the UPS SCS Settlement Administrator, POSTMARKED or DELIVERED (via fax or hand- delivery) as indicated above, by _____ __, 2010.**

1.     **Your Contact Information**

> Please review and, if necessary, correct on the line to the right your contact information:
>
> Name: <<Name>>
> Address: <<Address>>
> City, State, Zip: <<City>>, <<State>> <<Zip Code>>
> Social Security number (last four digits) only: <<SSN>>
>
> **Please provide further contact information here.**
>
> Telephone number (daytime):
> Telephone number (cell):
> E-mail:

2.     **Your Covered Work Days During the Class Period**

> Under the settlement, your proportionate settlement share will be based on the number of days during the class period (July 2, 2004 through October 31, 2009) that you were dispatched to make a delivery for UPS Supply Chain Solutions (see § 1 of the Class Notice).
>
> The records of UPS SCS, show that during the class period (July 2, 2004 through October 31, 2009), you were dispatched to make one or more deliveries for UPS SCS on <<Covered Days>> days. (Even if you did not work enough days, you will receive a minimum of $500.)
>
> Based on these workdays, your estimated settlement share is $<<SHARE>>.  Payment of this amount will only be made if the Court finally approves the settlement. The amount could change if not all class members participate in the settlement and submit valid claims or if the Court does not approve the amounts requested for the various payments explained in §3h, i, j and k of the attached Notice. Your actual settlement share may end up being different.
>
> If you believe that your work information is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s)  If you fail to provide documentary evidence in support of your correction, no correction will be made.

**Note:**   If you do not submit a correction, you waive your right to challenge the number of days dispatched stated above.  By submitting a correction, you are authorizing the settlement administrator to review UPS SCS's records and yours to make a determination which may increase or decrease the value of your share of the settlement.  All such determinations by the settlement administrator are final and binding with no opportunity for further appeal.

3.      **Signature and Confirmation**

I state that the information set forth above (including any corrections I have made) is true and correct and I wish to receive my share of the proposed settlement.

_____, 2010.

_____
                                                              Signature

4.      **Postmark Deadline**

**Your claim form must be POSTMARKED or DELIVERED (via fax or hand-delivery) on or before _____, 2010.**  A claim form postmarked or received by the settlement administrator after this deadline will not be accepted absent good cause shown.  A self-addressed,  stamped envelope has been enclosed for your convenience or you may mail this claim form  to the Settlement Administrator at.

UPS SCS Settlement Administrator
CPT Group, Inc.

_____

Telephone: (___) ___-_____
Fax: (___) ___-_____

5.      **Questions?**

If you have questions regarding this claim form, please contact the settlement administrator at the number above or Class Counsel at 510-272-0169.

**EXHIBIT C**

[FLSA CLASS NOTICE]

1

**EXHIBIT C**

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         (OAKLAND DIVISION)

11

12   PAULA LABRIE, ALFREDO MACIAS,        CASE NO. 4:08-CV-03182 PJH
     PETER MILLMAN, TOM CHORTABTIM,
13   RAF SISON,                           **NOTICE OF PROPOSED SETTLEMENT OF
                                          COLLECTIVE ACTION, PRELIMINARY
14                    Plaintiffs,         APPROVAL OF SETTLEMENT, AND
                                          HEARING DATE FOR FINAL COURT
15          vs.                           APPROVAL**

16   UPS SUPPLY CHAIN SOLUTIONS, INC.,

17                    Defendant.

18

19

20
       **NOTE: PARA ALTAVOCES ESPAÑOLES, TRADUCCIONES ESPAÑOLAS DE
21       ESTOS DOCUMENTOS TAMBIÉN SON ENCERRADAS.**

22

23

24

25

26

27

28

**TO:   ALL PERSONS WHO HAVE WORKED FOR UPS SUPPLY CHAIN
SOLUTIONS, INC. IN STATES OTHER THAN CALIFORNIA
WHILE CLASSIFIED AS INDEPENDENT CONTRACTOR
COURIERS AT ANY TIME FROM JULY 2, 2005 THROUGH
OCTOBER 31, 2009, AND WHO PREVIOUSLY FILED WITH THE
COURT TIMELY CONSENTS TO BECOME A PARTY
PLAINTIFF.**

**PLEASE READ THIS NOTICE CAREFULLY; IT MAY AFFECT YOUR
LEGAL RIGHTS TO CLAIM MONEY UNDER THIS CLASS ACTION
SETTLEMENT.**

**YOUR SHARE OF THE SETTLEMENT DESCRIBED IN THIS NOTICE IS
SET FORTH IN THE ACCOMPANYING WORKWEEK VERIFICATION
FORM AS FULLY EXPLAINED. YOUR ACTUAL SETTLEMENT
SHARE MIGHT BE DIFFERENT. PLEASE REVIEW THE
INFORMATION IN YOUR WORKWEEK VERIFICATION FORM TO
CONFIRM THAT IT IS ACCURATE.**

**IF YOU HAVE ANY CORRECTIONS TO THE INFORMATION IN THE
ENCLOSED WORKWEEK VERIFICATION FORM, YOU MUST SUBMIT
THEM ON OR BEFORE _____ __, 2010.**

Pursuant to the order of the United States District Court for the Northern District
of California (the "Court") entered on December __, 2009, YOU ARE HEREBY NOTIFIED AS
FOLLOWS:

1.   **WHAT IS THIS NOTICE ABOUT?**

A proposed settlement of $12.8 million has been reached between plaintiffs Paula
LaBrie, Alfredo Macias, Peter Millman, Tom Chortabtim, and Raf Sison and defendant UPS
Supply Chain Solutions, Inc. ("UPS SCS"), in the class action and collective action pending in
the Court on the terms and conditions explained below.

The Court has preliminarily approved a settlement, and conditionally certified the
following classes for purposes of the settlement:

California Class: All persons who worked for UPS SCS while classified as
independent contractor couriers in California, at any time from July 2, 2004
through October 31, 2009, and who made 10% or more of their deliveries for UPS
SCS from July 2, 2004 through October 31, 2009 in California.

FLSA Class: All persons who are not California Class Members who worked for
UPS SCS while classified as independent contractor couriers in states other than
California at any time from July 2, 2005 through October 31, 2009, and who filed
with the Court a Consent To Become A Party Plaintiff, and those who were
California Class Members but provided service for UPS SCS in states other than
California after March 28, 2008.

1    You have received this notice because you previously filed a consent form to

2  become party plaintiff and are a member of the FLSA Class and are entitled to a proportionate

3  share of the settlement. This notice is designed to inform you of the terms of the settlement, and

4  how you can make corrections to the information on the enclosed Workweek Verification Form,

5  which will be used to calculate your settlement share.

6    2.    **BACKGROUND OF THE CASE**

7    On July 2, 2008, plaintiffs brought a lawsuit against UPS SCS entitled, "*Paula*

8  *LaBrie, Alfredo Macias, Peter Millman, Tom Chortabtim, and Raf Sison v. UPS Supply Chain*

9  *Solutions, Inc.*" in the United States District Court, Northern District of California,  Case No.

10  4:08-CV-03182-PJH (the "Action").

11    Plaintiffs' complaint alleged that UPS SCS misclassified them as independent

12  contractors, in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA"),

13  California wage-and-hour law, and California Business and Professions Code section 17200 *et*

14  *seq.* and failed to pay overtime and minimum wages; failed to provide reimbursement for

15  California business expenses; failed to pay California reporting time; and failed to pay California

16  wages due at termination of employment. Plaintiffs alleged the case as  a class action on behalf

17  of themselves and similarly situated individuals in California, and a collective action composed of

18  themselves and similarly situated individuals in the United States, and sought to recover from

19  UPS SCS back wages, interest, penalties, and attorneys' fees and costs

20    UPS SCS denies and continues to deny all of plaintiffs' allegations. UPS SCS

21  contends that a class or collective action could not properly be certified in the Action if it were

22  litigated; that the members of the proposed classes were properly classified as independent

23  contractors under federal and state law; that UPS SCS did not violate the FLSA, the California

24  Labor Code, or California Business and Professions Code section 17200 *et seq*; and that UPS

25  SCS is not liable for any of the penalties claimed or that could be claimed in the Complaint.

26    In March of 2009, the Court conditionally certified the collective action and

27  authorized notice to be send to the FLSA class along with a form of Consent To Become a Party

28  Plaintiff. The 522 individuals who filed consents in court are listed on Exhibit A to this Notice.

- 2 -

1     After more than two days of good-faith negotiations presided over by a private

2     mediator, in which both sides recognized the substantial risks, the probability of lengthy delays

3     and significant additional costs of litigation, plaintiffs and UPS SCS agreed to settle the Action

4     pursuant to the terms and conditions of the Settlement Agreement, subject to Court approval.

5     The settlement represents a compromise and settlement of highly disputed claims.

6     Nothing in the settlement is intended or will be construed as an admission by UPS SCS that

7     plaintiffs' claims in the Action have merit or that it has any liability to plaintiffs or the class on

8     those claims.

9     Both parties and their counsel have concluded that the settlement is advantageous,

10    considering all the risks, delays and uncertainties to each side of continued litigation.  The parties

11    and their counsel have determined that the settlement is fair, reasonable, and adequate and is in

12    the best interests of the members of the class.

13    **3.      SUMMARY OF THE SETTLEMENT**

14    The settlement provides for the following:

15    (a)    **Who is included in the settlement?**  You are included in the settlement if

16    you fall within the class definition set forth at the beginning of this notice.  UPS SCS's records

17    indicate that you are a member of the FLSA Class.

18    (b)    **How do I receive money from the settlement?**    Your proportionate

19    settlement share is shown on the enclosed Workweek Verification form and was calculated based

20    on the information in that Form.   If you believe the information listed on the Workweek

21    Verification form is incorrect, you must note any corrections and return the form via U.S. mail,

22    fax or hand-delivery to the settlement administrator at:

UPS SCS Settlement Administrator
CPT Group, Inc.

_____

Telephone: (____) ____-_____
Fax: (____) ____-_____

27    To be timely, the Workweek Verification Form must be received by the settlement administrator

28    or, if mailed, postmarked by _____, 2010.  **Note that you do not need to submit**

- 3 -

LEGAL_US_W # 63205517.3

1    **the enclosed Workweek Verification Form, unless you believe the information listed on the**

2    **form is incorrect.**

3        (a)    **What will I receive from the settlement?**  Under the settlement, UPS SCS will

4    pay $12,800,000.  Out of the $12,800,000, UPS SCS will pay certain amounts approved by the

5    court for the Class Representative Payments, attorneys' fees and costs, the payment to the Labor

6    and Workforce Development Agency of the State of California, and the settlement administrator's

7    reasonable fees and expenses, which will not exceed the requested amounts of $2,165,000.  The

8    remainder (the "Net Settlement Amount") of at least $10, 635,000 will be distributed to members

9    of the California Class and the FLSA Class.  Two Thirds of the Net Settlement Amount will be

10   distributed to members of the California Class (the "California Class Net Settlement Amount"),

11   and one-third will be distributed to the FLSA Class (the "FLSA Net Settlement Amount").  This

12   allocation between the two classes is based on the proportionate claims asserted on behalf of each

13   class in the case.

14       UPS SCS will pay to each FLSA Class Member a settlement share based on the

15   number of weeks from July 2, 2005 through October 31, 2009 that he or she was dispatched to

16   make deliveries for UPS SCS on four or more days ("Covered Workweeks").  The settlements

17   shares for each Collective Action Class Member will be calculated by (1) dividing the FLSA Net

18   Settlement Amount by the total number of Covered Workweeks for all FLSA Class Members and

19   (2) multiplying the result by the Collective Action Class Member's Covered Workweeks.

20       (b)    **When will I receive my settlement share?**  The settlement shares and

21   other amounts will be paid after final court approval of the settlement and after all rights to appeal

22   or review are exhausted or any appeal or review has been resolved in favor of the settlement.

23       (c)    **How do I dispute information in my Workweek Verification Form?**

24       The Court has appointed CPT Group, Inc., to act as an independent settlement

25   administrator and to resolve any dispute concerning the calculation of a class member's

26   entitlement to a settlement share.

27       Enclosed with this notice is your Workweek Verification Form, which sets forth

28   (according to UPS SCS's delivery records) the number of weeks from July 2, 2005 through

- 4 -

1   October 31, 2009 that you were dispatched to make deliveries for UPS SCS on four or more days

2   in a week, as well as your estimated settlement share.  Your actual settlement share may end up

3   being be higher than estimated.

4            If the information on the form is correct, you do not need to do anything.  If you

5   disagree with the information shown on the Workweek Verification Form, you must correct and

6   sign the Workweek Verification Form and provide documents to prove your correction by the

7   stated deadline.  In the event of such a dispute, the Settlement Administrator will review UPS

8   SCS' records and yours to verify the information.   After consultation with you, Class Counsel,

9   and UPS SCS, the settlement administrator will make a final determination of the number of

10  workweeks properly attributable to you  and that determination will be final, binding on you and

11  UPS SCS, and non-appealable.

12           (d)    **What claims are being released as part of the settlement?**

13           The settlement provides that, as of the date of the judgment approving the

14  settlement, all FLSA Class Members will fully and finally release UPS SCS, and its parents,

15  predecessors, successors, subsidiaries, affiliates, and trusts, and all of its employees, officers,

16  agents, attorneys, stockholders, fiduciaries, other service providers, and assigns, from any and all

17  claims, known and unknown, for overtime compensation and minimum wages, whether arising

18  under federal, state or local law, and any and all claims for employee benefits or other relief under

19  the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq.* ("ERISA"). This release

20  excludes the release of claims not permitted by any valid federal, state, or local law.

21           (e)    **Can I exclude myself from the settlement?**

22           As a FLSA Class Member who filed a Consent To Become A Party Plaintiff with

23  the Court, you cannot exclude yourself from the settlement.

24           (f)    **Class Representative Payments:**  In addition to their proportionate shares

25  as participating class members, plaintiffs will seek approval from the Court for payment of

26  $20,000 each for their services as Class Representatives, for participating in discovery and

27  mediation, for their extensive work with Class Counsel, as well as their acceptance of the risk of

28  paying UPS SCS's attorneys' fees and expenses in the event of an unsuccessful outcome.  These

- 5 -

1   payments will be made out of the settlement.

2         (g)   **Class Counsel Fees Payment and Class Counsel Litigation Expenses**

3   **Payment:** As part of the final approval hearing, Plaintiffs will make a motion for Attorneys Fees

4   and Costs to be paid to Class Counsel, Leonard Carder, LLP, for a maximum of $1,700,000 for

5   their attorneys' fees in connection with their work in this case and for not more than $325,000 in

6   reimbursement of their litigation costs and expenses. Class members are not personally liable for

7   any fees and costs and will not be required to pay any such amounts. These amounts approved by

8   the Court will constitute full and complete compensation for all legal fees and all litigation costs

9   and expenses of all Class Counsel, through the completion of the litigation, whatever date that

10   may be. Attorney fees and costs approved by the Court will be paid out of the settlement.

11   Plaintiffs and Class members are not liable for payment of attorneys' fees or costs incurred by

12   UPS SCS and no such payments will be made to UPS SCS or its counsel from the settlement.

13         (h)   **Payment to LWDA.** The parties have agreed that the Labor and

14   Workforce Development Agency of the State of California (the "LWDA") will be paid $20,000

15   out of the settlement as the LWDA's share of the settlement of civil penalties.

16         (i)   **Costs of Administration:** The settlement administrator's reasonable fees

17   and expenses incurred in administering the settlement will be paid out of the settlement not to

18   exceed $20,000.

19

20       4.   **PLAINTIFFS' AND CLASS COUNSEL'S SUPPORT OF THE SETTLEMENT.**

21         Plaintiffs as Class Representatives and Class Counsel support the settlement. Their

22   reasons include the risk of an unsuccessful outcome or partially unsuccessful outcome on the

23   merits of plaintiffs' claims, and the inherent delays and uncertainties associated with litigation.

24   Based on their experience litigating similar cases, Class Counsel believe that further proceedings

25   in this case, including a trial and probable appeals, would be very expensive and protracted. No

26   one can confidently predict how the various legal questions at issue, including the amount of

27   damages, would ultimately be resolved. Therefore, upon careful consideration of all of the facts

28   and circumstances of this case, Class Counsel believe that the settlement is fair, reasonable, and

1   adequate.

2       **5.**    **COMMENTING ON THE SETTLEMENT.**

3         You may comment on the settlement before final approval, either by submitting

4   written comments or by filing a notice of your intent to appear at the final approval hearing.  To

5   comment, you must send a written notice of comment or a written notice of your intent to appear

6   at the final approval hearing to the Court and to counsel at the same addresses shown below.

7         Send your notice to:

8    
9   Clerk of Court<br>United States District Court, Northern District of California<br>1301 Clay Street, Suite 400S<br>Oakland, California 94612

10

11   Also send copies of your notice to the parties' counsel as shown below:

12   **CLASS COUNSEL**        **UPS SCS'S COUNSEL**

13   Lynn Rossman Faris        Robert P. Kristoff
    Eleanor Morton        Zachary P. Hutton

14   Jennifer Keating        Benjamin Strawn
    Leonard Carder, LLP        Paul, Hastings, Janofsky & Walker LLP

15   1330 Broadway, Suite 1450        55 Second Street, 24th Floor
    Oakland, California 94612        San Francisco, California  94105-3441

16   Telephone: (510) 272-0169        Telephone:  (415) 856-7000
    Fax: (510) 272-0174        Fax:  (415) 856-7100

17   Email: lfaris@leonardcarder.com        E-mail:  bobkristoff@paulhastings.com
       emorton@leonardcarder.com        zachhutton@paulhastings.com

18          jkeating@leonardcarder.com        benjaminstrawn@paulhastings.com

19

20         **DO NOT TELEPHONE THE COURT OR UPS SCS'S COUNSEL.**

21         Any written comment and/or notice of your intent to appear at the hearing must be

22   submitted not later than _____ __, 2010, and must also state your full name, address, and the last

23   four digits of your Social Security number.

24       **6.**    **FINAL SETTLEMENT APPROVAL HEARING**

25         The Court will hold a final approval hearing on _____ __, 2010, at _____

26   __.m., in Courtroom 3 of the Oakland Division of the United States District Court for the

27   Northern District of California, 1301 Clay Street, Suite 400S, Oakland, California,  94612, to

28   determine whether the settlement should be finally approved as fair, reasonable, and adequate.  (If

- 7 -

1  no objections to the settlement are made by class members, the date of the hearing may be

2  expedited.)  The Court will also be asked to approve the requests for the Class Representative

3  Payments and attorneys fees and costs to Leonard Carder, LLP. The hearing may be postponed

4  without further notice to the class.  **It is not necessary for you to appear at this hearing.  You**

5  **may appear at** the hearing at your option so long as you have filed a notice of intent to appear by

6  _____ \_\_, 2010.

7      7.    **GETTING MORE INFORMATION**

8          The above is a summary of the basic terms of the settlement.  For the precise and

9  complete terms and conditions of the settlement, you may review the detailed Settlement

10 Agreement, which will be on file with the Clerk of the Court.  The pleadings and other records in

11 this litigation including the Settlement Agreement, may be examined (i) online through the Public

12 Access to Court Electronic Resources system, known as "PACER," at

13 http://ecf.cand.uscourts.gov, or (ii) in person at the Office of the Clerk at the United States

14 District Court at 1301 Clay Street, Suite 400S, Oakland, California , 94612, between the hours of

15 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays, or you may contact

16 Class Counsel or the settlement administrator.  **PLEASE DO NOT TELEPHONE THE**

17 **COURT OR UPS SCS'S COUNSEL FOR INFORMATION REGARDING THIS**

18 **SETTLEMENT OR THE CLAIM PROCESS!**

19 DATED: January \_\_\_\_, 2010

20

21                                          Phyllis J. Hamilton
                                           United States District Judge

22

23

24

25

26

27

28

- 8 -

# EXHIBIT D

[FLSA WORKWEEK VERIFICATION FORM]

**EXHIBIT D**

## FLSA CLASS WORKWEEK VERIFICATION FORM

Please read the "Notice of Proposed Settlement of Collective Action, Preliminary Approval of Settlement, and Hearing Date for Final Court Approval" (the "Class Notice") before completing this form.

**NOTE: YOU ONLY NEED TO SUBMIT THIS FORM IF ANY OF THE INFORMATION LISTED BELOW IS INCORRECT.**

**1.      Your Contact Information**

Please review and, if necessary, correct on the line to the right your contact information:

Name: <<Name>>                                                  _____
Address: <<Address>>                                         _____
City, State, Zip: <<City>>, <<State>> <<Zip Code>>    _____
Social Security number (last four digits) only: <<SSN>>    _____

**Please provide further contact information here.**

Telephone number (daytime):                           _____
Telephone number (cell):                                 _____
E-mail:                                                          _____

**DEADLINE:  You must submit this form to the UPS SCS Settlement Administrator, POSTMARKED or DELIVERED (via fax or hand-delivery), by _____ __, 2010.**

**2.      Your Covered FLSA WorkWeeks During the Class Period**

Under the settlement, your proportionate settlement share will be based on the number of weeks during the class period (July 2, 2005 through October 31, 2009) that you were dispatched on at least four of the seven days to make a delivery for UPS Supply Chain Solutions, Inc. (See § 1 of the Class Notice).  The delivery records of UPS SCS show that during the class period, there were <<Covered Workweeks>> weeks when you were dispatched to make deliveries for UPS SCS on four or more days.  (Even if you worked too few workweeks, you will receive a minimum payment of $500.)

Based on these workweeks, your estimated settlement share is $<<SHARE>>.  Payment of this amount will only be made if the Court finally approves the settlement.  The amount could change if not all class members participate in the settlement or if the Court does not approve amounts requested for the various payments explained in §3h, i, j and k of the attached Notice.  Your actual settlement share may end up being different.

If you believe that the workweek information is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).  If you fail to provide documentary evidence in support of your correction, no correction will be made.

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the number of workweeks stated above.  By submitting a correction, you are authorizing the settlement administrator to review UPS SCS's records and your records to make a determination which may increase or decrease the value of your share of the settlement. All such determinations by the settlement administrator are final and binding with no opportunity for further appeal.

3.  **<u>Signature and Confirmation</u>**

I state that that the information set forth above (including any corrections I have made), is true and correct.

_____, 2009

_____

                                           Signature

**<u>If you wish to submit corrections with documentation, this form must be POSTMARKED or DELIVERED (via fax or hand- delivery) on or before _____, 2010.  A form postmarked</u>** or received by the settlement administrator after  this deadline will not be accepted absent good cause shown.  An-addressed, stamped envelope has been enclosed for your convenience or this form must be mailed or delivered to the Settlement Administrator at.

UPS SCS Settlement Administrator
CPT Group, Inc.

_____

Telephone: (____) ____-_____
Fax: (____) ____-_____

4.  **<u>Questions?</u>**

If you have questions regarding this form, please contact the settlement administrator at the number above or Class Counsel  at (510) 272-0169.

**EXHIBIT E**

[CAFA NOTICE]

1   **EXHIBIT E**

2   ROBERT P. KRISTOFF (SB# 90874) bobkristoff@paulhastings.com
ZACHARY P. HUTTON (SB# 234737) zachhutton@paulhastings.com
3   BENJAMIN B. STRAWN (SB# 261057) benjaminstrawn@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
4   55 Second Street, Twenty-Fourth Floor
San Francisco, California 94105
5   Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
6
Attorneys for Defendant
7   UPS SUPPLY CHAIN SOLUTIONS, INC.

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     (OAKLAND DIVISION)

11

12   | PAULA LABRIE, ALFREDO MACIAS, | CASE NO. 4:08-CV-03182 PJH |
PETER MILLMAN, TOM CHORTABTIM,
13   | RAF SISON, | **NOTICE OF PROPOSED SETTLEMENT** |

14   |        Plaintiffs, | 28 U.S.C. § 1715 |

15   |   vs. | |

16   | UPS SUPPLY CHAIN SOLUTIONS, INC., | |

17   |        Defendant. | |

18

19

20             PLEASE TAKE NOTICE that the parties to the above-referenced class action

21   have settled the claims at issue in the litigation.  Pursuant to the Class Action Fairness Act of

22   2005, 28 U.S.C. § 1711 *et seq.* ("CAFA"), defendant UPS Supply Chain Solutions, Inc. ("UPS

23   SCS") provides this notice to the Attorney General of the United States of America and the

24   appropriate state official in each state in which a class member resides.  UPS SCS encloses the

25   following documents in accordance with its notice obligations under 28 U.S.C. section 1715(b):

26        1.    Plaintiffs' complaint in the above-titled action.

27        2.    Plaintiffs' first amended complaint in the above-titled action.

28

LEGAL_US_W # 63128534.1

CASE NO. 4:08-CV-03182 PJH                                    CAFA NOTICE

3.  Plaintiffs' second amended complaint in the above-titled action.

4.  Notice of scheduled judicial hearings in the above-titled action.

5.  The parties' Settlement Agreement.

6.  The parties' proposed Notice of Conditional Certification of Settlement Class, Proposed Settlement, Preliminary Court Approval of Settlement, and Hearing Date for Final Court Approval.

7.  The parties' proposed Claim Form.

8.  The names of Class Members who reside in each state and the estimated proportionate share of the claims of Class Members in each state to the entire settlement.

PLEASE TAKE FURTHER NOTICE that pursuant to CAFA you are not required to comment on the settlement. However, if you wish to comment, please file your comments by _____, 2009, at the following address:

Clerk of Court
United States District Court, Northern District of California
1301 Clay Street, Suite 400S
Oakland, California 94612

Alternatively, the United States District Court for the Northern District of California (the "District Court") uses the federal electronic case filing ("ECF") system. More information about the District Court's ECF system can be found at http://ecf.cand.uscourts.gov. If you choose to comment on the settlement, please also provide notice to the parties' counsel as follows:

| **CLASS COUNSEL** | **UPS SCS'S COUNSEL** |
|---|---|
| Lynn Rossman Faris | Robert P. Kristoff |
| Eleanor Morton | Zachary P. Hutton |
| Jennifer Keating | Benjamin Strawn |
| Leonard Carder, LLP | Paul, Hastings, Janofsky & Walker LLP |
| 1330 Broadway, Suite 1450 | 55 Second Street, 24th Floor |
| Oakland, California 94612 | San Francisco, California 94105-3441 |
| Telephone: (510) 272-0169 | Telephone: (415) 856-7000 |
| Facsimile: (510) 272-0174 | Facsimile: (415) 856-7100 |
| Email: lfaris@leonardcarder.com | E-mail: bobkristoff@paulhastings.com |
| emorton@leonardcarder.com | zachhutton@paulhastings.com |
| jkeating@leonardcarder.com | benjaminstrawn@paulhastings.com |

1

2          If you have questions about this notice, the underlying action, or the enclosed materials,

3    please contact counsel for UPS SCS as provided above.

4

5    DATED: _____, 2009        PAUL, HASTINGS, JANOFSKY & WALKER LLP

6

7                                        By: _____
                                              ROBERT P. KRISTOFF
8
                                         Attorneys for Defendant,
9                                        UPS SUPPLY CHAIN SOLUTIONS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT F**

[ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT]

1

**EXHIBIT F**

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10
(OAKLAND DIVISION)

11

12
PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON,

CASE NO. 4:08-CV-03182 PJH

13

**[PROPOSED] ORDER**

14
Plaintiffs,

**(1) CONDITIONALLY CERTIFYING SETTLEMENT CLASSES;**

15
vs.

16
UPS SUPPLY CHAIN SOLUTIONS, INC.,

**(2) PRELIMINARILY APPROVING THE CLASS SETTLEMENT;**

17
Defendant.

**(3) APPOINTING CLASS REPRESENTATIVES AND CLASS COUNSEL;**

18

19

**(4) APPROVING CLASS NOTICES AND RELATED MATERIALS;**

20

21

**(5) APPOINTING SETTLEMENT ADMINISTRATOR; AND**

22

**(6) SCHEDULING FINAL APPROVAL HEARING.**

23

24

25

26

27

28

LEGAL_US_W # 63205882.3

CASE NO. 4:08-CV-03182 PJH

[PROP] ORDER GRANTING PRELIMINARY APPVL

1        On November _____, 2009, a hearing was held on the joint motion of

2   plaintiffs Paula LaBrie, Alfredo Macias, Peter Millman, Tom Chortabtim, and Raf Sison

3   ("Plaintiffs") and defendant UPS Supply Chain Solutions, Inc. ("UPS SCS"), for  certification of

4   settlement classes in this action, preliminary approval of the parties' proposed settlement,

5   approval of the notices to be sent to the classes about the settlement and related forms, and the

6   setting of a date for the hearing on final approval of the settlement.  Lynn Rossman Faris and

7   Eleanor Morton of Leonard Carder, LLP appeared for the Plaintiffs; and Robert P. Kristoff and

8   Zachary P. Hutton of Paul, Hastings, Janofsky & Walker LLP appeared for UPS SCS.

9        The Court having read and considered the papers on the motion, the arguments of

10  counsel, and the law, and good cause appearing therefore,

11        IT IS ORDERED:

12        1.      The Court has jurisdiction over this action and the parties' proposed settlement

13  under 28 U.S.C. sections 1331 and 1367, as Plaintiffs' complaint was brought under the Fair

14  Labor Standards Act, 29 U.S.C. § 201 *et seq*.; and related California wage-and-hour law; the

15  Court has original jurisdiction over Plaintiffs' federal law claims; and the Court has supplemental

16  jurisdiction over Plaintiffs' state-law claims because they arise from the same alleged transactions

17  and occurrences as do Plaintiffs' federal-law claims.

18        2.      The proposed California Class satisfies the requirements of a settlement class

19  under Rule 23 of the Federal Rules of Civil Procedure, and the proposed FLSA Settlement Class

20  satisfies the requirements of a collective action settlement class under section 16(b) of the Fair

21  Labor Standards Act, 29 U.S.C. § 216(b), because the class members are readily ascertainable and

22  a well-defined community of interest exists in the common questions of law and fact affecting the

23  parties.

24        3.      The following classes of persons are certified in this action solely for the purposes

25  of the Settlement:

26        a.      California Class:  All persons who worked for UPS SCS while classified

27  as independent contractor couriers in California, at any time from July 2, 2004 through October

28  31, 2009, and who made 10% or more of their deliveries for UPS SCS from July 2, 2004 through

-- 2 --

LEGAL_US_W # 63205882.3

CASE NO. 4:08-CV-03182 PJH                          [PROP] ORDER GRANTING PRELIMINARY APPVL

1     October 31, 2009 in California.

2          b.     <u>FLSA Settlement Class</u>: All persons who are not California Class

3 Members who worked for UPS SCS while classified as independent contractor couriers in states

4 other than California at any time from July 2, 2005 through October 31, 2009, and who filed with

5 the Court a Consent To Become A Party Plaintiff, and those who were California Class Members

6 but provided service for UPS SCS in states other than California after March 28, 2008.

7       4.     The parties' Settlement Agreement (the "Settlement") (Declaration of Lynn

8 Rossman Faris, Exh. 1) is granted preliminary approval because it appears to be fair, adequate

9 and reasonable, appears to be the product of arm's-length and informed negotiations and to treat

10 all class members fairly.

11       5.     The parties' proposed notice plan is constitutionally sound because individual

12 notices will be mailed to all class members whose identities are known to the parties, and such

13 notice is the best notice practicable. The parties' proposed Notice of Proposed Settlement of

14 Class Action, Conditional Certification of Settlement Class, Preliminary Approval of Settlement,

15 and Hearing Date for Final Court Approval and proposed Claim Form (*id.*, Exhs. A and B) (the

16 "California Class Notice Packets") are sufficient to inform members of the California Class of the

17 terms of the Settlement, their rights under the Settlement, their rights to object to the settlement,

18 their right to receive a proportionate Settlement Share or Opt-out and not to participate in the

19 Settlement, and the processes for doing so, and the date and location of the final approval hearing,

20 and therefore are approved. The parties' proposed Notice of Proposed Settlement of Collective

21 Action, Preliminary Approval of Settlement, and Hearing Date for Final Court Approval and

22 proposed Workweek Verification Form (*id.*, Exhs. C and D) (the "FLSA Class Notice Packets")

23 are sufficient to inform members of the Opt-In Settlement Class of the terms of the Settlement,

24 their rights under the Settlement, their right to receive a proportionate Settlement Share, their

25 right to comment on the Settlement and the processes for doing so, and the date and location of

26 the final approval hearing, and therefore are also approved.

27       6.     All members of the FLSA Settlement Class will receive a Settlement Share. Any

28

LEGAL_US_W # 63205882.3

CASE NO. 4:08-CV-03182 PJH                       [PROP] ORDER GRANTING PRELIMINARY APPVL

1    member of the California Settlement Class who has not previously filed a Consent To Become A

2    Party Plaintiff submit a timely Claim Form within thirty days after the date the Settlement

3    Administrator mails the Opt-Out Class Notice Packet will receive a Settlement Share.

4        7.    Members of the FLSA Settlement Class shall have no right to object to the

5    Settlement, or to opt-out of the Settlement, because they have already opted-in by filing consent

6    forms to become party plaintiffs, but they have been provided the opportunity to submit written

7    comments regarding the Settlement to the Court.

8        8.    Those members of the California Class who have not filed a Consent To Become

9    a Party Plaintiff, and who wish to object to the Settlement or to opt-out of the Settlement have

10    until thirty days after the mailing of the California Class Notice Packet to submit their objection

11    or Opt-out pursuant to the procedures set forth in the Class Notice.

12        9.    _____ is appointed to act as the Settlement Administrator, pursuant to the

13    terms set forth in the Settlement.

14        10.    Plaintiffs Paula LaBrie, Alfredo Macias, Peter Millman, Tom Chortabtim, and Raf

15    Sison are appointed Class Representatives. Lynn Rossman Faris, Eleanor Morton, and Jennifer

16    Keating of Leonard Carder, LLP are appointed Class Counsel.

17        11.    The California Class Notice Packet and FLSA Class Notice Packet will be

18    disseminated according to the notice plan described in the Settlement Agreement and

19    substantially in the form submitted by the parties. Proof of distribution of notice will be filed by

20    the parties at or prior to the final approval hearing.

21        12.    UPS SCS is directed to provide the Settlement Administrator as soon as possible

22    using best efforts and in no event later than thirty days after the date of this order the Class Data

23    as specified by the Settlement Agreement and Plaintiffs' Class Counsel shall provide to the

24    Settlement Administrator any and all information regarding current addresses of class members.

25        13.    The Settlement Administrator is directed to mail the approved Opt-Out Class

26    Notice Packet and Opt-In Class Notice Packet by first-class mail to members of the respective

27    classes as soon as possible using best efforts and in no event later than ten days after receipt of the

28    Class Data from UPS SCS.

-- 4 --

LEGAL_US_W # 63205882.3

CASE NO. 4:08-CV-03182 PJH                    [PROP] ORDER GRANTING PRELIMINARY APPVL

14.   Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1711 *et seq.* ("CAFA"), not later than ten days after the Parties' joint motion seeking preliminary approval of the Settlement was filed in court, UPS SCS served upon the Attorney General of the United States and the appropriate state official of each state in which a Class Member resides a notice of the Settlement consisting of: a copy of the pleadings in this action; a notice of the scheduled judicial hearings in this action; the settlement agreement; the Opt-Out Class Notice Packet; and the names of Opt-Out Class Members who reside in each state and the estimated proportionate share of the Opt-Out Class Members in each state compared to the entire Settlement. The notice of settlement also invited comment on the Settlement. Accordingly, the Court finds that UPS SCS has discharged its obligations under CAFA to provide notice to the appropriate federal and state officials.

15.   A final hearing will be held on _____, 2010, at _____.m., to determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the class members. The Court will hear all evidence and argument necessary to evaluate the Settlement, and will consider the Plaintiffs' Motion for Class Representative Payments, Attorneys Fees and Costs. California Class Members and their counsel may support or oppose the Settlement and the motion for awards of the Class Representative Payment and the Class Counsel Fees Payment and Class Counsel Litigation Expenses Payment, if they so desire, as set forth in the Class Notice; FLSA Class Members may comment on the Settlement and the Plaintiffs' Motion for Class Representative Payments, Attorneys Fees and Costs.

16.   Any California Class Member may appear at the final approval hearing in person or by his or her own attorney, and show cause why the Court should not approve the Settlement, or object to the motion for awards of the Class Representative Payment and the Class Counsel Fees and Costs. For any comments or objections to be considered at the hearing, the California Class Member or FLSA Class Member must file written objections and/or comments with the Clerk of Court indicating briefly the nature of his/her comments, support or objection, and mailed to Class Counsel, not later than thirty days after mailing of the California and FLSA Class Notice Packets.

17.   If no objections or comments are made to the Settlement, the parties may apply to

-- 5 --

1   the Court to expedite the date of the final approval hearing.  The Court reserves the right to

2   continue the date of the final approval hearing without further notice to Class Members.  The

3   Court retains jurisdiction to consider all further applications arising out of or in connection with

4   the Settlement.

5          Dated:  December ___, 2009.

6

7

8                                       Phyllis J. Hamilton
                                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 63205882.3

CASE NO. 4:08-CV-03182 PJH          [PROP] ORDER GRANTING PRELIMINARY APPVL

**EXHIBIT G**

[ORDER OF FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE]

1

**EXHIBIT G**

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

(OAKLAND DIVISION)

11

12

PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON,

CASE NO. 4:08-CV-03182 PJH

13

**[PROPOSED] ORDER**

14

Plaintiffs,

**(1) CONFIRMING CERTIFICATION OF CLASS ACTION AND COLLECTIVE ACTION;**

15

vs.

16

UPS SUPPLY CHAIN SOLUTIONS, INC.,

**(2) GRANTING FINAL APPROVAL TO CLASS ACTION SETTLEMENT; AND**

17

Defendant.

**(3) ENTERING FINAL JUDGMENT**

18

19

20

21

22

23

24

25

26

27

28

1        On _____, 2010, a hearing was held on the joint motion of plaintiffs Paula

2    LaBrie, Alfredo Macias, Peter Millman, Tom Chortabtim, and Raf Sison ("Plaintiffs") and

3    defendant UPS Supply Chain Solutions, Inc. ("UPS SCS"), for final approval of their class

4    settlement (the "Settlement") and payments to the Labor and Workforce Development Agency

5    and the Settlement Administrator.  Lynn R. Faris and Eleanor Morton of Leonard Carder, LLP

6    appeared for the Plaintiffs; and Robert P. Kristoff and Zachary P. Hutton of Paul, Hastings,

7    Janofsky & Walker LLP appeared for UPS SCS.

8        The Parties have submitted their Settlement, which this Court preliminarily

9    approved by its December \_\_\_, 2009, order (Docket No. \_\_) (the "Preliminary Approval Order").

10   In accordance with the Preliminary Approval Order, FLSA Class Members and California Class

11   Members have been given notice of the terms of the Settlement and an opportunity to comment,

12   and California Class Members who did not previously file a Consent To Become A Party

13   Plaintiffs with the Court have been given the opportunity to object to it or to opt-out.  California

14   Class Members who have not filed a Consent To Become A Party Plaintiff have also been

15   provided with a claim form.

16       Having received and considered the Settlement, the supporting papers filed by the

17   Parties, and the evidence and argument received by the Court before entering the Preliminary

18   Approval Order and at the final approval hearing, the Court grants final approval of the

19   Settlement, enters this Final Approval Order, and HEREBY ORDERS and MAKES

20   DETERMINATIONS as follows:

21       1.    The Court has jurisdiction over this action and the parties' Settlement under 28

22   U.S.C. sections 1331 and 1367, as Plaintiffs' complaint was brought under the Fair Labor

23   Standards Act, 29 U.S.C. § 201 *et seq.*; and related California wage-and-hour law; the Court has

24   original jurisdiction over Plaintiffs' federal law claims; and the Court has supplemental

25   jurisdiction over Plaintiffs' state-law claims because they arise from the same alleged transactions

26   and occurrences as do Plaintiffs' federal-law claims.

27       2.    Pursuant to this Court's Preliminary Approval Order, a California Class Notice

28   Packet consisting of a Notice of Proposed Settlement of Class Action, Conditional Certification

-- 2 --

1  of Settlement Class, Preliminary Approval of Settlement, and Hearing Date for Final Court

2  Approval and a Claim Form was sent to each California Class Member by first-class mail.  These

3  papers informed California Class Members of the terms of the Settlement, their right to receive a

4  proportionate Settlement Share, their right to object to the Settlement or to opt-out of the

5  Settlement and pursue their own remedies, and their right to appear in person or by counsel at the

6  final approval hearing and be heard regarding approval of the Settlement.  Adequate periods of

7  time were provided by each of these procedures.

8         3.      Pursuant to this Court's Preliminary Approval Order, an FLSA Class Notice

9  Packet consisting of Notice of Proposed Settlement of Collective Action, Preliminary Approval of

10 Settlement, and Hearing Date for Final Court Approval and Workweek Verification Form was

11 sent to each FLSA Class Member by first-class mail.  These papers informed FLSA Class

12 members of the terms of the Settlement, their rights under the Settlement, their right to receive a

13 proportionate Settlement Share, their right to comment on the settlement, and the date and

14 location of the final approval hearing.

15        4.      The Court finds and determines that this notice procedure afforded adequate

16 protections to all class members and provides the basis for the Court to make an informed

17 decision regarding approval of the Settlement based on the responses of class members.  The

18 Court finds and determines that the notice provided in this case was the best notice practicable,

19 which satisfied the requirements of law and due process.

20        5.      Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1711 *et seq.* ("CAFA"), not

21 later than ten days after the Parties' joint motion seeking preliminary approval of the Settlement

22 was filed in court, UPS SCS served upon the Attorney General of the United States and the

23 appropriate state official of each state in which a Class Member resides a notice of the Settlement

24 consisting of: a copy of the pleadings in this action; a notice of the scheduled judicial hearings in

25 this action; the settlement agreement; the California Class Notice Packet; and the names of

26 California Class Members who reside in each state and the estimated proportionate share of the

27 California Class Members in each state compared to the entire Settlement.  The notice of

28 Settlement also invited comment on the Settlement.  Accordingly, the Court finds that UPS SCS

-- 3 --

1   has discharged its obligations under CAFA to provide notice to the appropriate federal and state

2   officials.

3         6.    [___ California Class Members filed written objections to the proposed settlement

4   as part of this notice process or stated an intent to appear at the final approval hearing.  The Court

5   considered each object and hereby overrules all such objections raised by objecting

6   California Class Members. ___ FLSA Class Members filed written comments to the proposed

7   settlement.  The Court considered and rejected those comments in arriving at its decision.]

8         7.    For the reasons stated in the Preliminary Approval Order, the Court finds and

9   determines that the proposed California Class, as defined in the definitions section of the

10   Settlement, meets all of the legal requirements for certification of a class action, and it is hereby

11   ordered that the California Settlement Class is finally approved and certified as a class action for

12   purposes of settlement of this action.

13         8.    For the reasons stated in the Preliminary Approval Order and this Court's Order of

14   March 19, 2009 granting conditional certification, this Court finds and determines that the FLSA

15   Class, as defined in the definitions section of the Settlement, meets all of the legal requirements

16   for certification as a collective action under section 16(b) of the FLSA, 29 U.S.C. § 216(b), and it

17   is hereby ordered that the FLSA Settlement Class is finally certified as a collective action for

18   purposes of settlement of this action.

19         9.    The Court further finds and determines that the terms of the Settlement are fair,

20   reasonable and adequate to the class and to each class member, that the class members who have

21   not opted out will be bound by the Settlement, that the Settlement is finally approved, and that all

22   terms and provisions of the Settlement should be and hereby are ordered to be consummated.

23         10.    The Court finds and determines that the Settlement Shares to be paid to the

24   Claimants as provided for by the Settlement are fair and reasonable.  The Court hereby gives final

25   approval to and orders the payment of those amounts be made to the Claimants out of the Net

26   Settlement Amount in accordance with the Settlement.

27         11.    The Court finds and determines that payment to the California Labor and

28   Workforce Development Agency of $20,000 as its share of the settlement of the Plaintiffs' claim

-- 4 --

1   for civil penalties under Labor Code Section 2699, *et seq.* in this case is fair, reasonable, and

2   appropriate. The Court hereby gives final approval to and orders that the payment of that amount

3   be paid out of the Gross Settlement Amount in accordance with the Settlement.

4         12.    The Court finds and determines that the fees and expenses of _____, in

5   administrating the settlement, in the amount of $_____, are fair and reasonable. The Court

6   hereby gives final approval to and orders that the payment of that amount be paid out of the Gross

7   Settlement Amount in accordance with the Settlement.

8         13.    The Court determines by separate order the request by Plaintiffs and Class Counsel

9   to the Class Representative Payments, Class Counsel Fees Payment, and Class Counsel Litigation

10  Expenses Payment.

11        14.    Nothing in this order shall preclude any action to enforce the Parties' obligations

12  under the Settlement or under this order, including the requirement that UPS SCS make payments

13  to the Claimants in accordance with the Settlement.

14        15.    Upon completion of administration of the settlement, the Settlement Administrator

15  will provide written certification of such completion to the Court and counsel for the Parties.

16        16.    By operation of the entry of this Final Approval Order and pursuant to the

17  Settlement, Plaintiffs are permanently barred from prosecuting against UPS SCS any of the

18  Plaintiffs' Released Claims; FLSA Class Members and Participating California Class Members

19  are permanently barred from prosecuting against UPS SCS any of the Class's Released Claims.

20        17.    If, for any reason, the Settlement ultimately does not become Final (as defined by

21  the Settlement), this Final Approval Order will be vacated; the Parties will return to their

22  respective positions in this action as those positions existed immediately before the Parties

23  executed the Settlement; and nothing stated in the Settlement or any other papers filed with this

24  Court in connection with the Settlement will be deemed an admission of any kind by any of the

25  Parties or used as evidence against, or over the objection of, any of the Parties for any purpose in

26  this action or in any other action.

27        18.    By means of this Final Approval Order, this Court hereby enters final judgment in

28  this action, as defined in Rule 58(a)(1), Federal Rules of Civil Procedure.

-- 5 --

19. Without affecting the finality of this Final Approval Order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

20. The Parties are hereby ordered to comply with the terms of the Settlement.

21. This action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided by the Settlement and this Court's order on Plaintiffs' Motion For Class Representative Payments, Class Counsel Fees Payment, and Class Counsel Litigation Expenses Payment.

Dated: _____, 2010.

_____
Phyllis J. Hamilton
United States District Judge

LEGAL_US_W # 63205929.3

CASE NO. 4:08-CV-03182 PJH                    [PROP] ORDER GRANTING PRELIMINARY APPVL