UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAULA LABRIE, et al.,

        Plaintiffs,

    v.

UPS SUPPLY CHAIN SOLUTIONS, INC.,

        Defendant.

_____/

No. C 08-3182 PJH

**NOTICE AND ORDER ADVANCING HEARING DATE**

Pursuant to the court's December 4, 2009 order granting preliminary approval of settlement and counsel's letter to the court dated February 17, 2010, the hearing on plaintiffs' motions for final approval of settlement and for reasonable attorney fees and costs, which was previously set for March 17, 2010 at 9:00 a.m., has been ADVANCED to March 10, 2010 at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.

**IT IS SO ORDERED**.

Dated: March 1, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge