UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| PAULA LABRIE, ALFREDO MACIAS, PETER MILLMAN, TOM CHORTABTIM, RAF SISON,<br><br>Plaintiffs,<br><br>vs.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.,<br><br>Defendant. | CASE NO. 4:08-CV-03182 PJH<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFFS' UNOPPOSED MOTION FOR ORDER AWARDING: (1) REASONABLE ATTORNEY FEES & LITIGATION COSTS TO CLASS COUNSEL; (2) CLASS REPRESENTATIVE INCENTIVE AWARDS; (3) PAYMENT TO THE LABOR & WORKFORCE DEVELOPMENT AGENCY; AND (4) CLAIMS ADMINISTRATION FEES TO CPT GROUP, INC. |

On March 10, 2010, a hearing was held on the Plaintiffs' Unopposed Motion For Order Awarding: (1) Reasonable Attorney Fees & Litigation Costs To Class Counsel; (2) Class Representative Incentive Awards; (3) Payment To The Labor & Workforce Development Agency; And (4) Claims Administration Fees To CPT Group, Inc. Lynn R. Faris of Leonard Carder, LLP appeared for the Plaintiffs; and Robert P. Kristoff and Zachary P. Hutton of Paul, Hastings, Janofsky & Walker LLP appeared for UPS SCS.

The Parties have submitted their Settlement, which this Court preliminarily approved by its December 4, 2009, order (Docket No.136) (the "Preliminary Approval Order"). In accordance

- 1 -

[Prop] Order Granting Plaintiffs' Mtn Re: Fee, Incentive Awards, lWDA, CPT Group Fees
Case No. 4:08-CV-03182-PJH

with the Preliminary Approval Order, Plaintiffs filed the instant motion, after notice was given to all class members regarding the Plaintiffs' of requests regarding an award of attorneys fees and litigation costs and the class representative incentive awards, and payments to the California Labor & Workforce Development Agency (LWDA) and CPT Group, Inc. for settlement administration. No class member has filed any objection or comment regarding these proposed amounts.

Having received and considered the Settlement, the supporting papers filed by the Plaintiffs, and the evidence and argument received by the Court at the hearing, the Court enters this Order, and HEREBY ORDERS and MAKES DETERMINATIONS as follows:

1. Pursuant to this Court's Preliminary Approval Order, all class members were mailed the court-approved order by first class mail. These court-approved Notices informed FLSA and California Class members of the their right to comment or object to the maximum amounts contained in the Settlement Agreement for attorneys fees, litigation costs, class representative incentive awards, Labor & Workforce Development Agency payment and settlement administration costs. The Court finds and determines that this notice procedure afforded adequate protections to all class members and was the best notice practicable, which satisfied the requirements of law and due process.

2. No California Class Members filed written objections to the proposed settlement as part of this notice process or stated an intent to appear at the final approval hearing. No FLSA Class Members filed written comments to the proposed settlement.

3. The Court finds and determines that the Plaintiffs' unopposed request for an award of attorneys' fees of $1.7 million to be paid to Class Counsel Leonard Carder, LLP is reasonable and is amply supported by record. This amount represents approximately 13.3% of the gross settlement fund and had been shown to be less than the lodestar amount resulting from multiplying the reasonable hours expended by Class Counsel by reasonable market rates, after exercise of reasonable billing judgment. The Court hereby gives final approval to and orders that the payment of that amount be paid out of the Gross Settlement Amount in accordance with the Settlement.

1. 4. The Court finds and determines that the Plaintiffs' unopposed request for an award of $325,000 in litigation expenses to be paid to Class counsel Leonard Carder, LLP is reasonable and is amply supported by the record. This amount is slightly less than the actual amount expended by Class Counsel and represents 2.5% of the gross settlement amount. The Court hereby gives final approval to and orders that the payment of that amount be paid out of the Gross Settlement Amount in accordance with the Settlement.

5. The court finds and determines that the Plaintiffs' unopposed request for an award of $20,000 for each named plaintiff for a class representative incentive award is reasonable in light of the named plaintiffs' individual investment of time, effort, and inconvenience on behalf of the class members, as well as their acceptance of potential risks in this litigation. The total amount of $100,000 in incentive awards amounts to less than 1% of the gross settlement amount. The Court hereby gives final approval to and orders that the payment of that amount be paid out of the Gross Settlement Amount in accordance with the Settlement.

6. The Court finds and determines that payment to the California Labor and Workforce Development Agency of $20,000 as an appropriate share of the settlement in light of Plaintiffs' claim for civil penalties under Labor Code Section 2699, *et seq.* in this case is fair, reasonable, and appropriate. The Court hereby gives final approval to and orders that the payment of that amount be paid out of the Gross Settlement Amount in accordance with the Settlement.

7. The Court finds and determines that CPT Group, Inc.'s fees and expenses of $16, 235.40, in administering the settlement are fair and reasonable. The Court hereby gives final approval to and orders that the payment of that amount be paid out of the Gross Settlement Amount in accordance with the Settlement.

8. Without affecting the finality of this Final Approval Order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

[Proposed] Order Granting Plaintiffs' Motion Re: Fee, Incentive Awards, lWDA, CPT Group Fees
Case No. 4:08-CV-03182-PJH

9. The Parties are hereby ordered to comply with the terms of the Settlement.

Dated: March 10, 2010.



_____
Phyllis J. Hamilton
United States District Judge